contact you. If any changes need to be made to your current Repayment Schedule you will be notified at that time.

Also, you will most likely receive a letter(s) or phone call(s) from your previous lender(s), prior to our confirmation notifying you that your loan(s) were paid in full.

If you have any questions or concerns please contact Client Services at 1-855-747-9916.

Best Regards,



Phone: (855)-747-9916

Email: info@NSProcessing.com

Website: www.NSProcessing.com

PX 2 Bennett Decl.
Att. C
p. 000096

# ATTACHMENT D

PX 2 Bennett Decl.
Att. D
p. 000097



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   6

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA SECURE CHECKING | 03/22/18 - 04/21/18 |

OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



04/18        51.67 ACH DEBIT           041816
             EDU STUDENT LOAN Debit      **********4561

ACCOUNT BALANCE SUMMARY
    DATE..........BALANCE    DATE..........BALANCE



* * * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
30 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%. THIS
BRINGS YOUR YTD INTEREST PAID TO        0.04.

FDIC
INSURED

PX 2 Bennett Decl.
Att. 05840-0814_00
p. 000098



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   6

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA SECURE CHECKING | 04/21/16 - 05/20/16 |

OTHER DEBITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION



05/16          51.67 ACH DEBIT            051616
                     EDU STUDENT LOAN Debit    ***********4374





FDIC
INSURED

PX 2 Bennett 000846-0814_06
Att. D    BMFR1A
p. 000099



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   6

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA SECURE CHECKING | 05/20/16 - 06/22/16 |

OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



06/16        51.67 ACH DEBIT              061616
                   EDU STUDENT LOAN Debit      **********9789

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE 8

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA SECURE CHECKING | 06/22/18 - 07/21/18 |

OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



07/18        51.67 ACH DEBIT              071816
                    EDU STUDENT LOAN Debit      ***********7997



ACCOUNT BALANCE SUMMARY
        DATE..........BALANCE    DATE..........BALANCE

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE 1

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA SECURE CHECKING | 07/21/16 - 08/22/16 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| | | | | | | |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

EFFECTIVE MARCH 1, 2016, TRANSACTIONS AT ATMS LOCATED
OUTSIDE OF THE UNITED STATES MAY NOT BE ELIGIBLE FOR ATM
USAGE FEE REFUNDS. SEE FEE SCHEDULE ON USAA.COM

DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



CHECKS

| DATE..CHECK NO..........AMOUNT | DATE..CHECK NO..........AMOUNT |
|---|---|
| | 08/17  448897*  51.67 |

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE    2

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA SECURE CHECKING | 08/22/18 - 09/22/18 |

CHECKS
DATE..CHECK NO.........AMOUNT    DATE..CHECK NO.........AMOUNT




09/19    512739*        51.67

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE 1

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA SECURE CHECKING | 09/22/16 - 10/21/16 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.



Note: For reversals/refunds made by USAA will not reduce the totals on this chart.

EFFECTIVE MARCH 1, 2016, TRANSACTIONS AT ATMS LOCATED
OUTSIDE OF THE UNITED STATES MAY NOT BE ELIGIBLE FOR ATM
USAGE FEE REFUNDS. SEE FEE SCHEDULE ON USAA.COM

DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



CHECKS
DATE..CHECK NO...........AMOUNT     DATE..CHECK NO...........AMOUNT

10/18   575783*               51.67

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   6

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA SECURE CHECKING | 10/21/18 - 11/21/18 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION





11/18        51.67 ACH DEBIT           111716
             ELECTCHECK PLUS   ECPLUS    **********



ACCOUNT BALANCE SUMMARY
       DATE..........BALANCE    DATE..........BALANCE

FDIC INSURED

PX 2 Bennett Decl.
Att. 05846-0814_06
p. 000105



USAA
FEDERAL
SAVINGS
BANK
USAA®

PAGE   4

ERICA L BENNETT

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA SECURE CHECKING | 11/21/16 - 12/21/16 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



12/20        51.67 ACH DEBIT           121916
             ELECTCHECK PLUS  ECPLUS    **********

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   4

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 12/21/16 - 01/23/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



01/18        51.67 ACH DEBIT        011717
             ELECTCHECK PLUS   ECPLUS   **********

FDIC INSURED



USAA
FEDERAL
SAVINGS
USAA® BANK

ERICA L BENNETT

PAGE   5

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 02/17/17 - 03/22/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



03/21        51.67 ACH DEBIT              032117
             EDU STUDENT LOAN edu nsp    **********0157

FDIC
INSURED



**USAA FEDERAL SAVINGS BANK**

ERICA L BENNETT

PAGE 2

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 04/20/17 - 05/22/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



04/21        51.67 ACH DEBIT          042117
             EDU STUDENT LOAN edu nsp   **********0157



FDIC INSURED

X 2 Bennett Decl.
Att105846-0814_06
p. 000109



USAA
FEDERAL
SAVINGS
BANK

ERICA I. BENNETT

PAGE   5

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 05/22/17 - 06/22/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



06/20        51.67 ACH DEBIT          062017
             EDU STUDENT LOAN edu nsp    **********0157



ACCOUNT BALANCE SUMMARY
     DATE..........BALANCE    DATE..........BALANCE



*  *  *  *  *  *  *    INTEREST PAID INFORMATION    *  *  *  *  *  *  *  *
YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
31 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
BRINGS YOUR YTD INTEREST PAID TO        0.07.



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT



PAGE   2

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 08/22/17 - 09/21/17 |

OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION

08/23        51.67 ACH DEBIT              082317
             EDU STUDENT LOAN edu nsp    **********0157



FDIC
INSURED

PX 2 Bennett Decl.
Att. 12848-0814_06
p. 000111



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT



PAGE   5



0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 08/22/17 - 09/21/17 |

OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION



09/20        51.67 ACH DEBIT              092017
             EDU STUDENT LOAN edu nsp    ***********0157

ACCOUNT BALANCE SUMMARY

DATE..........BALANCE   DATE...........BALANCE



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE 4

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 08/21/17 - 10/23/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION

10/17          51.67 ACH DEBIT          101717
               EDU STUDENT LOAN PAYMENT  ***********4438

FDIC
INSURED

PX 2 Bennett Decl.
Att. 05846-0814_08
p. 000113



USAA FEDERAL SAVINGS BANK

ERICA L BENNETT 



PAGE   2

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 11/21/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



→ 10/26        51.67 ACH DEBIT              102617
              EDU STUDENT LOAN PAYMENT   ***********4438



X 2 Bennett Decl.
Att0846-0614_06
p. 000114

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   4



0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 10/23/17   11/21/17 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION



11/17        51.67 ACH DEBIT              111717
             EDU STUDENT LOAN PAYMENT     **********4438

FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   6

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 11/21/17 - 12/20/17 |

OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



12/19          51.67 ACH DEBIT                121917
                    EDU STUDENT LOAN PAYMENT     **********4438

FDIC
INSURED

PX 2 Bennett Decl.
Att. 05848-0814_06
p. 000116



USAA
FEDERAL
SAVINGS
BANK

PAGE    5

ERICA L BENNETT



0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| ▮▮▮▮▮ | USAA CLASSIC CHECKING | 12/20/17 - 01/22/18 |

OTHER DEBITS
DATE         AMOUNT TRANSACTION DESCRIPTION



→ 01/17          51.67 ACH DEBIT              011718
                       EDU STUDENT LOAN PAYMENT    **********4438



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE 8

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 01/22/18 - 02/20/18 |

OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
02/20        51.67 ACH DEBIT              022018
                    EDU STUDENT LOAN 8772428670 **********4438

ACCOUNT BALANCE SUMMARY
          DATE..........BALANCE     DATE...........BALANCE



* * * * * * *   INTEREST PAID INFORMATION   * * * * * * * *
YOUR INTEREST PAID WAS CALCULATED USING YOUR DAILY BALANCE FOR
29 DAYS FOR AN ANNUAL PERCENTAGE YIELD EARNED OF 0.01%.  THIS
BRINGS YOUR YTD INTEREST PAID TO        0.09.

FDIC
INSURED


USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   5

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 02/20/18 - 03/22/18 |

OTHER DEBITS

DATE............AMOUNT.TRANSACTION DESCRIPTION



03/16          51.67 ACH DEBIT               031618
               EDU STUDENT LOAN 8772428670 ***********4438



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   5

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 03/22/18 - 04/20/18 |

OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION



04/16          51.67 ACH DEBIT          041618
               EDU STUDENT LOAN 8772428670 ***********4438



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE    5

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| ▮▮▮▮▮▮ | USAA CLASSIC CHECKING | 04/20/18 - 05/22/18 |

OTHER DEBITS
DATE...........AMOUNT.TRANSACTION DESCRIPTION



05/16          51.67 ACH DEBIT              051618
                    EDU STUDENT LOAN 8772428670 ***********4438




FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

PRICE L BENNETT

PAGE 5



0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| | USAA CLASSIC CHECKING | 05/22/18 - 06/21/18 |

OTHER DEBITS
DATE........AMOUNT.TRANSACTION DESCRIPTION



06/18        51.67 ACH DEBIT              061818
                  EDU STUDENT LOAN 8772428670 ***********4438



ACCOUNT BALANCE SUMMARY
      DATE..........BALANCE    DATE..........BALANCE



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   5

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 06/21/18 - 07/23/18 |

OTHER DEBITS

DATE...........AMOUNT.TRANSACTION DESCRIPTION



07/16          51.67 ACH DEBIT              071618
                    EDU STUDENT LOAN 8772428670 ***********4438



FDIC
INSURED



USAA
FEDERAL
SAVINGS
BANK

ERICA L BENNETT

PAGE   3

0
22

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
|  | USAA CLASSIC CHECKING | 07/23/18 - 08/22/18 |

OTHER DEBITS
DATE............AMOUNT.TRANSACTION DESCRIPTION



08/16        51.67 ACH DEBIT            081618
             EDU STUDENT LOAN 8772428670 **********4438



PX 2 Bennett Decl.
Att. D
p. 000124

# ATTACHMENT E

PX 2 Bennett Decl.
Att. E
p. 000125

 **Gmail**

Erica Bennett <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Student Loan Update
1 message

**Info - NSP** <Info@nsprocessing.com>                     Fri, Sep 29, 2017 at 2:06 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**NATIONAL SECURE PROCESSING**

September 29, 2017

Erica Bennett



Re: National Secure Processing Account ▮▮▮▮▮▮

Dear Erica Bennett,

Congratulations! We are happy to report that you have been confirmed for the Income-Based Repayment (LBP) program and all your loans listed below have been consolidated with the Department of Education, serviced by Fedloan and managed by National Secure Processing.

Loan Information

| Loan Date | Loan Amount | Loan Type | Interest Rate |
|-----------|-------------|-----------|---------------|
| 04/26/2016 | $17,939.28 | Direct Loan Sub Consolidation | 6.250% |
| 04/26/2016 | $4,856.07 | Direct Loan Unsub Consolidation | 6.250% |

PX 2 Bennett Decl.
Att. E
p. 000126

Your repayment plan does require annual renewal; the renewal cost is included in the monthly payments presented below. If you fail to comply with guidelines or stop the program, your payment will default into the terms following your 12th payment. As part of our services we will take the necessary steps to ensure you stay in the most affordable repayment plan for your needs. Again, the second year of payments will only occur if you do not continue with the programs and the guidelines that we have been able to have you approved for.

Your current program may be using forbearance or deferment time. To minimize the usage of these benefits we recommend you select another program once your current one ends. If your financial circumstances change at any point, you can send us updated income information for recalculation if you would like. As a courtesy, if you do not select a new program upon recertification we will choose the most beneficial program for you at that time.

Your new monthly payment amount with your lender is effective for all payments until September 1, 2018. Payments scheduled starting October 2, 2018 IF new program selection is not made will be $307.22.

Repayment Schedule and Term to National Secure Processing:

| Number of Payments | Payment Amount |
|---|---|
| 12* Ending February 2018. After which payments can be subject to change. | $ 51.67 |

*LBP Programs do have to be applied and qualified for annually.

If you would like to make additional payments toward your student loan program, please contact us and we will assist you in the process. All lender documents are handled on your behalf by National Secure Processing.

Thank you for choosing National Secure Processing to facilitate this process and assist you with your student loan needs. If you have any questions, please contact us, you can always speak with one of our Customer Service Representatives at 1-855-747-9916.

Kind Regards,

Client Services Representative



Phone: 1-855-747-9916

PX 2 Bennett Decl.
Att. E
p. 000127

Email: info@NSProcessing.com

Website: www.NSProcessing.com

PX 2 Bennett Decl.
Att. E
p. 000128

# ATTACHMENT F

PX 2 Bennett Decl.
Att. F
p. 000129

 Gmail

Erica Bennett <▬▬▬▬▬▬▬▬▬▬▬

## NSP - Account Notice
1 message

**NSProcessing** <info@nsprocessing.com>                              Fri, Dec 22, 2017 at 5:07 PM
Reply-To: NSProcessing <info@nsprocessing.com>
To: Erica <▬▬▬▬▬▬▬▬▬▬

# NSP - Account Notice

**Dear Erica,**

We would like to inform you that your account has been assigned to Mission Hills Federal for completion of your contract agreement. This assignment is not due to any problems with your account, but rather represents a change in the entity that owns the account. Your rights and responsibilities regarding the contract have not changed, and to be clear, **your student loan payment terms, payment dates, and payment amounts will remain the exact same.**

This change will be reflected as of **January 1st, 2018**. You will not see any change in payments moving forward. If you have any questions, please contact Mission Hills Federal at the following number: 877-242-8670 or by email at support@missionhillsfederal.com. Thank you for being a valued client.

Sincerely,

National Secure Processing

This email was sent to ▬▬▬▬▬▬▬
*why did I get this?*   unsubscribe from this list   update subscription preferences
NSP · 6A Liberty · Aliso Viejo, CA 92656 · USA

PX 2 Bennett Decl.
Att. F
p. 000130

1/1

# ATTACHMENT G

PX 2 Bennett Decl.
Att. G
p. 000131

10/18/2018                                    Gmail - Welcome to Mission Hills Federal

 **Gmail**

Erica Bennett <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

## Welcome to Mission Hills Federal
1 message

**Mission Hills Federal** <support@missionhillsfederal.com>                Wed, Jan 10, 2018 at 6:33 PM
Reply-To: support@missionhillsfederal.com
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To ensure our emails reach you, please add support@missionhillsfederal.com to your address book.



Re: Account #MHF▮▮▮▮▮▮▮

01/10/2018

Dear Erica,

Welcome to Mission Hills Federal. We're excited to have you as a client, and happy to assist you with management of your student loans and student loan payments. Your account has been assigned to us for completion of your contract agreement. This assignment is not due to any problems with your account.

*To ensure our emails reach your inbox, please add support@missionhillsfederal.com to your address book.*

You should experience no difference with your student loan payment terms, payment dates, and payment amounts. If you need additional help or information, you can also reach our customer service department at: 877-242-8670 or by email at support@missionhillsfederal.com

You can also register online to view an up to date snapshot of your account, view payment history, notifications and request changes. To register click the login link at the top of the page at www.missionhillsfederal.com or by clicking here

**REGISTRATION CONFIRMATION CODE**

To register, you will need your Account #, Year of Birth and Confirmation Code (below).
*Registration Confirmation Code:* ▮▮▮▮▮

**PROGRAM PAYMENT SCHEDULE**

Your program monthly payment of **$51.67** will continue each month on the **16th**.
The payment description for these monthly transactions will display as: **EDU Student Loan**

PX 2 Bennett Decl.
Att. G
p. 000132

We hope you'll be happy with us as we assist you with your student loan payments. We value all of our clients, and we strive to provide excellent service through our loan management services. If you have any questions, or need any help at all, please do not hesitate to contact at 877-242-8670 or by email at support@missionhillsfederal.com.

*You received this email because we have been assigned your account for completion of your contract agreement. If you feel you received this email in error - please contact us immediately.*

noname
1K

# ATTACHMENT H

PX 2 Bennett Decl.
Att. H
p. 000134



M Gmail                                        Erica Bennett <_____>

## STUDENT LOAN UPDATE
1 message

**MHF Support** <support@missionhillsfederal.com>                 Mon, Aug 20, 2018 at 2:02 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Erica Bennett #MHF▮▮▮▮▮

It's that time of the year, Recertification time!

We have had you in the **Income Based Repayment/LBP Program** for **$51.67** for your most recent year. It's now time to recertify for 2018 with Mission Hills Federal. In order to properly recertify you we will need your **two most recent** pay check stubs. Please also let us know if your current situation has changed. If you have had any increase within your income or family size we'd like to know in order to properly adjust and file your 2018 **Income Based Repayment/LBP Program** .

We are giving you **2 weeks** to respond to us to let us know if you are able to provide us with the information requested. As part of our services we will take the necessary steps to ensure you stay in the most affordable repayment plan for your needs.

*If you would like to make **higher** payments towards your Student Federal Loans we are more than happy to assist you with that. As of right now your reoccurring monthly payment is $51.67. This payment includes a management fee of $41.67 and $10.00 is being paid towards your Student Federal Loans. Since you will be sending in your two most recent pay stubs your payment will be coming back higher. We will communicate with you once we receive your repayment terms with your lender.

Where to send your information?

Email: support@missionhillsfederal.com

Or mail to:

Mission Hills Federal

30211 Avenida De Las Banderas #200
Rancho Santa Margarita, CA 92688

PX 2 Bennett Decl.
Att. H
p. 000135

Or fax to:

1 (855) 631-0230

If you have any questions, please do not hesitate to contact us anytime.

Best Regards,



Phone: (877) 242-8670

Fax: (855) 631-0230

Email: support@missionhillsfederal.com

# ATTACHMENT I

PX 2 Bennett Decl.
Att. I
p. 000137

10/18/2018                                        Gmail - RENEWAL CANCELLATION

 Gmail                                    Erica Bennett <▬▬▬▬▬▬▬>

## RENEWAL CANCELLATION
1 message

**MHF Support** <support@missionhillsfederal.com>                 Wed, Aug 22, 2018 at 12:32 PM
To: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Hello Erica Bennett,

Account Number: MHF▬▬▬▬

If you have not done so already, please send an email to support@missionhillsfederal.com or respond directly to this message with your name and account number (listed above) and request **cancellation of the automatic yearly renewal of the service agreement.** Renewal cancellation may be cancelled if done 90 days prior to each anniversary date of your signed agreement. Your signed agreement was **February 12, 2016,** your last payment will be drafted **February 16, 2019,** once cleared you will receive a cancellation confirmation.

Make sure you state the reason in the email.

If you have any further questions or concerns please contact us and any representative will be happy to assist you.

Kind Regards,

Client Services Representative



Phone: (877) 242-8670

Email: support@missionhillsfederal.com

PX 2 Bennett Decl.
Att. I
p. 000138

1/1

# ATTACHMENT J

PX 2 Bennett Decl.
Att. J
p. 000139

10/18/2018                                    Gmail - CANCELLATION CONFIRMATION

 Gmail                                       Erica Bennett

## CANCELLATION CONFIRMATION
1 message

**MHF Support** <support@missionhillsfederal.com>                  Thu, Aug 23, 2018 at 5:05 PM
To:

August 23, 2018


Erica Bennett




Dear Ms. Erica Bennett,


This letter is to confirm that you have requested that The Student Loan Group no longer manage your loans. The Student Loan Group has agreed to grant your request and has been released from any liability in managing and maintaining these accounts. We no longer have access to your servicers, if we are to receive anything via post mail we will forward that directly to the address listed above.


If you have any further questions or choose to take on our services in the future, please contact our Client Services department at 877-242-8670.


Kind Regards,



**Client Services**

**Mission Hills Federal**

**Phone**: 877-242-8670

**Email**: support@missionhillsfederal.com

PX 2 Bennett Decl.
Att. J
p. 000140

1/1

Declaration of Kelly Bishop


PX 3

**DECLARATION OF KELLY BISHOP**

**PURSUANT TO 28 U.S.C. § 1746**

I, Kelly Bishop, have personal knowledge of the facts stated below and am competent to testify about them:

1. I am a U.S. citizen over the age of 18, residing in Henderson, Nevada.

2. I took out federal loans in order to get my associate's degree online from Everest University in 2012 and graduated in April 2015.

3. My loans were still in the six month grace period following my graduation when I received a call from a representative of a company called The Student Loan Group in October 2015. This representative told me that the Student Loan Group was my servicer and that they were calling in order to set me up on an affordable student loan repayment plan. The individual I spoke with asked for my income information and calculated my monthly payments. Because I had not yet begun making payments on my student loans nor had contact with my loan servicer, and because the representative had information on my loan balances and school, I believed The Student Loan Group was my loan servicer.

4. The Student Loan Group emailed me paperwork to fill out to begin the process of repaying my student loans. I completed a contract and provided my checking account information in order to set up automatic withdrawals. On October 22, 2015, I received an email welcoming me to The Student Loan Group and stating that I was enrolled in a program titled Loan Budget Advancement. The email also stated that I would pay an initial payment of $109.00 and payments of $78.13 each month following.  Based on my previous call with the representative, I thought these payments would be applied to balance of my loans. A true and correct copy of the October 22 email is appended hereto as *Attachment A*.

5. Also on October 22, 2015, I received an email from a representative of The Student Loan Group named Joey Bird, which outlined the balances of my student loans. This email contributed to my belief that the Student Loan Group was my loan servicer. A true and correct copy of the second October 22 email is appended hereto as *Attachment B*.

6.  Later on October 22, 2015, I received an email from a company called National Secure Processing thanking me for choosing them to manage my student loans.  This email described how failure to pay could "…make your student loan delinquent and leave you in a payment plan that is not affordable."  A true and correct copy of the third October 22 email is appended hereto as *Attachment C*.

7.  National Secure Processing deducted an initial payment of $109 from my checking account on November 30, 2015. On December 28, 2015, they deducted the first monthly payment of $78.13. A true and correct copy of my payment history from November 2015 through February 2019 is appended hereto as *Attachment D*.

8.  I recertified my loans with The Student Loan Group and National Secure Processing in June 2016 and submitted new income information. This caused my monthly payments to increase to $150. *See Attachment D* (indicating monthly payments increased from $78.13 to $150.00 in July 2016).

9.  National Secure Processing continued to withdraw payments from my checking account and I believed they were being applied to the balance of my student loans. Whenever I would call National Secure Processing with questions about my account, they would identify themselves as my "student loan repayment company."

10. In late 2017, I received an email from a company called Mission Hills Federal explaining that they would be managing my loans and that nothing about my repayment terms would change. I did not question this and believed that Mission Hills was my new student loan repayment company.

11. Mission Hills began withdrawing $149.33 from the same checking account beginning in January 2018. I thought this money was being applied to the balance of my student loans. *See Attachment D*.

12. On February 13, 2019, I received an email from Mission Hills Federal notifying me that it was time to recertify my loans. The email disclosed that of my monthly payment of $149.33, $41.00 was a management fee, $10.00 was a processing fee, and $98.33 was

PX 3 Bishop Decl.
p. 000142

being paid to my federal student loans. A true and correct copy of the February 13 email is appended hereto as ***Attachment E***.

13. I had never been informed about any fees, and was very upset to learn that $51.00 of my monthly payment was not being applied to my student loans. I responded to the email stating that I wanted to be given alternate repayment options. A true and correct copy of my response to the February 13 email is appended hereto as ***Attachment F***.

14. The email exchange prompted me to check my credit score. My credit report indicated that no payments had been made on my loans since I graduated, and that I had accrued approximately $2,800 in interest. I called the Department of Education (Federal Student Aid) and they told me that Mission Hills had taken over my online student loan account and placed my loans in deferment. They confirmed that no payments had been made on my loans since graduation.

15. I updated my password and blocked Mission Hills from accessing my online student loan account. I also contacted my bank and placed a stop payment on any further withdrawals from Mission Hills. I tried to dispute the charges from Mission Hills with my bank, but they were unable to refund any of my payments because the withdrawals had been going on for too long and because I had initially authorized them.

16. On February 20, 2019, I received an email from Mission Hills Federal asking me to provide the password for my online student loan account. I did not respond to the email. A true and correct copy of the February 20 email is appended hereto as ***Attachment G***.

17. On March 1, 2019, I received an email from Mission Hills Federal informing me that my account was suspended due to an issue with my monthly payment. I did not respond to the email. A true and correct copy of the March 1 email is appended hereto as ***Attachment H***.

18. On March 11, 2019, I received an email from a man named Richard McCoy from Mission Hills Federal stating that my federal student loan consolidation process had been suspended. The email also told me that Mission Hills would notify "industry credit associations" and credit reporting agencies and that my credit score would likely be

-3-

1    impaired. Since receiving this email I have had no further contact with Mission Hills. A

2    true and correct copy of the March 11 email is appended hereto as ***Attachment I***.

3    19. In total, I paid approximately $5,137.82 to National Secure Processing and Mission Hills

4    Federal. None of this money was applied to the balance of my student loans, and my

5    loans accrued approximately $2,800 in interest due to their being placed in deferment.

6    Had I known that National Secure Processing would not apply any of my payments to my

7    student loans, I would never have agreed to sign up with them.

8

9    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements in this

10    declaration are true and correct.

11    Executed in Henderson, Nevada on March 21, 2019.

12

13    Kelly Bishop

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

# ATTACHMENT A

PX 3 Bishop Decl.
Att. A
p. 000145

| | |
|---|---|
| **From:** | Kelly Bishop ███████████████ |
| **Sent:** | Monday, March 11, 2019 10:21 PM |
| **To:** | ███████ |
| **Subject:** | Fwd: Welcome to The Student Loan Group |
| **Attachments:** | noname |

*Kelly Bishop,*



---------- Forwarded message ----------
From: **The Student Loan Group** <<u>support@theslgroup.com</u>>
Date: Thu, Oct 22, 2015 at 9:55 AM
Subject: Welcome to The Student Loan Group
To: ████████████████████████████

About Your Student Loan Consolidation



**WELCOME TO**

# The Student Loan Group

*The preferred service in student loan consolidation.*

1

Welcome to The Student Loan Group!

You have made the first step in taking control of your student loans. Below is a quick summary of your account. Please review the information below:

**Account ID:** ███████
**Account Name:** Kelly Bishop

**Program:** Loan Budget Advancement

**Initial Payment Date:** 11/27/2015
**Initial Payment Amount:** $109.00

**Recurring Payment Date:** 27th of each month beginning 12/27/2015
**Recurring Payment Amount:** $78.13

**Enrollment Packet Completed/Signed:** Yes

You will be receiving an email from National Secure Processing within the next 24-48 hours which will provide you with your login information to the National Secure Processing Members Area. The Members Area will provide you with an overview and updates on your student loan consolidation.

If you have any questions, please do not hesitate to call us at 888-493-7917 or by email at support@theslgroup.com

Thank You!
— *The Student Loan Group*

*Copyright © 2015 The Student Loan Group, All rights reserved.*
**Our mailing address is:**
6A Liberty #175
Aliso Viejo, CA 92656
**Main: 888-847-5617**

2

**Customer Support:** 888-493-7917
**Website:** www.TheSLGroup.com

This email was sent to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮

# ATTACHMENT B

PX 3 Bishop Decl.
Att. B
p. 000149

From:
To:
Subject: Fwd: FSA
Date: Monday, March 11, 2019 10:20:22 PM
Attachments:



*Kelly Bishop,*



---------- Forwarded message ----------
From: **Joey Bird** <joey.bird@theslgroup.com>
Date: Thu, Oct 22, 2015 at 9:43 AM
Subject: FSA
To:

Authorization    Subsidized Usage

[?]

Click here for Grant Information

| | Type of Loan | Loan Amount | Loan Date | Disbursed Amount | Canceled Amount | Outstanding Principal | Outstanding Interest |
|---|---|---|---|---|---|---|---|
| | | | | Loans | | | |
| | Please click on number in first column to see details | | | | | | |
| | DIRECT STAFFORD UNSUBSIDIZED | $6,626 | 08/12/2014 | $6,626 | $0 | $6,926 | $2 |
| | DIRECT STAFFORD SUBSIDIZED | $5,500 | 08/12/2014 | $5,500 | $0 | $5,500 | $1 |
| | DIRECT STAFFORD UNSUBSIDIZED | $4,493 | 10/04/2013 | $4,493 | $0 | $4,783 | $1 |
| | DIRECT STAFFORD SUBSIDIZED | $4,500 | 10/04/2013 | $4,500 | $0 | $4,588 | $1 |
| | DIRECT STAFFORD UNSUBSIDIZED | $6,000 | 04/25/2013 | $4,944 | $1,056 | $5,742 | $2 |
| | DIRECT STAFFORD SUBSIDIZED | $3,500 | 04/25/2013 | $3,500 | $0 | $3,560 | $1 |
| **Total DIRECT STAFFORD UNSUBSIDIZED** | | | | | | $17,451 | $5 |
| **Total DIRECT STAFFORD SUBSIDIZED** | | | | | | $13,648 | $3 |
| **Total All Loans** | | | | | | $31,099 | $8 |

Click here for Loan Information



| | Award Year | Type Of Grant: | School | Disbursed Amount |
|---|---|---|---|---|
| | | | Grants | |
| | Pell Lifetime Eligibility Used: 150.018% | | | |
| | Please click on number in first column to see details | | | |

PX 3 Bishop Decl.
Att. B
p. 000150

| | 2013 - 2014 | FEDERAL PELL GRANT | EVEREST UNIVERSITY | $3,830 | |
| | 2012 - 2013 | FEDERAL PELL GRANT | EVEREST UNIVERSITY | $3,700 | |
| **Total All Grants** | | | | $7,530 | |

# ATTACHMENT C

PX 3 Bishop Decl.
Att. C
p. 000152

**From:**
**To:**
**Subject:** Fwd: Welcome to National Secure Processing
**Date:** Monday, March 11, 2019 10:22:31 PM
**Attachments:**



---------- Forwarded message ----------
From: **National Secure Processing** <info@nsprocessing.com>
Date: Thu, Oct 22, 2015 at 10:02 AM
Subject: Welcome to National Secure Processing
To:



22/10/2015

Welcome Kelly,
Account #:

# Thank You For Choosing Us!

Thank you for choosing National Secure Processing (NSProcessing) to manage your student loans. We are confident that you will be very satisfied with the services that we provide.

The information included in this email will give you a general timeline of what to expect with the consolidation process, program placement of your loans, our Referral Bonus Program, as well as your current payment breakdown.

---

**Information Still Needed**

You will need to provide the following additional information to ensure that we achieve the results and program that you have enrolled for.

Online account information for ALL current loan companies:

- Usernames
- Passwords
- Security Questions

---

**Members Area**

You now have access to our Members Area. To access the Members Area click the following link or copy. At the login screen click the **Register Now** button. You will be asked to enter your account credentials to create an account. Please follow the onscreen prompts to login to the Members Area.

Click here to access the Members Area

---

**Payments and Schedule**

Payments that do not clear will be processed again **within 3 business** day. A $25 fee will be assessed and charged with the following months payment. Failure to pay could delay or end our services, make your student loan delinquent and leave you in a payment plan that is not affordable.

If you ever cannot make a payment call our Member Services line at **(855) 747-9916** at least 3 days before your due date and we will work with you.

PX 3 Bishop Decl.
Att. C
p. 000154

If your account experiences Insufficient Funds on a payment please call our Member Services line to reschedule your program payments at **(855) 747-9916**.

Click here to view Payment Schedule

**Notice:** As the consolidation process may take from 60 to 120 days to complete your current loan servicer make contact you in an attempt to retain you as a customer. Please disregard this call as this may delay your consolidation process. If you have further questions as to the status of your consolidation please call us at (855) 747-9916 or email us at info@nsprocessing.com.

**What To Expect**

After your first payment has completed, processing your consolidation will begin. This process overall will typically take **60 to 120 days from the start of your first draft date** depending on the program, cooperation of your current lenders, verification process of your loans and any missing information that may be needed to complete your consolidation.

You will periodically receive status updates from us letting you know where we are at in the process, but if you ever would like additional status updates please do not hesitate to call or email us at the below contact information.





Knowing people with Federal Student Loans will pay off! For every person you

We understand situations can change. As your needs change, we will help you

refer to us, you will receive a $50 credit towards your account once that referral makes their first payment. To make a referral contact your Loan Manager or call us at **888-847-5617**!

evaluate those needs and offer you the services and programs that will help you achieve your new goal. If you have any questions, contact us at **855-747-9916** or **info@NSProcessing.com**.

*Copyright © 2015 National Secure Processing, All rights reserved.*

**Our mailing address is:**
23172 Plaza Pointe Dr. Suite 130
Laguna Hills, CA 92653
**Toll Free:** 855-747-9916
**Direct:** 949-215-6600
**Website:** www.NSProcessing.com

This email was sent to ██████████████  ████████████

# ATTACHMENT D

PX 3 Bishop Decl.
Att. D
p. 000157

**Client name: Kelly Bishop**

**Account No.** ▬

Payment history from National Secure Processing:

| Trans Date | Trans Type | Total Amt | Status |
|---|---|---|---|
| 2015-11-30 | ACH | $109.00 | Cleared |
| 2015-12-28 | ACH | $78.13 | Cleared |
| 2016-01-27 | ACH | $78.13 | Cleared |
| 2016-02-27 | ACH | $78.13 | Cleared |
| 2016-03-27 | ACH | $78.13 | Cleared |
| 2016-04-27 | ACH | $78.13 | Cleared |
| 2016-05-27 | ACH | $78.13 | Cleared |
| 2016-06-27 | ACH | $78.13 | Cleared |
| 2016-07-27 | ACH | $150.00 | Cleared |
| 2016-08-27 | ACH | $150.00 | Cleared |

Payment history statement **Kelly Bishop**

PX 3 Bishop Decl.
Att. D
p. 000158

PX 3 Bishop Decl.
Att. D
p. 000159

| Trans Date | Trans Type | Total Amt | Status |
|---|---|---|---|
| 2016-09-27 | ACH | $150.00 | Cleared |
| 2016-10-27 | ACH | $149.33 | Cleared |
| 2016-11-27 | ACH | $149.33 | Cleared |
| 2016-12-27 | ACH | $149.33 | Cleared |
| 2017-01-27 | ACH | $149.33 | Cleared |
| 2017-02-27 | ACH | $149.33 | Cleared |
| 2017-04-27 | ACH | $149.33 | Cleared |
| 2017-05-27 | ACH | $149.33 | Cleared |
| 2017-06-27 | ACH | $149.33 | Cleared |
| 2017-07-27 | ACH | $149.33 | Cleared |
| 2017-08-27 | ACH | $149.33 | Cleared |
| 2017-09-27 | ACH | $149.33 | Cleared |

Payment history statement **Kelly Bishop**

PX 3 Bishop Decl.
Att. D
p. 000160

| Trans Date | Trans Type | Total Amt | Status |
|---|---|---|---|
| 2017-10-27 | ACH | $149.33 | Cleared |
| 2017-11-27 | ACH | $149.33 | Cleared |
| 2017-12-27 | ACH | $149.33 | Cleared |

Payment history statement **Kelly Bishop**

PX 3 Bishop Decl.
Att. D
p. 000161



Payment history from Mission Hills Federal:

| YEAR | DUE DATE | TOTAL | BALANCE | STATUS | ACTION |
|------|----------|-------|---------|--------|--------|
| 02 - FEB | 2019 | 02/27/2019 | $149.33 | $149.33 | Open |
| 01 - JAN | 2019 | 01/27/2019 | $149.33 | $0.00 | Paid in Full |
| 12 - DEC | 2018 | 12/27/2018 | $149.33 | $0.00 | Paid in Full |
| 11 - NOV | 2018 | 11/27/2018 | $149.33 | $0.00 | Paid in Full |
| 10 - OCT | 2018 | 10/27/2018 | $149.33 | $0.00 | Paid in Full |
| 09 - SEP | 2018 | 09/27/2018 | $149.33 | $0.00 | Paid in Full |
| 08 - AUG | 2018 | 08/27/2018 | $149.33 | $0.00 | Paid in Full |
| 07 - JUL | 2018 | 07/27/2018 | $149.33 | $0.00 | Paid in Full |
| 06 - JUN | 2018 | 06/27/2018 | $149.33 | $0.00 | Paid in Full |
| 05 - MAY | 2018 | 05/27/2018 | $149.33 | $0.00 | Paid in Full |

Payment history statement **Kelly Bishop**

PX 3 Bishop Decl.
Att. D
p. 000162

**Payment history statement Kelly Bishop**

| 04 - APR | 2018 | 04/27/2018 | $149.33 | $0.00 | Paid in Full |
| 03 - MAR | 2018 | 03/27/2018 | $149.33 | $0.00 | Paid in Full |
| 02 - FEB | 2018 | 02/27/2018 | $149.33 | $0.00 | Paid in Full |
| 01 - JAN | 2018 | 01/27/2018 | $149.33 | $0.00 | Paid in Full |

# ATTACHMENT E

PX 3 Bishop Decl.
Att. E
p. 000163

On Wed, Feb 13, 2019 at 12:32 PM MHF Support <support@missionhillsfederal.com> wrote:

Dear **KELLY BISHOP #MHF**████████,

It's that time of the year, Recertification time!

We have had you in the Pay As You Earn Repayment/LBA Program for $149.33 for your most recent year. It's now time to recertify for 2018 with Mission Hills Federal. In order to properly recertify you we will need your **two most recent** pay check stubs. Please also let us know if your current situation has changed. If you have had any increase within your income or family size we'd like to know in order to properly adjust and file your 2018 Pay As You Earn Repayment/LBA Program.

We are giving you 2 weeks to respond to us to let us know if you are able to provide us with the information requested. As part of our services we will take the necessary steps to ensure you stay in the most affordable repayment plan for your needs.

*If you would like to make higher payments towards your Student Federal Loans we are more than happy to assist you with that. As of right now your reoccurring monthly payment is $149.33. This payment includes a management fee of $41.00, processing fee $10.00 and $98.33 is being paid towards your Student Federal Loans. Since you will be sending in your two most recent pay stubs your payment will be coming back higher. We will communicate with you once we receive your repayment terms with your lender.

Where to send your information?

Email: support@missionhillsfederal.com

2

Or mail to:

Mission Hills Federal

30211 Avenida De Las Banderas #200
Rancho Santa Maragarita, CA 92688

Or fax to:

1 (855) 631-0230

If you have any questions, please do not hesitate to contact us anytime.

Client Services



Phone: (877) 242-8670

Fax: (855) 631-0230

Email: support@missionhillsfederal.com

3

# ATTACHMENT F

PX 3 Bishop Decl.
Att. F
p. 000166

| | |
|---|---|
| **From:** | Kelly Bishop |
| **Sent:** | Monday, March 11, 2019 10:15 PM |
| **To:** | |
| **Subject:** | Fwd: RE QUALIFICATION EMAIL |



---------- Forwarded message ----------
From: **Kelly Bishop**
Date: Wed, Feb 13, 2019 at 4:42 PM
Subject: Re: RE QUALIFICATION EMAIL
To: MHF Support <support@missionhillsfederal.com>


Yes I need to discuss with someone as soon as possible.  I was NEVER ONCE TOLD that there was a $41.00 per MONTH servicing fee and that there was an additional $10.00 per month fee on this loan - This needs be disclosed - and I need to be given other options for financing - that is OUTRAGEOUS!!



1

# ATTACHMENT G

PX 3 Bishop Dec.
Att. G
p. 000168

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | |
| **Subject:** | Fwd: STUDENT LOAN UPDATE LOG IN NEEDED |
| **Date:** | Monday, March 11, 2019 10:16:02 PM |
| **Attachments:** | ▮▮▮▮▮ |

---------- Forwarded message ----------
From: **MHF Support** <support@missionhillsfederal.com>
Date: Wed, Feb 20, 2019 at 9:24 AM
Subject: STUDENT LOAN UPDATE LOG IN NEEDED
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hello **Kelly Bishop #MHF**▮▮▮▮▮,

This email is to inform you that we had updated your login information with Fedloan, your lender. However, your login information has been changed. We are Mission Hills Federal your student loan management company, and we ask that if you make any changes to your login information you please update us so we may continue to follow up with your account regularly and accurately. We will need your log in to your Fedloan account in order for us to be able to release funds to your Student Federal Loans and to properly manage you're student federal loans.. If you have any questions you can contact Client Services at 877-242-8670.

Username:

Password:

Security Answers: 1) _____, 2) _____, 3) _____

Best regards,

Client Services



Phone: (877) 242-8670

Fax: (855) 631-0230

Email: support@missionhillsfederal.com

# ATTACHMENT H

PX 3 Bishop Decl.
Att. H
p. 000171

**From:**
**To:**
**Subject:** Fwd: STUDENT LOAN UPDATE PAYMENT ISSUE
**Date:** Monday, March 11, 2019 10:16:58 PM
**Attachments:**



---------- Forwarded message ----------
From: **MHF Support** <support@missionhillsfederal.com>
Date: Fri, Mar 1, 2019 at 11:23 AM
Subject: STUDENT LOAN UPDATE PAYMENT ISSUE
To:

Hello **Kelly Bishop #MHF**

This is a courtesy email to inform you that we have tried to contact you in regards to you Student Federal Loans. Your account is currently suspended. We highly encourage you to please contact us in order to take care of the delinquency on your account. If you have any questions or need any further assistance, please contact our Client Services department at 1-877-242-8670 Monday-Friday 9:00 am – 5:00 pm PST and any representative can assist you.

Best regards,

**Client Services**
Mission Hills Federal | 30211 Avenida De
Las Banderas #200, Rancho Santa

PX 3 Bishop Decl.
Att. H
p. 000172

Margarita, CA 92688
Tel: 1-877-242-8670 Fax: 1-855-631-0230

# ATTACHMENT I

PX 3 Bishop Decl.
Att. I
p. 000174

| | |
|---|---|
| **From:** | ▮▮▮▮ |
| **To:** | |
| **Subject:** | Fwd: **Account Status: SUSPENDED for Returned Payment** |
| **Date:** | Monday, March 11, 2019 10:14:21 PM |
| **Attachments:** | ▮▮▮▮ |



---------- Forwarded message ----------
From: **Richard McCoy** <Richard.McCoy@missionhillsfederal.com>
Date: Mon, Mar 11, 2019 at 8:21 AM
Subject: **Account Status: SUSPENDED for Returned Payment**
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 03/11/2019

Re:  Student Loan Consolidation MHF▮▮▮▮

Payment Returned

Dear Kelly Bishop

This office has made numerous attempts to contact you regarding your student loan consolidation.

PX 3 Bishop Decl.
Att. I
p. 000175

Due to non-payment your federal student loan consolidation process is suspended.  This means your file can't be serviced potentially sending the account into default. We urge you to take immediate steps to rectify this problem. Please contact us at ==888-574-1189==. We thank you, in advance, for your prompt attention to this urgent matter.

With regard to this collection matter whenever appropriate, we will also notify the industry credit associations to which we belong as well as the independent credit reporting agencies. This will likely impair your credit rating.

Best Regards,

Richard



**Richard McCoy**

**Support Representative**
Mission Hills Federal | 30211 Avenida De Las Banderas #200, Rancho Santa Margarita, CA 92688
Tel: 1-877-242-8670 Fax: 1-855-631-0230

PX 3 Bishop Decl.
Att. I
p. 000176

# Declaration of Lisa Bonilla

## PX 4

## DECLARATION OF LISA BONILLA

### PURSUANT TO 28 U.S.C. § 1746

I, Lisa Bonilla, have personal knowledge of the facts stated below and am competent to testify about them:

1. I am a U.S. citizen over the age of 18, residing in Winchester, Virginia.

2. I took out federal loans to help pay for my associate's degree and graduated some time around 2008. In 2014, while I was living in Colorado and making payments to my student loan servicer, MOHELA (Missouri Higher Education Loan Authority), I received a flyer in the mail from a company called National Secure Processing. The flyer said that they could consolidate my loans and lower my monthly payment.

3. Because I wanted a lower monthly payment, I called National Secure Processing in late August 2014.  The individual I spoke with said that they could set me up on a lower monthly payment. I asked them how long it would take to repay my loans and they said that if I made payments to National Secure Processing for seven years, the remaining balance on my loans would be forgiven.

4. I asked how much the monthly payments would be, and the representative told me that they would be approximately $51 per month. They also told me that the entire monthly payment would be applied to repay my loans.

5. I agreed to sign up with National Secure Processing because the monthly payments were significantly more affordable than what I had been paying previously. The representative told me that I should have no further contact with MOHELA, because National Secure Processing would be handling the repayment of my loans.

6. After I hung up the phone, I received an email with a contract to sign. All the fields except the signature box were completed, so I did not read over the contract carefully. I electronically signed the contract. I also completed a pre-authorized checking application form and electronically signed a limited special power of attorney form that allowed National Secure Processing to make changes to my MOHELA account. True and correct

copies of the contract, checking application form, and limited special power of attorney form are appended hereto as ***Attachment A***.

7. Shortly after I submitted my paperwork, in September 2014, monthly payments began being withdrawn from the bank account I had provided. The withdrawals appeared on my bank statements as "EDU Student Loan." A true and correct copy of my bank statements from June 2017 through July 2018 is appended hereto as ***Attachment B***.

8. Every year I received emails from National Secure Processing asking me to renew my loan agreement with them. I always updated my income and contact information and assumed that my payments were continuing to be applied to my loans.

9. In October 2017, I received notice that my monthly payment would increase from $51 to $61 because my income had increased. This made sense to me and I continued to believe that $61 would be applied to repay my student loans. *See **Attachment B*** (indicating monthly withdrawals increasing from $51 to $61).

10. On January 10, 2018, I received an email from a company named Mission Hills Federal, notifying me that they had taken over the management of my student loans and student loan payments. The email stated that my monthly payment would continue to be $61 and would continue to appear on my bank statement as "EDU Student Loan." Monthly withdrawals continued and I believed they were being applied to the balance of my student loans. A true and correct copy of the January 10 email is appended hereto as ***Attachment C***.

11. In July 2018, I received a student loan statement in the mail from MOHELA. The statement showed that the balance of my loans had not decreased at all, and that my loans had been accruing interest. The statement also showed that no payments had been made since August 7, 2014. I searched for National Secure Processing and Mission Hills on Google and found complaints about the companies so I decided to reach out to MOHELA. A true and correct copy of the loan statement from MOHELA is appended hereto as ***Attachment D***.

12. I called MOHELA and they confirmed that no payments had been made on my loans during the time I had been paying National Secure Processing and Mission Hills. They also told me that the information in my file had been changed. They informed me that I was listed as being a single mother of four children with an annual income around $27,000 when I was really married with only one child and a substantially higher income. I had neither made these changes myself nor provided the incorrect family and income information to National Secure Processing or Mission Hills. Because of this incorrect information, MOHELA had placed my loans in forbearance so I had not been notified of any late payments and my loans had been accruing interest. They also told me that I had not been enrolled in any loan forgiveness or loan consolidation program. *See **Attachment D*** (indicating $0 payment due).

13. After my conversation with MOHELA, I called my bank, Wells Fargo, and placed a stop payment order on automatic debits from Mission Hills.

14. On August 7, 2018, I emailed Mission Hills Federal and told them that I knew they had made no payments on my loans, that I wanted to cancel my account, and that I had blocked further payments through my bank. A true and correct copy of the August 7 email is appended hereto as ***Attachment E***.

15. On August 9, 2018, I received an email from Mission Hills telling me to respond to the email requesting cancellation of my account. A true and correct copy of the August 9 email is appended hereto as ***Attachment F***.

16. On August 10, 2018, I responded to the email telling Mission Hills that I had already emailed them asking to cancel, and confirming that I still wanted to cancel. Later that day I received a response from Mission Hills stating that my final payment would be drafted on August 10, 2019 because I had not requested cancellation within 90 days of the anniversary of my signed agreement date, August 27, 2014. True and correct copies of the August 10 emails are appended hereto as ***Attachment G***.

PX 4 Bonilla Decl.
p. 000179

17. On August 14, 2018, I received an email from Mission Hills stating that there was an issue with my last payment. A true and correct copy of the August 14 email is appended hereto as ***Attachment H***.

18. I replied to this email on August 14, 2018, stating that I had already told Mission Hills to stop withdrawing money from my account and that I had placed a stop payment with my bank. Mission Hills responded stating that I should refer to their cancellation policy and that I would be contacted by collections. Since this email exchange I have had no further contact with Mission Hills. True and correct copies of the additional August 14 emails are appended hereto as ***Attachment I***.

19. I am now in the process of repaying my student loans using a graduated repayment plan which I negotiated with my loan servicer, MOHELA. In total, I paid approximately $3,200 to National Secure Processing and Mission Hills. The balance of my loans increased by approximately $4,000. National Secure Processing and Mission Hills did not make any payments on my loans, my loans were not consolidated, and I was not enrolled in any loan forgiveness program. Had I know that none of my payments would be applied to the balance of my loans, I would never have signed up with National Secure Processing and Mission Hills.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements in this declaration are true and correct.

Executed in Winchester, Virginia on 2 - 8 (Feb 8) , 2019.

Lisa Bonilla

PX 4 Bonilla Dec
p. 000180

# ATTACHMENT A

PX 4 Bonilla Decl.
Att. A
p. 000181

DocuSign Envelope ID:



**STUDENT LOAN**
**SERVICE MANAGERS**

# Privacy Policy

**OUR PLEDGE TO YOU:** Student Loan Service Managers hereinafter referred to as ("Company"), knows you expect privacy and security for your nonpublic personal information. We respect your privacy and are committed to treating your information responsibly.

1. **Information We Collect About You.** In order to perform the Services you have requested, we will ask you to provide us with certain information, such as your social security number, bank account information, and date of birth. We may collect this information from you over the telephone, via the Internet, via e-mail or by asking you to complete a Service Agreement or other related document(s). We also may receive this information about you from a third party that provided services to you prior to Company or related to Company's Services. In addition, Company maintains your transaction history.

2. **Information We Share About You.** The information we collect about you, and other information we maintain, may be shared with other third parties, on a need-to-know basis, to perform the Services authorized by the Service Agreement and to help you manage your account. To the extent we use any third parties to assist us in providing Services to you and those services require us to disclose any of your nonpublic personal information, we may require the third party service provider to execute an agreement to protect the confidentiality of your information to the same extent set forth herein. The third parties with whom we may share your information, include: Members of the Company family of companies (affiliated companies related by common ownership or control), your bank or financial institution, Company's bank or financial institution, your attorney or other legal representative, other non-affiliated third parties that may assist us in providing Services to you or that may help us with our business operations, other non-affiliated third parties for predictive analysis intended to assist us in learning more about our customers and to assist us with our overall marketing efforts, other parties with your consent or by your direction we may also share your information with law enforcement officials, government officials, or other third parties when (1) we are compelled to do so by a subpoena, court order or similar legal process; (2) we are required to do so in order to comply with the law; and/or (3) we believe in good faith that disclosure of your information is necessary to prevent physical harm, financial loss, or to report suspected illegal activity. We may also use portions of your information for internal statistical reporting. This type of analysis would not reveal any information that would identify you personally.

3. **How We Protect Your Information.** We maintain high standards of physical, electronic, and procedural safeguards to protect your non-public personal information. In all cases, we will make a reasonable effort to limit the collection of information to that which is required in order to deliver quality services to you. Company will not sell or market your nonpublic personal information to third parties without your consent and will not share information about you with non-affiliates (companies outside the Company family of companies) except as otherwise set forth herein or as permitted by law.

4. **Your Right To Opt-Out Or Limit Sharing.** Federal law gives you the right to limit sharing in some circumstances. State laws and individual companies may give you additional rights to limit sharing. If you prefer that Company not share your nonpublic personal information with affiliates and/or non-affiliates for purposes of marketing, you may opt-out (ask us not to share information) at any time, although we may still disclose your information as permitted by law. To opt-out, simply notify us by calling our Customer Service Department at (855) 747-9918 or by writing to us at Student Loan Service Managers, Customer Service Department, 23172 Plaza Pointe Drive Suite 138 Laguna Hills, CA 92653. Please include your account information. Your opt-out request will become effective as soon as reasonably practicable after we receive it.

5. **Changes To The Privacy Policy.** We may amend our Privacy Disclosure at any time. If we do, we will provide current customers with a revised notice that describes our new practices as required by law.

6. **Former Customers.** When you are no longer our customer, we will continue to limit the sharing of your information as described in this notice.

7. **How To Contact Us With Your Privacy Questions.** We appreciate your business and want you to understand our commitment to maintaining the privacy of your nonpublic personal information as expressed in our Privacy Policy. If you have questions about this Privacy Policy please contact our Customer Service Department at (855) 747-9918.

8. **Special Notice for California Residents Only.** In accordance with California law, we will not share information we collect about California residents with non-affiliated third parties except as permitted by law, such as with your consent or to service your account(s). We will also limit the sharing of information about you with our affiliates to the extent required by applicable California law.

9. **Special Notice for Vermont Residents Only.** In accordance with Vermont law, Company will not share information we collect about Vermont residents to unaffiliated companies except as permitted by law, such as with your consent or to service your account(s).

Client Name:      Lisa Bonilla

Client Signature:  *LISA BONILLA*      Date:   08/27/2014

23172 PLAZA POINTE DRIVE SUITE 138 | LAGUNA HILLS, CALIFORNIA 92653 | PHONE: (855) 747-9918



**STUDENT LOAN SERVICE MANAGERS**

Service Agreement

DocuSign Envelope ID:

## Section 1: Client's Information

| First Name: | MI: | Last Name: | | Former Last Name: |
|---|---|---|---|---|
| Lisa | - | Bonilla | | |

| Street Address: | | City: | | State: | Zip: |
|---|---|---|---|---|---|
| | | | | | |

| Home Phone: | Cell Phone: | Email Address: | | Contact Preference: |
|---|---|---|---|---|
| | () - | | | Email |

## Section 2: Required Consolidation Paperwork Information

| DOB: | SSN: | | DL/ID Number & State | | DOE PIN Code: |
|---|---|---|---|---|---|
| | | | | | |

| Client Employer Name: | | Occupation: | Marital Status: | Total People on Taxes: | Filing Status: |
|---|---|---|---|---|---|
| | | Claims Manager | Married | 4 | Jointly |

| Employer Address: | | | Employer Phone: | Annual Income: |
|---|---|---|---|---|
| | | | | $0.00 |

| Spouse First Name: | Spouse Last Name: | Spouse DOB: | Spouse SSN: |
|---|---|---|---|
| - | - | - | |

| Spouse Employer: | Spouse Work Phone: | Spouse Annual Income: | Spouse Fed Loan Debt: | Old Loans Jointly Consolidated: |
|---|---|---|---|---|
| - | () - | $0.00 | $0.00 | - |

*References: 2 Persons with different addresses, PO Boxes are NOT acceptable, not residing in the same home (for example, a spouse) or anyone living outside the U.S.*

| Re     me: | P | T | Relationship to Client: Family |
|---|---|---|---|
| Re     Name: | P | | Relationship to Client: Family |

## Section 3: Client's Estimated Summary of Current Federal Loans

*The basis of this summary is derived from the information provided from the client.*

| Loan Types: | Loan Status: | Weighted Int.Rate: | Approx. Mo Payment: | Total Federal Student Loan Bal: |
|---|---|---|---|---|
| Federal Personal | Current | 6.80% | $0.01 | $34,362.00 |

## Section 4: Recommended Consolidation Program

*The payment quoted is estimated and is subject to change upon lender certification of income and loan balances.*

| Managed Loan Amount: | Federal Program: | Est. New Loan Payment: | Program Structure: | Program Validation: | Program Payment Adjusted After: |
|---|---|---|---|---|---|
| $34,362.00 | PAYE | $43.99      LBA | | Annual | 12 |

## Section 5: Payment Information

| Bank Name: | Account Number: | Bank Routing Number: | Bank Account Type: |
|---|---|---|---|
| | | | Checking |

## Section 6: National Secure Processing Management Program Cost

*National Secure Processing Fees are in addition to and completely separate than loan cost and payments.*

| Management Program for 1st Year: | Down Payment: | Down Payment Date: | Program Credits: | Date Mgmt Program Cost Collected: | Program Automatic Yearly Renewal: |
|---|---|---|---|---|---|
| $599.00 | $201.11 | 2014-09-10 | $0.00 | n Monthly Payment | $492.00 |

## Section 7: Estimated Example Of Recurring Payment - ACH Payment Schedule

*Loan Payments Are Not Required to be Collected by National Secure Processing, Programs are Quoted as an Electronic Payment and Scheduled allocation of funds are determined and managed by National Secure Processing.*

| New Federal Loan Payment: | Processing Fee: | Monthly Installments of Management Program: | Estimated Total Automatic Monthly Payment: | Monthly Reoccurring Payment Date: |
|---|---|---|---|---|
| $0.00 | $10.00 | $33.99 | $43.99 | 2014-10-10 |

## Section 8: Account Information

| Loan Manager: | Client's Goal of Services: | Stop Pymts. to Cur Lenders: | Referred By: | Date of Agreement: | Client Identification: |
|---|---|---|---|---|---|
| Melissa S. | Lower Payment | If Possible | | 08/27/2014 | 1026218 |

Additional Notes:
No Notes



Bonilla Decl.
Att. A
p. 000183

DocuSign Envelope ID:

 **STUDENT LOAN SERVICE MANAGERS**

Service Agreement

This Service Agreement is made and entered into, the Date of Signing, by and between Student Loan Service Managers hereinafter referred to as ("Company"), and Client, as stated in Section 1, hereinafter referred to as ("Client") residing at address as stated in Section 1. Subject to, and conditioned upon, the following for management of a Federal Student Loan with the Department of Education (DOE):

**RECITALS:** WHEREAS Company is in the business of managing Client's student loans and improving Client's Federal Student Loan repayment terms, by arranging and managing the process of Federal Student Loan Consolidation Services or the Processing of Client's portion of documentation, provided by programs offered through the Department of Education (DOE), for clients with Federal Student Loans; and WHEREAS Client wishes to employ Company, or its designee, successor or assignee to perform, in good faith, the following services, ("the Services"): (a) analyze Client's Federal Student Loan debt situation, (b) research potential debt restructuring options that are or may be available to Client, (c) present Client with the results of such research, (d) arrange a Federal Student Loan Consolidation Loan through the Department of Education (DOE) for Client and continue to manage said loan on behalf of client by continuing to file the necessary periodic **paperwork to DOE on Client's behalf throughout** the term of the DOE loan to ensure that Client continues to receive maximum benefits offered by DOE consolidation programs, (e) determine and obtain best repayment plan **structure based on Client's needs and using current plans, (f)** if desired, consolidate monthly payment into one payment and fees into one payment and pay lenders and fees as requested by Client.  NOW THEREFORE in consideration of the foregoing and every term, covenant and condition hereafter set forth, Company and Client do hereby understand, covenant and agree as follows:

**1. Guarantee.** Client will receive a 100% refund of the Management Program Fee any other fees and any money not already paid to loan holder. If (a) Client is rejected for a Federal Student Loan Consolidation by the Department of Education OR (b) repayment plan is not achieved using current lenders.

**2. Performance of Services.** Upon receipt of all information and verified documentation for programs from Client and payment of the fees for services as provided herein, Company, or its designee, successor or assignee will take over the management of the Student Loan accounts which may include, preparing the necessary initial DOE paperwork for Client and begin consolidation process.  Client is responsible for completing their necessary steps to ensure a consolidation loan can be applied for and approved.  Company **shall track and monitor Client's DOE consolidation plan. Company shall engage each of Client's applicable lenders to initiate** and complete either a federal student loan consolidation through DOE, principal reduction, interest rate reduction, deferment, forbearance, and/or a reduced payment option on behalf of the Client. While loans are under the management of Company, either Company, or its designee, successor or assignee or Client will change the address of record with, both the Holder and Servicer of the loan to Company headquarters at 23172 Plaza Pointe Drive, Suite 138, Laguna Hills, CA 92653. Should Company relocate or assign designee, successor **or assignee the address on file with both servicer and holder of Client's loan would be changed to reflect Company, or its designee, successor or assignee's new physical** address.

**3. Not a Loan Company.** Company does not lend money. Company recommends making all payments on time to your creditors. Non-payment of debt may lead creditors to increase finance and other charges or undertake collection activity, including litigation. Failure to pay your monthly bills in a timely manner will result in increased balances and will harm your credit rating. If you fail to make timely payments, you will likely adversely affect your credit worthiness; may result in you being subject to collections or being sued by creditors or debt collectors; and may increase the amount of money you owe due to the accrual of fees and interest by creditors or debt collectors. Company recommends client make all payments on time to your creditors.

**4. Provide Complete and Truthful Information.**   Company, or its designee, successor, affiliate or assignee has delivered to you a counseling session.   Client expressly represents and warrants to Company they will at all times, provide Company with information that is complete, accurate and true to the best of their knowledge and belief.

**5. Fees for Services.** The fee to employ the services of Company, or its designee, successor, affiliate or assignee is stated in Section 7, which covers a Management Program Cost for the 1st Year, plus a Yearly Renewal Cost, as stated in Section 6. Management Program Yearly Renewal is automatically renewed each year split into an even monthly payment option, unless otherwise indicated. Management Program Automatic Yearly Renewal will continue until all of the Student Loans are paid in full or terms of loan are satisfied with lender unless otherwise advised according to the terms of this agreement.

**6. Management Program and Monthly Cost Authorization.** Client hereby authorizes Company, or its designee, successor, affiliate or assignee to deduct all payments due per this contract from the financial institution listed in Section 6 or such other financial institution that may be used by Client from time to time. Client acknowledges and agrees to pay any Payment Processor fees associated with their service and that Payment Processor and their fees are in no way connected to Company program or fees. In the **event of default of any obligations hereunder, Client authorizes debit of Client's account for the full amount due under this** agreement.  Further, Client authorizes their financial institution to accept and to charge any debit entries initiated by Company **or its designee, successor or assignee to Client's account. This authorization for automatic withdrawal** of fees/payments is to remain in full force and effect until Company has received written notice from Client of its termination in such time and such manner as to afford Company **a reasonable opportunity to act.  A fee/payment (whether paid by debit or other means) that is not honored by Client's financial** institution for any reason may be subject to a $35.00 service fee imposed by Company, the amount of which **may be debited from Client's account. Client understands that the monthly cost amount shown** above is predicated on payments being made via automatic debit. Additionally, payment received more than ten (10) days past the due date may incur a $10.00 late fee.

**7. Loan Payments Dispersed by Payment Processor.** Client acknowledges full responsibility for the repayment of their student loans.  Any loan payments that are made through the services of Company's Payment Processor are purely an added benefit to the Client. Client will not hold Company liable for loans not being paid, Company is setting up automatic payments on behalf of and per the instruction of the Client. Client understands that returns, refunds and **cancellations are Client's responsibility** and no payment will be made on Client's loan if **Company's Payment Processor is unable to draft the funds from Client's account.**

**8. Indemnification.** Client hereby agrees to defend and hold harmless Company, or its designee, successor or assignee from and against any liability of any nature whatsoever arising out of or in connection with Client breach, in whole or in part, of the representations and warranties herein contained. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement.  Except for cause, Client unconditionally waives any right of action against Company, its officers, directors, employees, agents, brokers and assigns, at law, equity or any other cause of action for any reason, directly, indirectly or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company **or Client's failure to follow any recommendation** of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client.

―DS
LB

**23172 PLAZA POINTE DRIVE SUITE 138 | LAGUNA HILLS, CALIFORNIA 92653 | PHONE: (855) 747-9918**

DocuSign Envelope ID:



**STUDENT LOAN SERVICE MANAGERS**

Service Agreement

**9. Identify.** A personal identification number ("PIN") is a 4-digit number that is assigned to Client by the government and is used in combination with Client's Social Security Number, name and date of birth to identify Client as someone who has the right to access Client's own personal information on Federal Student Aid Websites and apply for programs. Client is advised that Company will be using 4-digit PIN number in order to access personal and financial information and to apply for programs during the loan management process.

**10. Website and Email Access.** Client agrees to authorize Company to access websites designated for Client use to access and manage their student loans.

Client acknowledges that Company will be making changes to Client's accounts and payment information on these websites as needed. Client expressly gives Company the authority to register with these websites, provide a unique email address, and reset passwords as needed to manage Client's student loan accounts.

**11. Gender.** Whenever used in this Agreement, the singular shall include the plural, the plural shall include the singular, and the neutral gender shall include the male and female as well as a trust, company, corporation, or other legal domestic or foreign entity, all as the context and meaning of this Agreement may require.

**12. Headings.** The paragraph titles and headings contained in this Agreement are inserted as a matter of convenience and for ease of reference only, and shall be disregarded for all other purposes including the construction or enforcement of this Agreement or any of its provisions.

**13. Cross-references.** All cross-references in this Agreement, unless specifically directed to another agreement or document, refer to provisions in this Agreement and shall not be deemed to be references to the overall agreement or to any other agreements or documents.

**14. Time Essence.** Time is of the essence of every provision of this Agreement that specifies a time for performance. Once initial and pertinent paperwork has been received, processing will begin. Company will always perform controllable services with efficient time management. Please be advised that Federal Student Loan Consolidations completed by Company rely on the relevant lender/s for prompt service and Company cannot be held liable for delayed completion. Average completion of a Federal Student Loan Consolidation through the Department of Education (DOE) is sixty (60) days.

**15. Multiple Counterparts.** This Agreement may be executed in one or more counterparts (including by means of facsimile or portable document format (.pdf)), each of which will be deemed an original and all of which together will constitute one and the same instrument.

**16. Agreement Received.** By virtue of Client's signature below, Client acknowledges that he/she has read, understands and agrees to every term, covenant and condition of this Agreement and that he/she has received a true and complete copy hereof, effective the date first above written.

**17. Integration and Severability.** This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect.

**18. No Tax Advice Provided.** Company or any agents of Company do not and will not provide tax advice. Client is advised to consult with a tax lawyer, accountant, or tax advisor regarding the tax consequences of participation in any program the client decides to enroll in.

**19. Taxability of Student Loan Forgiveness.** Some loan forgiveness programs are taxable and some are not. Under current law, the amount forgiven generally represents taxable income for income tax purposes in the year it is written off. There are, however, a few exceptions. Generally, student loan forgiveness is excluded from income if the forgiveness is contingent upon the student working for a specific number of years in certain professions.

**20. Modification.** This agreement may only be modified or amended by a written agreement signed by a corporate officer of Company.

**21. Legal Authorization Form.** This form will serve to acknowledge that Client has authorized our firm, Company, to act on their behalf to manage their student loan portfolio. This is in accordance with the Department of Education (DOE). I hereby authorize Company to verify my past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my Federal Student Loan Consolidation. I further authorize Company to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization. The Information Company obtains is only to be used in management of my Student Loans.

**22. Cancellation Policy.** Client may cancel this contract by sending written notice (a) before Loan Program begins, (b) after Consolidation, renewal may be canceled if done 90 days prior to each anniversary date of this agreement.

**23. Loans Managed.** All student loans managed are found on the National Student Loan Data System and will remain there regardless of program choice.

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT IN EXCHANGE FOR THE MANAGEMENT PROGRAM PAYMENT FOR A FEDERAL STUDENT LOAN CONSOLIDATION PROGRAM. DURING THIS PROCESS, CLIENT IS RESPONSIBLE FOR MAKING HIS OR HER PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY THE CLIENT FROM OBTAINING THE PRODUCT THAT WAS AGREED UPON. CLIENT FURTHER ACKNOWLEDGES THAT COMPANY, AND/OR ANY OF ITS AGENTS HAVE PROVIDED NO GUARANTEES TO CLIENT OF A SPECIFIC OUTCOME, AND/OR AFFILIATES AND A POSITIVE OUTCOME CANNOT BE GUARANTEED. CLIENT HAS BEEN EXPLAINED THE PROGRAM IN FULL AND TO CLIENT'S SATISFACTION. CLIENT IS FULLY AWARE AND UNDERSTANDS WHAT CLIENT IS ENROLLING IN.

Client Signature:   DocuSigned by: **LISA BONILLA**          Date of Signing:          08/27/2014

23172 PLAZA POINTE DRIVE SUITE 138 | LAGUNA HILLS, CALIFORNIA 92653 | PHONE: (855) 747-9918

DocuSign Envelope ID:

# Pre-Authorized Checking Application Form

## CLIENT INFORMATION

| Bonilla | Lisa | N/A | N/A |
|---|---|---|---|
| Last Name | First Name | Last Name (If Applicable) | First Name (If Applicable) |

Street Address                                    Phone #                     Cell Phone #

City                    State          Zip                    Email address

## DESIGNATED BANK ACCOUNT DEBIT AUTHORIZATION

**Bank Name**                                    **Bank Routing Number** (as it appears on the check)

Lisa M Bonilla                                                                Checking
**Name as it appears on bank account**           **Bank Account Number**
                                                 ☐ Checking    ☐ Savings

## DESIGNATED BANK ACCOUNT DEBIT SCHEDULE AUTHORIZATION

| | | |
|---|---|---|
| Deposit Amount $ $201.11    Start Date 2014-09-10 | ☒ One Time  ☐ Monthly | Number of Payments    1 |
| Deposit Amount $ $43.99    Start Date 2014-10-10 | ☐ One Time  ☒ Monthly | Number of Payments    11 |

I authorize **Payment Automation Network** to initiate Automatic Clearing House (ACH) debits from my designated bank account at the financial institution identified above. I authorize Payment Automation Network to debit my bank account according to the schedule of debits provided to Payment Automation Network by me or on my behalf or as otherwise provided by agreement. I understand that debits will be withdrawn on the due date unless the otherwise indicated and that sufficient funds must be available in designated account at least two (2) business days prior to the actual date of the debit. Upon my approval, Payment Automation Network may adjust the amount being debited from designated bank account. This authorization is to remain in force until the schedule of debits is completed or until Payment Automation Network has received written notification from me of a change or termination, allowing Payment Automation Network no fewer than five (5) business days to act. Payment Automation Network shall not be liable to any person for not completing a transaction as a result of any limit on my designated bank account or if a financial institution fails to honor any debit from such account. I understand it is my responsibility to notify Payment Automation Network immediately if a scheduled debit does not occur. I authorize Payment Automation Network to recover funds an ACH debit from my bank account in the event of an error or in the event that a prior debit is returned for any reason, including non-sufficient funds. I understand that a $25.00 service charge will be added for every NSF draft. I understand I can call Payment Automation Network at 800-813-3740 to cancel this service. <u>Payments will be drafted on the payment due date of the original service agreement.</u>

I have read and understand the information contained in this document and I affirm that the above information given by me is accurate and true to the best of my knowledge.

SIGNATURE (Client #1) _LISA BONILLA_                    DATED    08/27/2014

SIGNATURE (Client #2) _____          DATED _____

**Payment Automation Network, Inc.**    **National Secure Processing**    **Student Loan Service Managers**
(800) 813-3740 Phone                     (855) 747-9916 Phone               (855) 747-9918 Phone
info@paymentautomation.net               info@nsprocessing.com              clients@slsmanagers.com

DocuSign Envelope ID: ▮▮▮▮▮▮▮▮▮



# Limited Special Power Of Attorney

I, Client as stated below, hereby appoint NSProcessing of 23172 Plaza Point Drive Suite 130 Laguna Hills, CA 92653 as my attorney-in-fact ("Agent") to exercise the powers and discretions relating to matters involving student loans, described below.  Power of Attorney shall not be affected by my subsequent incapacity.

My Agent shall have full power and authority to act on my behalf but only to the extent permitted by this Special Power of Attorney.  My Agent's powers shall include the power to:

1. Prepare, sign, and file any documents pertaining to my Student Loans with any governmental body or agency, including, but not limited to, authorization to:

   - Obtain information or documents from any government or its agencies, and represent me in all Student Loan matters, including    negotiating, compromise, or settling any matters with such government agency.

2. Act on my behalf with respect to the following matters:

   - Discuss entering into binding contracts on my behalf pertaining to Student Loans.

   - Employ professional and business advisors as may be appropriate, including attorneys, and accountants, at Agents's expense

   - Speaking with current holders of the principal's student loans and access to all information deemed necessary.

3. To exercise fiduciary responsibilities, which I have a right to delegate.

I hereby grant to my Agent the full right, power, and authority to do every act, deed and thing necessary or advisable to be done regarding the aforementioned powers, as fully I could do if personally present and acting.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith.  However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney.  A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to my estate, my personal representative or me.  I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such parts shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provisions of this instrument.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon request or the requested of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective on the Date of Signing; revocation will require written instruction to authorized Agent.

**Notice to Person Executing Power of Attorney:**

A Power of Attorney is an important legal document.  By signing the Power of Attorney, you are authorizing another person to act for you, the principal.  Before you sign this Power of Attorney, you should know these important facts:

Your Agent (attorney-in-fact) has no duty to act unless you and your Agent agree otherwise in writing.

You can change or correct the terms of this Power of Attorney only by executing a new Power of Attorney, or by executing an amendment through the same formalities as an original.  You have the right to revoke or terminate this Power of Attorney at any time, so long as you are competent.

Client Name:    Lisa Bonilla

Client Address:    ▮▮▮▮▮▮    ▮▮    ▮    ▮▮

Client Signature:    *LISA BONILLA*    Date of Signing:  08/27/2014

DocuSigned by:

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting to act as the Agent (attorney-in-fact) under the terms of this Power of Attorney.

National Secure Processing:  *NSProcessing*    Date:    08/27/2014

23172 PLAZA POINTE DRIVE SUITE 130 | LAGUNA HILLS, CALIFORNIA 92653 | PHONE: (855) 747-9916

DocuSign Envelope ID:

Date:   08/27/2014


Lisa Bonilla


To whom it may concern,


This letter is to certify that to the best of my knowledge my current annual household income is        $0.00



Thank you,


DocuSigned by:

*LISA BONILLA*


Lisa Bonilla

# ATTACHMENT B

PX 4 Bonilla Decl.
Att. B
p. 000189



Skip to main content

## MAIN CHECKING

████

$ █████
Available balance

Activity Summary

| | |
|---|---|
| **Current posted balance** | ██████ |
| **Pending withdrawals/debits** | ████ |
| **Pending deposits/credits** | ████ |
| **Available balance** | ██████ |

Monthly Service Fee Summary | Debit Card Activity

## Activity

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions meet your search criteria. Please try again. | | | | |
| **Posted Transactions** | | | | |
| 07/10/18 | EDU STUDENT LOAN 8772428670 180710 MHF██████ LISA BONILLA | | $61.00 | ████ |
| 06/11/18 | EDU STUDENT LOAN 8772428670 180611 MHF██████ LISA BONILLA | | $61.00 | ████ |
| ████ | ██████ | | ████ | ████ |
| ████ | ██████ | | ████ | ████ |
| **Totals** | | ████ | ████ | |

PX 4 Bonilla Decl.
Att. B
p. 000190

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|------|-------------|------------------|--------------------|----------------------|
| 05/10/18 | EDU STUDENT LOAN 8772428670 180510 MHF ███████ LISA BONILLA | | $61.00 | |
| 04/10/18 | EDU STUDENT LOAN 8772428670 180410 MHF ███████ LISA BONILLA | | $61.00 | █████ |
| 03/12/18 | EDU STUDENT LOAN 8772428670 180312 MHF ███████ LISA BONILLA | | $61.00 | █████ |
| 02/12/18 | EDU STUDENT LOAN 8772428670 180212 MHF ███████ LISA BONILLA | | $61.00 | █████ |
| 01/10/18 | EDU STUDENT LOAN PAYMENT 180110 MHF ███████ LISA BONILLA | | $61.00 | █████ |
| 12/12/17 | EDU STUDENT LOAN PAYMENT ███████ LISA BONILLA | | $61.00 | █████ |
| 11/13/17 | EDU STUDENT LOAN PAYMENT ███████ LISA BONILLA | | $61.00 | █████ |
| 10/26/17 | EDU STUDENT LOAN PAYMENT ███████ LISA BONILLA | | $51.00 | ███ |
| 10/11/17 | EDU STUDENT LOAN PAYMENT ███████ LISA BONILLA | | $61.00 | █████ |
| 09/18/17 | EDU STUDENT LOAN edu nsp 170912 000018500000157 ███████ -Lisa Bonill | | $51.00 | █████ |
| 08/22/17 | EDU STUDENT LOAN REVERSAL 170822 000018500000157 ███████ -Lisa Bonill | $51.00 | | █████ |
| 08/14/17 | EDU STUDENT LOAN edu nsp 170811 000018500000157 ███████ -Lisa Bonill | | $51.00 | █████ |
| 06/14/17 | EDU STUDENT LOAN edu nsp 170613 000018500000157 ███████ -Lisa Bonill | | $51.00 | █████ |
| **Totals** | | █████ | █████ | |

Back to top

First
Previous
Next

*Account Disclosures

PX 4 Bonilla Decl.
Att. B
p. 000191

# ATTACHMENT C

PX 4 Bonilla Decl.
Att. C
p. 000192

 Gmail

Lisa Bonilla < ███████████ >

# Welcome to Mission Hills Federal
1 message

**Mission Hills Federal** <support@missionhillsfederal.com>
Reply-To: support@missionhillsfederal.com
To: ███████████  ███████████

Wed, Jan 10, 2018 at 5:14 PM

To ensure our emails reach you, please add support@missionhillsfederal.com to your address book.

 MissionHillsFederal.com

Re: Account #MHF ███████

01/10/2018

Dear Lisa,

Welcome to Mission Hills Federal. We're excited to have you as a client, and happy to assist you with management of your student loans and student loan payments. Your account has been assigned to us for completion of your contract agreement. This assignment is not due to any problems with your account.

***To ensure our emails reach your inbox  please add support@missionhillsfederal com to your address book***

You should experience no difference with your student loan payment terms, payment dates, and payment amounts. If you need additional help or information, you can also reach our customer service department at:    877-242-8670 or by email at support@missionhillsfederal.com

You can also register online to view an up to date snapshot of your account, view payment history, notifications and request changes. To register click the login link at the top of the page at www.missionhillsfederal.com or by clicking here

**REGISTRATION CONFIRMATION CODE**

To register, you will need your Account #, Year of Birth and Confirmation Code (below).
*Registration Confirmation Code*: ████

**PROGRAM PAYMENT SCHEDULE**

Your program monthly payment of **$61.00** will continue each month on the **10th**.
The payment description for these monthly transactions will display as: **EDU Student Loan**