Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>     v.<br><br>ELEGANT SOLUTIONS, INC., a corporation, also d/b/a Federal Direct Group; TREND CAPITAL LTD., a corporation, also d/b/a Mission Hills Federal; DARK ISLAND INDUSTRIES, INC., a corporation, also d/b/a Federal Direct Group and f/k/a Cosmopolitan Funding Inc.; HERITAGE ASSET MANAGEMENT, INC., a corporation, also d/b/a National Secure Processing; TRIBUNE MANAGEMENT, INC., a corporation, also d/b/a The Student Loan Group; MAZEN RADWAN, a/k/a Michael Radwan and Mike Radwan, individually and as an officer of Elegant Solutions, Inc., Trend Capital Ltd., Dark Island Industries, Inc., Heritage Asset Management, Inc., and Tribune Management, Inc.; RIMA RADWAN, individually and as an officer of Elegant Solutions, Inc., Trend Capital Ltd., Dark Island Industries, Inc., Heritage Asset Management, Inc., and Tribune Management, Inc.; and DEAN ROBBINS, individually and as an officer of Elegant Solutions, Inc., Trend Capital Ltd., Dark Island Industries, Inc., Heritage Asset Management, Inc., and Tribune Management, Inc.,<br><br>       Defendants. | Case No. 8:19-cv-01333-JVS (KESx)<br><br>**APPENDIX TO PRELIMINARY REPORT OF RECEIVER**<br><br>JUDGE:   Hon. James V. Selna<br>CTRM:    10C |

# INDEX OF EXHIBITS

| Tab | Description | Page |
|-----|-------------|------|
| 1 | 3 Studebaker Floor Plan | 1 |
| 2 | Initial Account Records Review (7/17/2019) | 6 |
| 3 | Case Study: A. Morales | 28 |
| 4 | Federal Direct Group Sales Scripts | 58 |
| 5 | Ezekial CRM Company Statistics | 74 |
| 6 | Chats re: Consumer Complaints | 76 |
| 7 | Processing Department Script | 84 |
| 8 | Initial Client Contact Email (7/10/2019) | 88 |
| 9 | Recertification Email (5/15/2019) | 90 |
| 10 | Email re: Consumer Request for Renegotiation (7/5/2019) | 92 |
| 11 | Email re: Consumer Complaint re: Monthly Payment (6/28/2019) | 95 |
| 12 | Email re: Consumer Request re: Monthly Payment (7/1/2019) | 97 |
| 13 | Email re: Resubmission of Consumer Requalification (7/8/2019) | 99 |
| 14 | Chat re: Resubmission of Consumer Requalification (3/26/2019) | 102 |
| 15 | Chat re: Resubmission of Consumer Requalification (6/3/2019) | 103 |
| 16 | Email re: Consumer Request for Income-Based Requalification (7/2/2019) | 104 |
| 17 | Emails and CRM Notes re: Fee Payments from Trust | 106 |
| 18 | Emails re: Partial Trust Releases | 127 |

| Tab | Description | Page |
|-----|-------------|------|
| 19 | Emails and CRM Notes re: S. Harmon ........................................... | 129 |
| 20 | Emails and CRM Notes re: S. McCracken.................................... | 136 |
| 21 | Trend Capital, Ltd. Check Copies (3/23/2018 – 4/19/2018).......... | 150 |
| 22 | Trend Capital, Ltd. Trust Account Statement (July 2018)............. | 151 |
| 23 | Trend Capital, Ltd. Check Copies (7/16/2018 – 7/19/2018).......... | 154 |
| 24 | Trend Capital, Ltd. Check Copies (7/23/2018 – 7/27/2018).......... | 156 |
| 25 | Trend Capital, Ltd. Check Copies and Account Statement (February 2019)................................................................. | 157 |

Dated: July 18, 2019                    McNamara Smith LLP


                                        By:   /s/ Thomas W. McNamara
                                             Court-appointed Receiver

EXHIBIT 1



EXHIBIT 1
Page 1

1st Floor West Quadrant

EXHIBIT 1
Page 2



Lounge / Game Room

1000

1st Floor East Quadrant

EXHIBIT 1
Page 3



2nd Floor West Quadrant

EXHIBIT 1
Page 4



Supply Room

1100

Conference Room

1200

1300

1400

2nd Floor East Quadrant

EXHIBIT 1
Page 5

EXHIBIT 2

*FTC v. Elegant Solutions, Inc., et al.*
Receivership Initial Accounting Records Review
Lisa Jones, CIRA, CFE
July 17, 2019

On Friday, July 12, 2019, I gained access to the online QuickBooks records for Trend Capital, Ltd., d/b/a Mission Hills Federal ("MHF"), Elegant Solutions, Inc., d/b/a Federal Direct Group ("FDG"), Dark Island Industries, Inc., d/b/a Radwan Classic Cars and RCC Motors ("RCC"), Heritage Asset Management, Inc. d/b/a National Secure Processing ("NSP"), and Tribune Management, Inc. d/b/a The Student Loan Group ("SLG").  Corporate Defendants had a separate online QuickBooks file for each entity.  I also obtained some of Corporate Defendants' recent bank statements.  Below is my preliminary analysis of the Corporate Defendants' financial records.

<u>Summary of Activity Reported in QuickBooks Files</u>

I.   <u>Trend Capital, Ltd. d/b/a Mission Hills Federal</u>

I reviewed MHF's QuickBooks file, which contained accounting records from March 14, 2017 to February 1, 2019, at which point the no further transactions were recorded.[1]  On that date the records indicate a positive balance in each of the four bank accounts, with aggregate balance of $2,977,535.  While Corporate Defendants employed a bookkeeper, she was primarily responsible for RCC records and only recently began work on FDG records.  MHF's QuickBooks file reflects four bank accounts at Bank of the West, "Holding," "Trust," "Operating," and "Savings".  The corresponding bank statements for these accounts do not reflect this internal designation.

MHF had bank accounts at Bank of the West until June 2019, when that bank informed Corporate Defendants that their accounts would be closed on July 3, 2019.  Corporate Defendants opened new accounts at CalWest Bank and transferred the funds from Bank of the West to CalWest Bank.

MHF established an account with Bank of the West on or about December 28, 2017, when the Holding account was opened with a deposit of $2,500.00.  Beginning on January 3, 2018, funds were deposited, almost daily, into the Holding account via Automated Clearing House (ACH) transfers from Automatic Funds Transfer Services (AFTS), which I understand to be the Corporate Defendants' payment processor.  These funds represent debits from customer accounts.  From January 3, 2018 through February 1, 2019, the gross amount of $8,410,284.86 was deposited into the Holding account.

On a weekly basis, funds were transferred from the Holding account to both the Trust and Operating accounts.  For the period of December 28, 2017 through February 1, 2019, $4,910,217

---

[1] There was another MHF QuickBooks file, which appeared to be duplicative and only included records for an abbreviated period (December 28, 2017 to October 4, 2018).  Accordingly, my analysis of the accounting records for Trend Capital/MHF is based on the more complete QuickBooks file and limited bank records.

EXHIBIT 2
Page 6

was transferred from the Holding account to the Operating account and $2,956,111 was
transferred to the Trust account.  Based on my understanding, funds transferred to the Operating
account represent fees to the Corporate Defendants and funds transferred to the Trust account
were to be sent to customers' student loan servicers.

### a.   Trust Account (-8836) Analysis

In January 2018, shortly after the MHF accounts were established, $2,300,000 was
transferred from MHF's Operating account to MHF's Trust account.  The source of these funds
was Heritage Asset Management, Inc.'s Holding account, which was transferred to MHF's
Operating account in December 2017 when the Corporate Defendants transitioned from the prior
National Secure Processing business to MHF.[2]  In addition, for the period of December 28, 2017
through January 30, 2019, $2,956,111 from the Holding account was transferred to the Trust
account, for total deposits of $5,259,361 during the relevant period.

I understand that funds in the Trust account represented funds that were to be sent to
customers' student loan servicers to make their monthly payments.  Based on my review of the
QuickBooks data, $1,699,303, or approximately 32% of all deposits, were sent to student loan
servicers.  Based on my review of the limited financial records (i.e., QuickBooks data, bank
statements, and checks), substantial transfers were made from the Trust account directly to at
least one Individual Defendant (Mazen Radwan) via a check and indirectly via transfers to the
Operating account, after which the money was transferred for the Individual Defendants'
personal use.  The transfers are as follows:

- On March 22, 2018, a check was issued to Mazen Radwan in the amount of $60,000,
  which he later deposited in his personal account at Orange County's Credit Union.
- On July 17 and 18, 2018, $600,000 (two transfers of $300,000 each) was transferred
  from the Trust account to the Operating account.  Based on my review of the
  Operating account's bank records, three checks in the amount of $160,010 each were
  issued on July 18, 2018 to pay for Defendants Mazen Radwan, Dean Robbins, and
  Rima Radwan's 2016 federal taxes.[3]  Three additional checks from the Operating
  account were issued on July 18, 2018 to pay for Individual Defendants' 2016 state
  taxes – $40,010 for Defendant Rima Radwan, $40,010 for Defendant Dean Robbins,
  and $20,875.24 for Defendant Mazen Radwan.  On July 23, 2018, three checks of
  $7,000 each were issued to the Individual Defendants.
- On November 8, 2018, $60,178.62 was transferred from the Trust account to the
  Operating account.  The next day, two payments totaling $91,248.08 were made to
  American Express from the Operating account.
- On December 27, 2018, transfers of $60,264.19 and $3,991.99 were made from the
  Trust account to the Operating account.  The next day, there were three payments to
  American Express from the Operating account, totaling $86,280.44.  The operating

---

[2] MHF's Operating account also transferred $2,500 to the Trust account to initially open the
Trust account.
[3] The checks are exhibits to the Preliminary Report.  Defendant Rima Radwan's husband, Nader
Bou Najem, is identified in the memo line of her checks.  However, we believe the tax payments
were for Defendant Rima Radwan's benefit.

EXHIBIT 2
Page 7

account also paid payroll expenses of $27,570.60 and a GMC lease payment of
$2,176.45.

- On February 7, 2019, $450,000 (three transfers of $150,000 each) was transferred
  from the Trust account to the Operating account.  Also, on February 7, 2019, three
  checks in the amount of $170,000 each were issued to Defendants Mazen Radwan,
  Dean Robbins, and Rima Radwan from the Operating account.
- On February 28, 2019, $45,933.65 was transferred from the Trust account to the
  Operating account.  The next day, March 1, 2019, three checks in the amount of
  $10,000 each were issued to Defendants Mazen Radwan, Dean Robbins, and Rima
  Radwan.  An additional check in the amount of $25,000 was issued to Defendant
  Rima Radwan.

In total, at least $1,280,368 was transferred from the Trust account for the ultimate
benefit of the Defendants Mazen Radwan, Dean Robbins, and Rima Radwan.

The MHF Profit and Loss Statement and Balance Sheet are attached hereto as Exhibit A.

## II.   Elegant Solutions, Inc. d/b/a Federal Direct Group

I reviewed FDG's QuickBooks file, which contained accounting records from
October 31, 2017 to July 10, 2019.[4]  According to the QuickBooks data, there are three bank
accounts at Wells Fargo – "Holding," "Trust," and "Operating."  However, the actual bank
statements do not include these designations.  These are internal labels seen only in QuickBooks.
According to QuickBooks, the total balance of the bank accounts as of July 10, 2019 was
$685,422.

Similar to MHF, customer funds were deposited almost daily into the Holding account
from AFTS.  Approximately once a week, funds were transferred from the Holding account to
the Trust and Operating accounts.  In theory, the customer payments which were to go to their
student loan servicers would be transferred to the Trust account, while the management and
processing fees would be transferred to the Operating account.  Based on the Corporate
Defendants' records accessible to date, it is difficult to determine whether the appropriate
amounts were transferred.

For the period October 17, 2017 through July 5, 2019, the QuickBooks data indicates that
funds in the amount of $3,196,970 were deposited into the Holding account.  Of the amount
deposited, $1,566,864 was transferred to the Operating account and $715,521 was transferred to
the Trust account.  According to QuickBooks, $257,843 of the $715,521 transferred to the Trust
account was transferred to student loan servicers, leaving a balance of approximately $457,700
in the Trust account.  Although more than $1,500,000 was transferred to the Operating account
during this period, the current balance of the Operating account as of July 5, 2019 was $28,097.

---

[4] The bookkeeper stated that she recently started working on FDG's QuickBooks.  Also, similar
to MHF, there is a second FDG QuickBooks file that appears to be incomplete.  There were only
transactions recorded on July 5, 2018.  Accordingly, my analysis of the accounting records for
FDG is based on the more complete QuickBooks file.

EXHIBIT 2
Page 8

Salary and payroll-related expenses were the largest expenses of FDG, totaling $904,500 for the period October 31, 2017 through July 10, 2019. Other expenses included advertising and marketing ($513,922) and vehicles leases and vehicle-related expenses ($83,551.14). According to QuickBooks, FDG had four vehicle leases, including two Bentleys, a 2019 Rolls Royce, and a 2019 BMW.

For the period October 31, 2017 through July 10, 2019, FDG incurred a loss of $58,290. Per the Balance Sheet, the business assets consist mostly of cash in the amount of $685,422. The Profit and Loss Statement and the Balance Sheet as of July 10, 2019 are attached hereto as Exhibit B.

III.    Dark Island Industries, Inc., d/b/a RCC Motors

I reviewed RCC's QuickBooks file, which contained transactions from June 28, 2017 to July 9, 2019. The QuickBooks file reflects two bank accounts for RCC, both of which were at Comerica Bank. One account (-5790) has very little activity and the other account (-4682) appears to be the operating account. My analysis will focus largely on the operating account.

RCC's bank accounts were opened on or about June 28, 2017. The Individual Defendants are equal partners in RCC and invested equally in the business. In July 2017, the Individual Defendants made deposits of $50,000 each to RCC's bank account, which were recorded in QuickBooks as "Partner's Investment." In August and September 2017, the Individual Defendants each made additional deposits of $25,000 each, which they withdrew in October 2017. In October 2017, $400,000 was transferred from Skyhawk Management Inc.[5] to RCC was likewise recorded as a "Partner's Investment." In total, the Individual Defendants invested $550,000 into RCC.

According to QuickBooks, the income reported by RCC appears to have been generated by the sale of wholesale and retail vehicles, consignment and storage fees, and vehicle parts and services. According to the Profit and Loss Statement, while RCC reported gross profit of $964,862, the operating expenses totaled $1,395,791, and the company reported a net loss of $471,679.57 for the period June 28, 2017 through July 9, 2019. In addition, despite occupying a significant amount of space in the building at 3 Studebaker Road, RCC did not report any lease or rent expenses.[6] The addition of lease or rent expenditures would further increase the operating expenses, leaving RCC with a larger net loss.

The balance sheet indicates that current assets consist of cash in the bank of $248,298 as of July 10, 2019, accounts receivable ($16,391) and other current assets ($35,382), totaling $300,071. The fixed assets include building improvements ($255,746), auto and transport

---

[5] I also located a QuickBooks file for Skyhawk Management Inc. Based on my brief review of Skyhawk's QuickBooks file, it appears Skyhawk was owned by the Individual Defendants. In 2017, Skyhawk received $512,148.70 from Elavon, Inc., including a $400,000 wire transfer on September 27, 2017, which was later sent to RCC. The transaction was recorded as "Radwan Classic Cars Investment."

[6] The only lease expenses recorded in RCC's QuickBooks are vehicle lease expenses in the amount of $22,668, including $11,674 for two monthly Rolls Royce lease payments.

EXHIBIT 2
Page 9

equipment and other machinery ($81,131).  The fixed assets, net of depreciation, total $307,779.  The current liabilities total $454,980 and equity totals $152,869.  Based on my review of the QuickBooks data, RCC has reported a net loss and is not currently profitable.

The Profit and Loss Statement and the Balance Sheet as of July 10, 2019 are attached hereto as Exhibit C.

IV.     Tribune Management, Inc. d/b/a The Student Loan Group

The SLG QuickBooks file reflect entries from January 1, 2017 through February 16, 2018.  The first entry records a wire from Heritage Asset Management for $20,000, described as "Funding."  For the period January 1, 2017 through February 16, 2018, SLG received $469,000, categorized as "Funding", from Heritage Asset Management.  During this period, SLG received additional funds, which were categorized as "MIF Fees," in the amount of $451,265 from Heritage Asset Management.  The total income for SLG during this time period was $920,265, while the total expenses were $957,155.  The primary expenses of the company were payroll and insurance expenses totaling $883,282.  There were also American Express credit card payments totaling $66,000.  SLG incurred a net loss for the entire period of $36,889.65.

V.      Heritage Asset Management d/b/a National Secure Processing

Like the SLG QuickBooks file, no transactions have been recorded in the NSP QuickBooks file for some time.  The first entry in the QuickBooks file is dated January 1, 2017, recording an opening balance of $292,618 in the Operating account.  On January 2, 2017, an entry was recorded to show an opening balance of $3,140,650 in the Holding account.  The QuickBooks data includes an account named, "Sales Acquisition Fees: Tribune Mgmt", with total disbursed in the amount of $469,000, which corresponds to the amount that SLG was recorded as receiving from NSP.  The last transaction was entered in QuickBooks on July 16, 2018.  Per the Profit and Loss Statement, NSP reported a gross profit of $7,767,111 during the period.  After deducting expenses of $6,453,196, the company reported a net profit of $1,313,916.

EXHIBIT 2
Page 10

# Exhibit A

EXHIBIT 2
Page 11

# Trend Capital Ltd (dba Mission Hills Federal)

## PROFIT AND LOSS

### All Dates

| | TOTAL |
|---|---|
| Income | |
| 202-MSF | 2,854,893.94 |
| 203-MPF | 638,240.00 |
| 204-NSF | 5,560.00 |
| AFTS - Debits | 2,838,290.40 |
| AFTS - Refunds | -10,698.17 |
| 202-MSF | -7,323.12 |
| 203-MPF | -1,060.00 |
| 204-NSF | 0.00 |
| **Total AFTS - Refunds** | **-19,081.29** |
| AFTS - Returns | -69,720.17 |
| 202-MSF | -81,383.53 |
| 203-MPF | -15,010.00 |
| 204-NSF | -1,210.00 |
| **Total AFTS - Returns** | **-167,323.70** |
| Uncategorized Income | 60,742.00 |
| **Total Income** | **$6,211,321.35** |
| GROSS PROFIT | **$6,211,321.35** |
| Expenses | |
| Advertising & Marketing | 117,020.00 |
| Five Marketing Group | 160,000.00 |
| Powers Marketing Group | 105,000.00 |
| **Total Advertising & Marketing** | **382,020.00** |
| AFTS - Service Fees | 80,849.00 |
| Bank Charges & Fees | 2,231.51 |
| Building Maintenance | |
| Cleaning Services | 16,335.00 |
| Repairs & Maintenance | 470.00 |
| **Total Building Maintenance** | **16,805.00** |
| Car & Truck | 10.00 |
| Company Cellular | |
| Dean Robbins | 7,680.07 |
| Mazen Radwan | 1,151.33 |
| Rima Radwan | 2,634.72 |
| **Total Company Cellular** | **11,466.12** |
| Company Credit Cards | 536,322.16 |
| American Express - Gold (-42005) | 54,000.00 |
| American Express - Platinum (-52005) | 158,000.00 |
| American Express - Plum (-53005) | 48,000.00 |
| **Total Company Credit Cards** | **796,322.16** |
| Company Vehicles | 29,071.43 |
| Auto Insurance | 25,836.71 |
| Auto Repair & Maintenance | 500.00 |

**EXHIBIT A**

Accrual Basis  Friday, July 12, 2019 05:17 PM GMT-7

EXHIBIT 2
Page 12

| | TOTAL |
|---|---|
| Dean Robbins | |
| Cadillac CTS (V) | 28,493.85 |
| Range Rover Sport | 16,528.92 |
| **Total Dean Robbins** | **45,022.77** |
| DMV Fees | 4,198.00 |
| Mazen Radwan | |
| 2018 Cadillac Escalade | 22,323.30 |
| Mercedes Benz (S-Class) | 20,370.00 |
| **Total Mazen Radwan** | **42,693.30** |
| Rima Radwan | |
| Mercedes Benz (S-Class) | 24,821.51 |
| Range Rover (SC) | 20,939.16 |
| **Total Rima Radwan** | **45,760.67** |
| Shell Gas Card | 25,950.03 |
| **Total Company Vehicles** | **219,032.91** |
| DCC Studebaker LLC | 165,378.00 |
| Funding | |
| Funding  Reimbursement - FDG Cash Spiffs | 22,600.00 |
| Funding  Reimbursement - FDG Payroll | 177,175.00 |
| Funding - HAM | 310,000.00 |
| **Total Funding** | **509,775.00** |
| Office Supplies & Software | 4,216.60 |
| Labiba Velazquez | 11,372.16 |
| **Total Office Supplies & Software** | **15,588.76** |
| Payroll & Insurance | |
| ADP - Payroll Fees | 22,605.93 |
| ADP - Payroll Taxes | 386,424.87 |
| ADP - Payroll Wages | 910,319.62 |
| CalChoice Insurance | 108,150.33 |
| Payroll Expenses Hard Checks | 398,221.99 |
| **Total Payroll & Insurance** | **1,825,722.74** |
| Purchase of Accounts | 308,147.32 |
| Reimbursable Expenses | 23,891.53 |
| Rent & Lease | 145,813.00 |
| Shareholder Payouts | 576,000.00 |
| **Total Expenses** | **$5,079,053.05** |
| NET INCOME | **$1,132,268.30** |

**EXHIBIT A**

Accrual Basis  Friday, July 12, 2019 05:17 PM GMT-7

EXHIBIT 2
Page 13

# Trend Capital Ltd (dba Mission Hills Federal)

### BALANCE SHEET

As of July 10, 2019

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| HOLDING ACCOUNT 203-4 (8844) | 164,904.73 |
| OPERATING ACCOUNT (8715) | 115,993.57 |
| SAVINGS | 500.00 |
| TRUST ACCOUNT (8836) | 2,696,635.59 |
| **Total Bank Accounts** | **$2,978,033.89** |
| **Total Current Assets** | **$2,978,033.89** |
| **TOTAL ASSETS** | **$2,978,033.89** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| AFTS - Trust | 1,932,244.83 |
| AFTS - Trust Refund | -76,830.08 |
| AFTS - Trust Returns | -33,390.91 |
| LENDER PAYMENTS | -1,684,038.72 |
| FedLoan | -14,513.17 |
| NelNet | -381.12 |
| **Total LENDER PAYMENTS** | **-1,698,933.01** |
| Trust Accounts - Liabilities | 2,300,000.00 |
| **Total Other Current Liabilities** | **$2,423,090.83** |
| **Total Current Liabilities** | **$2,423,090.83** |
| **Total Liabilities** | **$2,423,090.83** |
| Equity | |
| Opening Balance Equity | 3,600.00 |
| Retained Earnings | 882,949.16 |
| Taxes Paid - IRS | -480,030.00 |
| Taxes Paid - STATE | -100,895.24 |
| Net Income | 249,319.14 |
| **Total Equity** | **$554,943.06** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,978,033.89** |

**EXHIBIT A**

Accrual Basis  Wednesday, July 17, 2019 06:01 PM GMT-7

# Exhibit B

EXHIBIT 2
Page 15

# Elegant Solutions Inc (dba Federal Direct Group)

## PROFIT AND LOSS

### All Dates

| | TOTAL |
|---|---|
| **Income** | |
| 4000000 Sales of Product Income | 3,002.09 |
| 4100000 Service / Fee Income | 28,143.28 |
| 4101000 MSF/202 - Monthly Service Fee | 1,456,121.77 |
| 4102000 MPF/203 - Monthly Processing Fee | 183,735.00 |
| 4103000 NSF/204 - Returned Item Fee | 6,445.04 |
| **Total 4100000 Service / Fee Income** | **1,674,445.09** |
| **Total Income** | **$1,677,447.18** |
| GROSS PROFIT | **$1,677,447.18** |
| **Expenses** | |
| 6000000 Advertising / Promotional | |
| 6000100 Advertising & Marketing | 513,922.33 |
| **Total 6000000 Advertising / Promotional** | **513,922.33** |
| 6001000 Auto Expenses | |
| 6001100 Lease Vehicles | |
| 6001610 Vehicle - 2018 Bentley Continental GTC | 31,134.84 |
| 6001620 Vehicle - 2017 Bentley Cont GTC V8 S | 12,653.07 |
| 6001630 Vehicle - 2019 Rolls Royce Ghost | 25,645.68 |
| 6001640 Vehicle - 2019 BMW M850i xDrive Coupe | 4,838.77 |
| **Total 6001100 Lease Vehicles** | **74,272.36** |
| 6001200 Gasoline | 7,014.90 |
| 6001300 Car Wash / Parking & Tolls | 1,669.88 |
| 6001600 DMV Registration Fee | 594.00 |
| **Total 6001000 Auto Expenses** | **83,551.14** |
| 6002000 Insurance | |
| 6002100 Workers Compensation Insurance | 4,007.73 |
| 6002200 CalChoice Health Insurance | 8,247.52 |
| **Total 6002000 Insurance** | **12,255.25** |
| 6003000 Office Expenses | |
| 6003100 Office Supplies | 8,401.44 |
| 6003200 Office Miscellaneous | 27,062.68 |
| 6003300 Dues & Subscriptions | 17,723.53 |
| 6003400 Internet & Telephone Expenses | 14,119.37 |
| **Total 6003000 Office Expenses** | **67,307.02** |
| 6004000 Bank Service Charges | |
| 6004100 Bank Service Fees | 1,373.44 |
| **Total 6004000 Bank Service Charges** | **1,373.44** |

| | TOTAL |
|---|---|
| 6006000 Repairs & Maintenance | 400.00 |
| 6007000 Outside Service Fees | |
|   6007100 AFTS Service Fees | 58,778.50 |
| **Total 6007000 Outside Service Fees** | **58,778.50** |
| 6008000 Legal & Professional Services | 2,186.75 |
| 6009000 Payroll Administration | 19,367.95 |
| 6010000 Payroll Expenses | |
|   6011000 Salaries and Wages | |
|     6011100 Gross Wages | 642,777.55 |
|     6011200 Salary Expenses | 73,103.45 |
|     6011300 Bonus Expenses | 109,891.87 |
|   **Total 6011000 Salaries and Wages** | **825,772.87** |
|   6012000 Payroll Tax Expenses | 78,727.55 |
| **Total 6010000 Payroll Expenses** | **904,500.42** |
| 6040000 Travel Expenses | |
|   6041000 Hotel Expenses | 6,365.56 |
|   6042000 Travel Transportation | 17,581.59 |
| **Total 6040000 Travel Expenses** | **23,947.15** |
| 6050000 Travel Meals | 29,854.12 |
| 6090000 Commission Expenses | 1,280.00 |
| 6100000 Postage & Delivery | 15.00 |
| 7100000 Uncategorized Expense | 16,806.00 |
| **Total Expenses** | **$1,735,545.07** |
| NET OPERATING INCOME | **$ -58,097.89** |
| NET INCOME | **$ -58,097.89** |

**EXHIBIT B**

Accrual Basis  Thursday, July 11, 2019 12:42 PM GMT-7

EXHIBIT 2
Page 17

# Elegant Solutions Inc (dba Federal Direct Group)

## BALANCE SHEET

As of July 10, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1010000 Holding Accounts | |
| 1011000 Holding - Union Bank (#2836) | 0.00 |
| 1012000 Holding - Wells Fargo (#9116) | 199,447.92 |
| **Total 1010000 Holding Accounts** | **199,447.92** |
| 1020000 Operating Accounts | |
| 1021000 Operating - Union Bank (#0949) | 0.00 |
| 1022000 Operating - Wells Fargo (#9108) | 28,097.06 |
| **Total 1020000 Operating Accounts** | **28,097.06** |
| 1030000 Trust Accounts | |
| 1031000 Trust - Union Bank (#3865) | 0.00 |
| 1032000 Trust - Wells Fargo (#2938) | 457,876.85 |
| **Total 1030000 Trust Accounts** | **457,876.85** |
| 1040000 Petty Cash | 0.00 |
| **Total Bank Accounts** | **$685,421.83** |
| Accounts Receivable | |
| 1200000 Accounts Receivable (A/R) | 57,051.87 |
| **Total Accounts Receivable** | **$57,051.87** |
| Other Current Assets | |
| 1300000 Undeposited Funds | 0.00 |
| 1320000 Deposit | 0.00 |
| 1330000 Employee Cash Advances | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$742,473.70** |
| **TOTAL ASSETS** | **$742,473.70** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000000 Accounts Payable (A/P) | 8,115.97 |
| **Total Accounts Payable** | **$8,115.97** |
| Credit Cards | |
| 2100000 American Express #41009/41017/41025 | 15,582.24 |
| **Total Credit Cards** | **$15,582.24** |
| Other Current Liabilities | |
| 2200000 Clients Trust Liabilities | 411,500.25 |
| 2300000 AFTS / Debit Batches | |
| 2301000 MSF/202 - Monthly Service Fee | 215,263.70 |
| 2302000 MPF/203 - Monthly Processing | 123,671.25 |

**EXHIBIT B**

EXHIBIT 2
Page 18

|  | TOTAL |
|---|---|
| Fee |  |
| 2303000 NSF/204 - Returned Item Fee | 3,277.41 |
| 2304000 TRUST/205 - Allotted Trust Amount | -56,131.63 |
| **Total 2300000 AFTS / Debit Batches** | **286,080.73** |
| 2400000 Payroll Tax Payable | 0.00 |
| 2500000 Payroll Payable | 373.07 |
| 2600000 Insurance Payable | -1,085.08 |
| 2700000 Employee Reimbursement | 0.00 |
| **Total Other Current Liabilities** | **$696,868.97** |
| **Total Current Liabilities** | **$720,567.18** |
| **Total Liabilities** | **$720,567.18** |
| Equity |  |
| 3000000 Opening Balance Equity | 500.00 |
| 3001000 Partner's Equity - Mazen Radwan |  |
| 3001100 Partner's Investment - Mazen Radwan | 78,928.34 |
| 3001200 Profit & Loss - Mazen Radwan | 0.00 |
| 3001300 Partner Distributions - Mazen Radwan | -41,500.00 |
| 3001400 Pay & Personal Expenses - Mazen Radwan | 0.00 |
| **Total 3001000 Partner's Equity - Mazen Radwan** | **37,428.34** |
| 3002000 Partner's Equity - Dean Robbins |  |
| 3002100 Partner's Investment - Dean Robbins | 78,928.34 |
| 3002200 Profit & Loss - Dean Robbins | 0.00 |
| 3002300 Partner Distributions - Dean Robbins | -41,500.00 |
| 3002400 Pay & Personal Expenses - Dean Robbins | -21,000.00 |
| **Total 3002000 Partner's Equity - Dean Robbins** | **16,428.34** |
| 3003000 Partner's Equity - Rima Radwan |  |
| 3003100 Partner's Investment - Rima Radwan | 78,928.33 |
| 3003200 Profit & Loss - Rima Radwan | 0.00 |
| 3003300 Partner Distributions - Rima Radwan | -43,000.00 |
| 3003400 Pay & Personal Expenses - Rima Radwan | 6,469.41 |
| **Total 3003000 Partner's Equity - Rima Radwan** | **42,397.74** |
| 3100000 RE Allocated to Partners | -16,785.01 |
| 3200000 Retained Earnings | -66,676.11 |
| Net Income | 8,613.22 |
| **Total Equity** | **$21,906.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$742,473.70** |

**EXHIBIT B**

Accrual Basis  Wednesday, July 17, 2019 06:10 PM GMT-7

EXHIBIT 2
Page 19

# Exhibit C

EXHIBIT 2
Page 20

# RCC Motors

## PROFIT AND LOSS

### All Dates

|  | TOTAL |
|---|---:|
| Income | |
|   4000000 Sales of Product Income | 25,000.00 |
|     4001000 Sales - Wholesale Vehicles | 743,900.00 |
|     4002000 Sales - Resale vehicles | |
|       4002100 Resale Vehicles - California | 833,827.00 |
|       4002200 Resale Vehicles - Out of State | 1,610,200.00 |
|     **Total 4002000 Sales - Resale vehicles** | **2,444,027.00** |
|   **Total 4000000 Sales of Product Income** | **3,212,927.00** |
|   4010000 Sales - Consignment Fees | 176,155.50 |
|   4020000 Sales - Vehicle Storage | 83,925.00 |
|   4030000 Sales of Vehicle Repairs | |
|     4031000 Sales - Vehicle Parts | 162,727.53 |
|     4032000 Sales - Vehicle Services | 383,086.78 |
|   **Total 4030000 Sales of Vehicle Repairs** | **545,814.31** |
|   4100000 Sales - RCC Products | 166.00 |
|   4200000 Discounts / Refunds Given | -1,977.04 |
|   4300000 Dealership  Service Fees | 8,150.00 |
| **Total Income** | **$4,025,160.77** |
| Cost of Goods Sold | |
|   5000000 Cost of Goods Sold | |
|     5001000 Cost of  wholesale vehicles | 723,380.00 |
|     5002000 Cost of Resale vehicles | 2,324,127.00 |
|   **Total 5000000 Cost of Goods Sold** | **3,047,507.00** |
|   5100000 Shipping, Freight & Delivery | |
|     5101000 Cost of  Vehicles Shipping Out | 3,100.00 |
|     5102000 Cost of Vehicles Shipping In | 9,692.00 |
|   **Total 5100000 Shipping, Freight & Delivery** | **12,792.00** |
| **Total Cost of Goods Sold** | **$3,060,299.00** |
| **GROSS PROFIT** | **$964,861.77** |
| Expenses | |
|   6000000 Advertising/Promotional | |
|     6000100 Advertising & Marketing | 105,825.20 |
|     6000200 Cost of Events | |
|       6000210 Events - Other Costs | 3,535.00 |
|       6000220 Events - Labor Costs | 2,637.75 |
|       6000230 Events - Food & Beverage | 7,678.18 |
|       6000240 Events - Equipment Rental | 1,720.36 |
|     **Total 6000200 Cost of Events** | **15,571.29** |
|   **Total 6000000 Advertising/Promotional** | **121,396.49** |
|   6001000 Auto Expenses | |
|     6001100 Lease Vehicles | |

**EXHIBIT C**

Accrual Basis  Friday, July 12, 2019 05:58 PM GMT-7

EXHIBIT 2
Page 21
1/4

| | TOTAL |
|---|---|
| 6001120 Vehicle - 2017 BMW 328d xDrive | 8,861.08 |
| 6001140 Vehicle - 2018 Chevrolet Camero | 1,166.64 |
| 6001150 Vehicle - 2019 Rolls Royce Dawn | 11,673.80 |
| 6001160 Vehicle - 2019 GMC 1500 Sierra | 966.88 |
| **Total 6001100 Lease Vehicles** | **22,668.40** |
| 6001200 Gasoline | 7,889.95 |
| 6001300 Car Wash / Parking & Tolls | 176.59 |
| 6001400 Auto Repairs | 13,087.64 |
| 6001600 DMV Vehicle Registration | 4,839.41 |
| **Total 6001000 Auto Expenses** | **48,661.99** |
| 6002000 Insurance | |
| 6002100 Bond Insurance | 2,175.00 |
| 6002200 Dealership Insurance | 35,203.97 |
| 6002300 Workers Compensation Insurance | 8,790.50 |
| 6002400 CalChoice Health Insurance | 19,352.23 |
| **Total 6002000 Insurance** | **65,521.70** |
| 6003000 Office Expenses | |
| 6003100 Office Supplies | 5,900.55 |
| 6003200 Office Miscellaneous | 12,412.08 |
| 6003300 ADT Security System | 3,991.91 |
| 6003400 Fire / Alarm System | 1,093.73 |
| 6003500 Dues & Subscriptions | 3,776.35 |
| 6003600 TV Cable | 1,144.18 |
| **Total 6003000 Office Expenses** | **28,318.80** |
| 6004000 Bank Service Charges | |
| 6004100 Bank Service Fees | 2,905.32 |
| 6004200 Merchant Service Fees | 10,574.41 |
| 6004300 Penalties & Interest | 5,011.28 |
| **Total 6004000 Bank Service Charges** | **18,491.01** |
| 6005000 Utilities | |
| 6005100 Electricity | 59,390.97 |
| 6005200 Water | 5,047.44 |
| 6005300 Waste | 4,774.52 |
| 6005400 Gas | 6,304.25 |
| **Total 6005000 Utilities** | **75,517.18** |
| 6006000 Repairs & Maintenance | 0.73 |
| 6006100 Landscaping | 9,150.00 |
| 6006200 Building Repairs & Maintenance | 9,500.36 |
| 6006300 Equipment Repairs & Maintenance | -1,573.52 |
| **Total 6006000 Repairs & Maintenance** | **17,077.57** |
| 6007000 Outside Services | |
| 6007100 Sublet Repair Services | 264,024.07 |

**EXHIBIT C**

Accrual Basis  Friday, July 12, 2019 05:58 PM GMT-7

EXHIBIT 2
Page 22

| | TOTAL |
|---|---|
| 6007200 Miscellaneous Services | 2,316.74 |
| 6007300 Vehicle Registration | 106.50 |
| **Total 6007000 Outside Services** | **266,447.31** |
| 6008000 Legal & Professional Services | 8,613.49 |
| 6009000 Payroll Administration | 6,894.18 |
| 6010000 Payroll Expenses | |
| 6011000 Salaries and Wages | |
| 6011100 Gross Wages | 66,751.63 |
| 6011200 Salary Expenses | 231,979.57 |
| 6011300 Bonus Expenses | 84,322.75 |
| **Total 6011000 Salaries and Wages** | **383,053.95** |
| 6012000 Payroll Tax Expenses | 31,198.41 |
| **Total 6010000 Payroll Expenses** | **414,252.36** |
| 6020000 Taxes & Licenses | |
| 6020100 License & Registration Fees | 2,198.00 |
| 6020200 State Franchise Tax | 800.00 |
| **Total 6020000 Taxes & Licenses** | **2,998.00** |
| 603000 Meals & Entertainment | 145.28 |
| 6040000 Travel Expenses | |
| 6041000 Hotel Expenses | 864.43 |
| 6042000 Travel Transportation | 3,880.14 |
| **Total 6040000 Travel Expenses** | **4,744.57** |
| 6050000 Travel Meals | 9,821.56 |
| 6060000 Supplies | |
| 6060100 Tools & Supplies | 39,433.08 |
| 6060200 Vehicle Parts | 226,624.60 |
| 6060300 Purchases Shipping & Handling | 4,815.24 |
| **Total 6060000 Supplies** | **270,872.92** |
| 6070000 Rental Expenses | |
| 6071000 Vehicle Storage Rental | 6,902.21 |
| 6072000 Equipment Rental | 1,430.22 |
| **Total 6070000 Rental Expenses** | **8,332.43** |
| 6080000 Uniform Expenses | |
| 6081000 Uniform Purchases | 2,629.13 |
| 6082000 Uniform Services | 9,449.94 |
| **Total 6080000 Uniform Expenses** | **12,079.07** |
| 6090000 Commission Expenses | 2,100.00 |
| 6100000 Postage & Delivery | 6,922.55 |
| 6200000 Interest Paid | 4,610.15 |
| 6500000 Charitable Contributions | 1,972.08 |
| **Total Expenses** | **$1,395,790.69** |
| NET OPERATING INCOME | **$ -430,928.92** |
| Other Income | |
| 8000000 Interest Earned | 511.44 |
| 8100000 Other Services Income | 5,751.25 |
| **Total Other Income** | **$6,262.69** |
| Other Expenses | |
| 9000000 Depreciation | 46,811.00 |

**EXHIBIT C**

Accrual Basis  Friday, July 12, 2019 05:58 PM GMT-7

EXHIBIT 2
Page 23
3/4

| | TOTAL |
|---|---|
| **Total Other Expenses** | **$46,811.00** |
| NET OTHER INCOME | **$ -40,548.31** |
| NET INCOME | **$ -471,477.23** |

**EXHIBIT C**

# RCC Motors

## BALANCE SHEET

As of July 10, 2019

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1001000 Checking Acct. - #4682 | 248,097.94 |
| 1002000 Checking Acct. - #5790 | 200.00 |
| 1003000 Petty Cash | 0.00 |
| **Total Bank Accounts** | **$248,297.94** |
| Accounts Receivable | |
| 1200000 Accounts Receivable (A/R) | 16,391.44 |
| **Total Accounts Receivable** | **$16,391.44** |
| Other Current Assets | |
| 1300000 Undeposited Funds | 0.00 |
| 1320000 Deposit | -1,618.45 |
| 1330000 Employee Cash Advances | 0.00 |
| 1400000 Inventory Asset | 37,000.00 |
| **Total Other Current Assets** | **$35,381.55** |
| **Total Current Assets** | **$300,070.93** |
| Fixed Assets | |
| 1500000 Furniture & Fixtures | 17,713.00 |
| 1600000 Building Improvements | |
| 1601000 Electrical Repairs | 18,875.00 |
| 1601500 Plumbing Expenses | 56,500.00 |
| 1602000 Flooring | 57,300.00 |
| 1602500 Bathroom Partitions | 18,000.00 |
| 1603000 Construction | 22,250.00 |
| 1603500 Window Repairs | 7,350.00 |
| 1604000 Demolition Expenses | 24,800.00 |
| 1604500 Concrete Repairs | 8,050.00 |
| 1605000 Building Repairs - Miscellaneous | 15,407.67 |
| 1605500 Painting | 3,000.00 |
| 1606000 Landscaping | 12,460.00 |
| 1606500 T-Bar Repairs | 3,925.00 |
| 1607000 Security Gate | 3,000.00 |
| 1607500 A.C. Repairs | 4,828.00 |
| **Total 1600000 Building Improvements** | **255,745.67** |
| 1700000 Auto / Transport Equipment | |
| 1700100 Vehicle - 2006 Ford E250 Van | 4,300.00 |
| 1700200 Vehicle - 1997 Ford F350 Tow Truck | 18,000.00 |
| 1700300 Trailer - 2018 Apache Enclosed Trailer | 7,000.00 |
| 1700400 Vehicle - 1971 Chevrolet Pick Up | 2,500.00 |
| **Total 1700000 Auto / Transport Equipment** | **31,800.00** |

**EXHIBIT C**

| | TOTAL |
|---|---|
| 1800000 Machinery & Equipment | |
| 1801000 Auto Lift | 14,205.90 |
| 1802000 IT System | 6,121.09 |
| 1803000 Electronics | 15,085.60 |
| 1804000 Tools & Equipment | 13,918.28 |
| **Total 1800000 Machinery & Equipment** | **49,330.87** |
| 1900000 Accumulated Depreciation | -46,811.00 |
| **Total Fixed Assets** | **$307,778.54** |
| **TOTAL ASSETS** | **$607,849.47** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000000 Accounts Payable (A/P) | 232,777.39 |
| **Total Accounts Payable** | **$232,777.39** |
| Credit Cards | |
| 2101000 American Express #91007 / #92005 | 39,454.74 |
| 2102000 Mastercard #3543 - Dean | 477.01 |
| 2103000 Mastercard #2184 - Mazen | 4,699.74 |
| **Total Credit Cards** | **$44,631.49** |
| Other Current Liabilities | |
| 2200100 California State Board of Equalization Payable | 18,789.49 |
| 2200200 Prepaid Sales Tax | -1,464.56 |
| 2300000 Prepaid Customers | 161,684.46 |
| 2400000 Payroll Tax Payable | 0.00 |
| 2500000 Payroll Payable | 0.00 |
| 2600000 Insurance Payable | -1,438.02 |
| 2700000 Employee Reimbursement | 0.00 |
| **Total Other Current Liabilities** | **$177,571.37** |
| **Total Current Liabilities** | **$454,980.25** |
| **Total Liabilities** | **$454,980.25** |
| Equity | |
| 3000000 Opening Balance Equity | 500.00 |
| 3001000 Partner's Equity - Mazen Radwan | |
| 3001100 Partner's Investment - Mazen Radwan | 180,477.17 |
| 3001200 Profit & Lost - Mazen Radwan | 0.00 |
| 3001400 Pay & Personal Expenses - Mazen Radwan | 72,247.72 |
| **Total 3001000 Partner's Equity - Mazen Radwan** | **252,724.89** |
| 3002000 Partner's Equity - Dean Robbins | |
| 3002100 Partner's Investment - Dean Robbins | 180,477.15 |
| 3002200 Profit & Lost - Dean Robbins | 0.00 |
| **Total 3002000 Partner's Equity - Dean Robbins** | **180,477.15** |

**EXHIBIT C**

Accrual Basis  Wednesday, July 17, 2019 06:08 PM GMT-7

EXHIBIT 2
Page 26

|  | TOTAL |
|---|---|
| 3003000 Partner's Equity - Rima Radwan |  |
| 3003100 Partner's Investment - Rima Radwan | 180,477.15 |
| 3003200 Profit & Lost - Rima Radwan | 0.00 |
| 3003400 Pay & Personal Expenses - Rima Radwan | 467.79 |
| **Total 3003000 Partner's Equity - Rima Radwan** | **180,944.94** |
| 3010000 RE Allocated to Partners | 8,568.53 |
| 3020000 Retained Earnings | -430,994.54 |
| Net Income | -39,351.75 |
| **Total Equity** | **$152,869.22** |
| **TOTAL LIABILITIES AND EQUITY** | **$607,849.47** |

**EXHIBIT C**

Accrual Basis  Wednesday, July 17, 2019 06:08 PM GMT-7

EXHIBIT 2
Page 27

EXHIBIT 3

| A. Morales Case Study | |
|---|---|
| **Date** | **Description** |
| April 19, 2018 | Customer signed up with FDG and certified that his annual income was $40,000. FDG quoted an estimated total monthly payment of $182.79 ($101.21 new federal loan payment + $66.58 document preparation fee + $15 processing fee) with a monthly payment start date of May 20, 2018. |
| May 14, 2018 | FDG called student loan servicer, removed automatic payment, requested forbearance, and changed login credentials. |
| May 16, 2018 | FDG submitted IBR application and reported $0 income and unemployed for customer. |
| May 20, 2018 – June 20, 2018 | FDG debited $182.79 from customer and continued to do so monthly. |
| May 22, 2018 | FedLoan Servicing approved IBR of $0.00 due on July 4, 2018. |
| July 18, 2018 | FDG sent approval letter to customer and noted $0 with $101.21 to FedLoan. |
| December 30, 2018 | FDG sent $708.47 to FedLoan, leaving customer "trust" balance of $101.21. |
| May 4, 2019 – July 4, 2019 | FDG sent $101.21 to FedLoan and conintued to do so monthly. |
| May 31, 2019 | FDG submitted recertification application with two customer paystubs and year to date income of $24,329.19 as of May 18, 2019. |
| June 20, 2019 | FedLoan Servicing recalculated monthly payment of $282.94 using income and family size due on August 4, 2019. |
| July 3, 2019 | FDG sent email to customer with new terms of $338.94 ($282.94 loan payment + $41 FDG's monthly recertification fee + $15 processing fee) to see if payment was feasible. |
| July 8, 2019 | Customer called asking why his payment went up by $150. FDG told customer they calculated his payments off the paystubs he submitted. Customer asked to keep $182 payment. |
| July 9, 2019 | FDG reprocessed with FedLoan and "use[d] $0 unemployed". |

EXHIBIT 3
Page 28

**CLIENT NAME:**
Lender Information: _Fedloan_

| Username | ▉▉▉▉▉▉▉ | | |
| Password | ▉▉▉▉▉▉▉ | ▉▉▉ | |

**PHONE CALL TO THE LENDERS** ▉▉▉

|  | DJ | T.T.M | KB | KW |
|---|---|---|---|---|
| Date and Time | 5/14/18 | 05/16/18 | 07/17/18 | 7/18/18 |
| Phone Call To | Fedloan | REPAY | Summary | Approval |
| Reason for Call | Info Change | IBR | Sent | Email sent |
| Result | Online Reset, P, no PvT loans, Removed auto pay, Requested improve PODO until 7/4/18 | $0 - unemplo, W8S $0 IBR, HRP, Fedloan | 6.500%, $38,252.62, 10 day letter, Fedloan | $0, 10.21, FEDLOAN |
| Follow-up Needed | Y | Y | Y | N |

|  | Start Date | End Date |
|---|---|---|
| Forbearance | 5/4/18 | 7/4/19 |
| Deferment | | |

**PHONE CALLS TO THE CLIENT**

|  | DL | PP | | |
|---|---|---|---|---|
| Date and Time | 10/9/18 | 7/9/19 | | |
| Reason for Call | repay | Online Requal | | |
| Result | $ IBR, IBP, Online, Paystub, Fed loan | Repay, $0: IBR, Use $0, unemployed, Fedloan | | |
| Follow-up Needed | Y | Y | | |

**Notes:**

EXHIBIT 3
Page 29



# Ezekial CRM

**Daisy Lopez**
Support

**Navigation**

- Dashboard
- Quotes
- Leads
- Applications
- Envelopes
- Accounts
- Recertifications
- Tickets
- Collections
- Accounting
- Processing
- Users
- Reports

Federal DG

A███ Morales - #FDG601332  `Active`

Dashboard / Accounts / Edit Account

## Account

| A███ Morales - #FDG601332 | | | Trust Balance: $404.84 |
|---|---|---|---|
| Account Name | A███ Morales | Account ID | FDG601332 |
| Consolidation Status | Approved | Account Status | Active |
| Primary Phone | ███-6296 | Alternate Phone | ███-6296 |
| Email Address | ███@gmail.com | System Email | ███@cajonemail.com |
| Created | 2018-04-19 14:14:03 | Last Modified | 2019-07-03 15:11:38 |

Contact | Application | FSA | Consolidation | Recertifications | Lender | Schedules | Banking | In

### Application

| Application ID | APP303668 | Owner | Reuben Blanco |
|---|---|---|---|
| Created On | 2018-04-06 14:11:15 | Created By | Reuben Blanco |
| Last Modified | 2018-04-19 14:08:14 | Last Modified By | Reuben Blanco |
| Envelope ID | 6304326d-cd04-4f3d-bf87-7cca2d8877bd | Envelope Completed | 2018-04-19 13:59:58 |

### Account

| Account ID | FDG601332 | Owner | Reuben Blanco |
|---|---|---|---|
| Created On | 2018-04-19 14:14:03 | Created By | Reuben Blanco |
| Last Modified | 2019-07-03 15:11:38 | Last Modified By | Jocelyn Palma |
| Account Status | Active | Status Reason | Empty |
| Flagged | No | | |

### Consolidation

| Consolidation Submitted | Completed | Time to completion | |
|---|---|---|---|
| Consolidation Submitted By | Thanh-thanh Nguyen | Consolidation Submitted Date | 2018-05-16 12:38:59 |
| Summary Received | Completed | Time to completion | |
| Summary Received By | Kristian Bolaños | Summary Received Date | 2018-07-17 14:45:09 |
| Approval Notice | Completed | Time to completion | |
| Approval Notice By | Kylin Wooden | Approval Notice Date | 2018-07-18 08:56:13 |

### System Settings

| Generated Email | ███@cajonemail.com | | |
|---|---|---|---|

### Legacy Trust Balance

| Starting Trust Balance | 0.00 | Audit Completed | No |
|---|---|---|---|
| Audit Completed Date | | Audit Completed By | |

 FEDERAL DG

APPLICATION

**Section 1: Client Information**

| First Name: | MI: | Last Name: | | Former Last Name: |
|---|---|---|---|---|
| A███ | J | Morales | | Na |

| Street Address: | | City: | State: | Zip: |
|---|---|---|---|---|
| ████████ | | Montebello | CA | 90640 |

| Primary Phone: | Alternate Phone: | Email Address: | Contact Preference: |
|---|---|---|---|
| ███-6296 | ███-6296 | @gmail.com | Primary Phone |

**Section 2: Required Information For Submission**

| DOB: | SSN: | DL/ID Number | DL/ID State |
|---|---|---|---|
| ███1989 | ████ | ████ | CA |

| Employer Name: | Occupation: | Marital Status: | # of Dependents: | Filing Status: |
|---|---|---|---|---|
| Sprint | Store Manager | Single | 3 | Head of Household |

| Employer Address: | | Employer Phone: | Annual Income: |
|---|---|---|---|
| ████████ | | ███3810 | $40,000.00 |

| Spouse First Name: | Spouse Last Name: | Spouse DOB: | Spouse SSN: |
|---|---|---|---|
| N/A | N/A | | |

| Spouse Employer: | Spouse Work Phone: | Spouse Annual Income: | Spouse Fed Loan Debt: | Loans Jointly Consolidated: |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | NO |

*References: 2 Persons with different addresses, PO Boxes are NOT acceptable, not residing in the same home (for example, a spouse) or anyone living outside the U.S.*

| Reference 1 Name: | Permanent Address: | Telephone: | Relationship to Client: |
|---|---|---|---|
| U██ Placencia | Any St Any Town, CA 11111 | ███-2333 | Friend |

| Reference 2 Name: | Permanent Address: | Telephone: | Relationship to Client: |
|---|---|---|---|
| C██ Garcia | Any St , CA 11111 | ███-2935 | Friend |

**Section 3: Client Estimated Summary of Current Federal Loans**

*The basis of this summary is derived from the information provided from the client.*

| Total Federal Student Loan Bal: | Weighted Int.Rate: | Current Monthly Payment: | Loan Types: | Loan Status: |
|---|---|---|---|---|
| $39,169.00 | 6.80 | $417.00 | Federal Personal | Current |

**Section 4: Recommended Program**

*The payment quoted is estimated and is subject to change upon lender certification of income and loan balances.*

| Federal Program: | Program Structure: | Est. New Loan Payment: | Program Validation: | Program Payment Adjusted After: |
|---|---|---|---|---|
| PAYE | LBA | $101.21 | Annual | 12 Months |

**Section 5: Document Preparation & Recertification Fees**

*Fees are in addition to and completely separate from the loan cost and payments. Document Preparation Fee / Annual Recertification Fee are allocated over a 12 month period.*

| Document Preparation Fee: | Document Preparation Fee / 12 monthly payments: | Annual Recertification Fee: | Annual Recertification Fee / 12 monthly payments: |
|---|---|---|---|
| $799.00 | $66.58 | $492.00 | $41.00 |

**Section 6: Estimated Example Of Monthly Installment - ACH Payment Schedule**

*Loan Payments Are Not Required to be Collected. Programs are Quoted as an Electronic Payment and Scheduled allocation of funds are determined and managed by Company.*

| Estimated Total Monthly Payment: | | New Federal Loan Payment: | | Allocated Document Preparation Fee: | | Processing Fee: | Monthly Payment Start Date: |
|---|---|---|---|---|---|---|---|
| $182.79 | = | $101.21 | + | $66.58 | + | $15.00 | 05/20/2018 |

**Section 7: Payment Information**

| Bank Name: | Bank Account Number: | Bank Routing Number: | Bank Account Type: |
|---|---|---|---|
| Bank Of America, N.a. | ████0644 | ██0358 | Checking |

**Section 8: Additional Information**

| Client's Goal of Services: | Stop Pymts. to Cur Lenders: | Application #: | Agent/Counselor: | Date of Agreement: |
|---|---|---|---|---|
| Lower Payment | Not Recommended | #APP303668 | Reuben (#2060) | 04/19/2018 |

| Additional Notes: |
|---|
| [object HTMLTextAreaElement] |

*I hereby certify that all the information provided on this application is true, factual and correct.*

Client Name: A████ Morales

Client Signature: ███████ Date: 4/19/2018

 **FEDERAL DG**

PRE-AUTHORIZED DEBIT AUTHORIZATION

| CLIENT INFORMATION | | | |
|---|---|---|---|
| NAME ON ACCOUNT: A███ M Morales | | | |
| ADDRESS: ██████████ | CITY: Montebello | STATE: CA | ZIP: 90640 |
| PRIMARY PHONE: ████-6296 | ALTERNATE PHONE: ████-6296 | EMAIL ADDRESS: ██████@gmail.com | |
| BANK ACCOUNT INFORMATION | | | |
| BANK NAME: Bank Of America, N.a. | | | |
| ACCOUNT #: █████0644 | ROUTING/ABA #: ████0358 | ACCOUNT TYPE: Checking | |
| DEBIT SCHEDULE AUTHORIZATION | | | |
| DEBIT AMOUNT: $182.79 | START DATE: 05/20/2018 | OCCURRENCE: Monthly Recurring | |

This Pre-Authorized Debit Authorization is made and entered into, the Date of Signing, by and between Federal Direct Group, hereinafter referred to as ("Company"), and Client, as stated above, hereinafter referred to as ("Client") residing at address as stated above.

I authorize Company and its Agents to initiate Automatic Clearing House (ACH) debits from my designated bank account at the financial institution identified above for the purpose of servicing my student loan(s). I authorize Company to debit my bank account in the amounts and on the dates provided above.

I understand that debits will be withdrawn on the due date unless otherwise initiated and that sufficient funds must be available in designated account at least two (2) business days prior to the actual date of the debit. This authorization is to remain in force until the debits above are completed, or until Company has received written notification, from me, of a change or termination, allowing Company no fewer than five (5) business days to act.

Company shall not be liable to any person for not completing a transaction as a result of any limit on my designated bank account or if a financial institution fails to honor any debit from such account. I understand it is my responsibility to notify Company immediately if a scheduled debit should not occur. I authorize Company to recover funds by an ACH debit from my bank account in the event of an error or in the event a prior debit is returned for any reason, including non-sufficient funds.

I understand I can call Company at 888-278-2238 to cancel these debits. The monthly debits will be drafted each month on the payment due date(s) stated above. I have read and understand the information contained in this document and I affirm that the above information given by me is accurate and true to the best of my knowledge.

CLIENT NAME: ___A███ Morales___

CLIENT SIGNATURE: _____   DATE: ___4/19/2018___

DocuSign Envelope ID: 6306826D-BB01-453D-BF87-7CCA2D6B7BBD

 **FEDERAL DG**

EXPLANATION OF SERVICES

This Explanation of Services is agreed upon and entered into, the Date of Signing, by and between Federal Direct Group and its Affiliates, hereinafter referred to as ("Company"), and Client, as stated in Section 1 of the Application, hereinafter referred to as ("Client") residing at address as stated in Section 1 of the Application.

 Client acknowledges they have received and understand Company's Privacy Policy.

 Client acknowledges and understands that Client is obtaining the services of Company and its affiliates for services provided in the Company's Service Agreement and that Company is a private organization, not a lender and not affiliated with the Department of Education and/or government.

 Client acknowledges and understands that Company will be making changes to Client's current student loan accounts and information on these accounts as needed. Company will utilize forbearance or deferment time with current servicer until consolidation is complete and new terms are achieved as explained in Service Agreement.

 Client acknowledges and understands the services explained in Service Agreement will begin **immediately** and that cancellation of these services must be requested in writing **within three (3) days of this agreement OR before Loan Program begins. After consolidation or payment structuring, annual renewal may be cancelled if done 90 days prior to each anniversary date of this agreement.**

 Client acknowledges and understands the Cancellation Policy held by Company and its affiliates and he/she is free to apply for loan program(s) without the assistance of Company, Client is choosing to elect the services of Company pursuant to this Service Agreement.

 Client acknowledges and understands that if Client is unable to achieve a Federal Student Loan Consolidation Loan, principal reduction, interest rate reduction, deferment, forbearance, and/or reduced payment option, due to rejection or unachievable programs with current lenders, Client will receive a 100% refund of all monies paid to the Company as per Company's Refund Policy. If Company is successful in completing one of the above, then Client will be ineligible for a refund.

 Client acknowledges and understands that services may take between 30 and 90 days to achieve program consolidation and program selection. Company cannot be held liable for delayed completion.

 Client acknowledges and understands that Company's Limited Special Power of Attorney is used solely for matters relating to Client's federal student loans.

 Client acknowledges that all monies received, except for Processing Fees, by Company from Client will be placed into a Trust Account until the date that the consolidation has been approved. No payments will be made to past or present lenders during this time.

 Client Acknowledges that once consolidation terms have been approved, payments to the approved lender will then commence. Payments will be made from the Clients Trust Account on a monthly basis in the amount approved during the consolidation process.

 Client acknowledges that some states have regulations as to fees and services permitted within the state, which Company must adhere to.  Client acknowledges that the state listed in Section 1 of this Application is the current state of residence for Client.  In the event that Client moves out of their current state of residence, Client agrees to promptly inform Company of their new state of residence.  Finally, Client acknowledges that in the event new state regulations arise, a review of Client's account will commence and changes may be made accordingly.

 Client acknowledges that any questions or concerns can be answered by Support by calling **(888)278-2238** or by emailing support@federaldg.com.

 Client acknowledges that in the event a payment cannot be made for any reason the best course of action is to contact Support to find a resolution **that** works best for Client. Our services are provided to help aid in any/all situations. No matter what your situation we will find a solution that best fits your needs.

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT AND THAT I AGREE TO EACH OF ITS PROVISIONS. I ALSO ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT IN EXCHANGE FOR THE COMPANY FEES FOR A FEDERAL STUDENT LOAN CONSOLIDATION PROGRAM.  I UNDERSTAND THAT DURING THIS PROCESS I AM RESPONSIBLE FOR MAKING MY LOAN PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE BENEFITS OF CONSOLIDATION.  I FURTHER ACKNOWLEDGE THAT COMPANY AND/OR ANY OF ITS AGENTS HAVE PROVIDED NO GUARANTEES TO ME OF A SPECIFIC OUTCOME.

Client Name: A█████ Morales

Client Address: ████████████ Montebello, CA 90640

Client Signature: _____   Date: 4/19/2018



LIMITED SPECIAL POWER OF ATTORNEY

I, Client as stated below, hereby appoint Federal Direct Group of 300 Spectrum Center Drive #400, Irvine, CA 92618 as my attorney-in-fact ("Agent") to exercise the powers and discretions relating solely to matters involving student loans, described below. Power of Attorney shall not be affected by my subsequent incapacity.

My Agent shall have full power and authority to act on my behalf but only to the extent permitted by this Special Power of Attorney. My Agent's powers shall include the power to:

1. Prepare, sign, and file any documents pertaining to my Student Loans with any governmental body or agency, including, but not limited to, authorization to: Obtain information or documents from any government or its agencies, and represent me in all Student Loan matters, including negotiating, compromise, or settling any matters with such government agency.

2. Act on my behalf with respect to the following matters: (a) Discuss entering into binding contracts on my behalf pertaining to Student Loans. (b) Employ professional and business advisors as may be appropriate, including attorneys, and accountants, at Agents' expense. (c) Speaking with current holders of the principal's student loans and access to all information deemed necessary.

3. To exercise fiduciary responsibilities, which I have a right to delegate.

I hereby grant to my Agent the full right, power, and authority to do every act, deed and thing necessary or advisable to be done regarding the aforementioned powers, as fully I could do if personally present and acting.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to my estate, my personal representative or me. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such parts shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provisions of this instrument.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon request or the requested of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective on the Date of Signing: revocation will require written instruction to authorized Agent, a sample form for such purposes can be provided upon request.

**Notice to Person Executing Power of Attorney:**

A Power of Attorney is an important legal document. By signing the Power of Attorney, you are authorizing another person to act for you, the principal. Before you sign this Power of Attorney, you should know these important facts:

Your Agent (attorney-in-fact) has no duty to act unless you and your Agent agree otherwise in writing.

You can change or correct the terms of this Power of Attorney only by executing a new Power of Attorney, or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this Power of Attorney at any time, so long as you are competent.

Client Name:          A▯▯▯▯ Morales

Client Address:       ▯▯▯▯▯▯▯▯▯▯▯ Montebello, CA 90640

Client Signature:     ▯▯▯▯▯▯▯                Date:  4/19/2018

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting to act as the Agent (attorney-in-fact) under the terms of this Power of Attorney.

Agent Name:          Federal Direct Group

Agent Signature:     *Federal DG*             Date:  4/19/2018



PRIVACY POLICY

**OUR PLEDGE TO YOU:** Federal Direct Group, hereinafter referred to as ("Company"), knows you expect privacy and security for your nonpublic personal information. We respect your privacy and are committed to treating your information responsibly.

**1. Information We Collect About You.** In order to perform the Service(s) you have requested, we will ask you to provide us with certain information, such as your social security number, bank account information, and date of birth. We may collect this information from you over the telephone, via the Internet, via e-mail or by asking you to complete a Service Agreement or other related document(s). We also may receive this information about you from a third party that provided services to you prior to Company or related to Company's Services. In addition, Company maintains your transaction history.

**2. Who We Share Information About You With.** The information we collect about you, and other information we maintain, may be shared with other third parties, on a need-to-know basis, to perform the Services authorized by the Service Agreement and to help you manage your account. To the extent we use any third parties to assist us in providing Services to you and those services require us to disclose any of your nonpublic personal information, we may require the third party service provider to execute an agreement to protect the confidentiality of your information to the same extent set forth herein. The third parties with whom we may share your information, include:

- Members of the Company family of companies (affiliated companies related by common ownership or control):
- Your bank or financial institution(s) or the Company's bank(s) or financial institution(s):
- Your attorney or other legal representative:
- Other non-affiliated third parties who may assist us in providing Services to you:
- Any other party that you consent to or direct us to deal with:
- Law enforcement officials, government officials, or other third parties when (1) we are compelled to do so by a subpoena, court order or similar legal process: (2) we are required to do so in order to comply with the law: and/or (3) we believe in good faith that disclosure of your information is necessary to prevent physical harm, financial loss, or to report suspected illegal activity:
- We may also use portions of your information for internal statistical reporting. This type of analysis would not reveal any information that would identify you personally.

**3. Information We Do Not Share About You.** Company will not sell or market your nonpublic personal information to third parties without your consent and will not share information about you with non-affiliates (companies outside the Company family of companies) except as otherwise set forth herein or as permitted by law.

**4. Your Right To Opt-Out Or Limit Sharing.** Federal law gives you the right to limit sharing in some circumstances. State laws and individual companies may give you additional rights to limit sharing. If you prefer that Company not share your nonpublic personal information with affiliates and/or non-affiliates for purposes of marketing, you may opt-out (ask us not to share information) at any time, although we may still disclose your information as permitted by law. To opt-out, simply notify us by calling our Customer Service Department at (888) 278-2238 or by writing to us at Federal Direct Group, Customer Service Department, **300 Spectrum Center Drive Suite #400**, Irvine, CA 92618. Please include your account information. Your opt-out request will become effective as soon as reasonably practicable after we receive it.

**5. Changes To The Privacy Policy.** We may amend our Privacy Disclosure at any time. If we do, we will provide current clients with a revised notice that describes our new practices as required by law.

**6. Former Client.** When you are no longer our client, we will continue to limit the sharing of your information as described in this notice.

**7. How To Contact Us With Your Privacy Questions.** We appreciate your business and want you to understand our commitment to maintaining the privacy of your nonpublic personal information as expressed in our Privacy Policy. If you have questions about this Privacy Policy, please contact our Customer Service Department at **(888) 278-2238**.

**8. Special Notice for California Residents Only.** In accordance with California law, we will not share information we collect about California residents with non-affiliated third parties except as permitted by law, such as with your consent or to service your account(s). We will also limit the sharing of information about you with our affiliates to the extent required by applicable California law.

**9. Special Notice for Vermont Residents Only.** In accordance with Vermont law, Company will not share information we collect about Vermont residents to unaffiliated companies except as permitted by law, such as with your consent or to service your account(s).

Client Name: A█████ Morales

Client Signature: _____   Date: 4/19/2018

DocuSign Envelope ID: 6304826D-DB04-453D-BE87-7C9A2D6877BD



**FEDERAL DG**

SERVICE AGREEMENT

This Service Agreement hereinafter referred to as ("The Agreement") is made and entered into by and between Federal Direct Group, hereinafter referred to as ("Company"), and Client, as identified in Section 1 of the accompanying Application, hereinafter referred to as ("Client"). This Agreement is subject to, and conditioned upon, the following provisions related to management of a Federal Student Loan with the Department of Education (DOE):

**Recitals:**

WHEREAS Company is in the business of managing student loans and improving Federal Student Loan repayment terms by arranging and managing the process for Federal Student Loan Consolidation Services, as well as informing clients of and simplifying the process for entering into programs for payment restructuring offered through the Department of Education (DOE): and

WHEREAS Client wishes to employ Company, or its designee, successor or assignee to perform, in good faith, for the services described herein:

NOW THEREFORE in consideration of the foregoing, Company and Client do hereby understand, covenant and agree as follows:

_COMPANY SERVICES_

**1. Guarantee:**

If (a) Client is rejected for a Federal Student Loan Consolidation by the Department of Education OR (b) a repayment plan is not achieved using current lenders, then Client will receive a 100% refund of any and all monies paid to the Company related to the Document Preparation Fee. In some cases where consolidation is no possible and Client is only eligible for repayment relief and loan management only, if repayment relief and loan management cannot be achieved with Client's current servicers, a refund of all monies paid by Client to Company for the attempted repayment relief and loan management will be provided.

**2. Services to be performed:**

Company will perform the following services on behalf of Client:

(a) Analyze Client's Federal Student Loan debt situation:
(b) Research potential debt restructuring options that are or may be available to Client:
(c) Present Client with the results of such research:
(d) Prepare documentation and arrange a Federal Student Loan Consolidation Loan through the Department of Education (DOE) for Client, or else attempt to obtain a principal reduction, interest rate reduction, deferment, forbearance, and/or a reduced payment option on behalf of the Client:
(e) Manage said loan on behalf of client, including periodic re-filing of any paperwork to DOE on Client's behalf throughout the term of the DOE loan to ensure that Client continues to receive the maximum benefits offered by DOE consolidation programs:
(f) Determine and obtain the best repayment plan structure based on Client's needs and using current plans:
(g) If desired, consolidate monthly payments and fees into a single payment, which is then used to pay lenders and fees as requested by Client:
(h) Provide live customer service to assist with document submission issues or otherwise help with any socio-economic changes that might necessitate an alternative loan repayment plan:
(h) Re-certify the loan on an annual basis.

**3. Performance of Services:**

Services are performed as follows:

STEP 1: Company collects information from Client and uses that information to attempt to facilitate a loan consolidation or payment restructuring on behalf of the Client. The Client is responsible for completing all necessary steps and providing all necessary information to allow Company to complete this process.

IMPORTANT: Because the Department of Education or loan servicer will make the final determination as to approval of a loan consolidation or other payment restructuring, the program that Client ultimately ends up in may be different than the program that the Company initially attempted to put the Client in.

STEP 2: Client will be sent an electronic document for signature that describes the estimated terms of agreement, including service fees and other associated costs. Client will need to electronically sign this document.

STEP 3: Once the Company has Client's information and signature, it will submit an application to the relevant body (the Department of Education or the Client's loan servicer) seeking a loan consolidation or other loan payment restructuring as described in Section 2(d) above. The Company will track and monitor the application during this process, which can take 30-90 days to complete.

Acknowledged:    Page 1 of 4

EXHIBIT 3
Page 36



SERVICE AGREEMENT

IMPORTANT: This process will include Company, or its designee, successor or assignee or Client changing the address of record with both the holder and servicer of the loan to Company headquarters at 300 Spectrum Center Drive Suite #400, Irvine, CA 92618. Should Company relocate or assign designee, successor or assignee the address on file with both servicer and holder of Client's loan would be changed to reflect Company, or its designee, successor or assignee's new physical address.

STEP 4:   If the Department of Education has successfully processed a loan consolidation, or Client is granted a payment restructuring with the Department of Education or their current loan servicer, then Client will be notified of such and Company's services will be considered to have been completed successfully, and Company will begin monthly processing of Client payments. If a loan consolidation or payment restructuring is attempted and denied by the Department of Education, Company will work with Client to re-submit the documentation in an attempt to get an approval of a loan consolidation or payment restructuring. There will be no added cost to Client for document re-submission. If Client is ineligible for loan consolidation or payment restructuring form the Department of Education, or if  Client is repeatedly denied a loan consolidation or payment restructuring from the Department of Education, Company will attempt a payment restructuring directly through the Client's current loan servicer.   If payment restructuring cannot be completed through the Client's current loan servicer, then Client's contract will be cancelled and all monies held in trust and taken as fees by Company will be returned to Client.

STEP 5:  After one year, the Client's loan with the Department of Education will need to be re-certified.  Company will re-evaluate Client's loan situation and re-perform any and all services outlined in item 2 above in order to secure this re-certification with terms that are most favorable to client.  The re-certification process will then automatically renew every year.  Client will be charged a fee for this work in accordance with the provisions of item 9 below as well as Section 5 of the Application.

NOTE: The program payment amounts agreed to in the service agreement may change according to the approval conditions from the lender. Specifically, loan interest is included in loan consolidations, which may change the repayment estimates  that are listed in the service agreement.

### 4. Payment Processing:

Payments will be made monthly, and in accordance with the date agreed to on the service agreement.  All payments are made via Automated Clearing House (ACH) draft. The Client's enrollment packet will include an authorization form that must be signed by Client in order to allow Company to process payments on Client's behalf.  All funds taken from Client are initially placed into a client trust account held by the Company. As services are rendered, and consistent with the provisions of Section 3 of this agreement, fees are paid to Company from the trust account.

### 5. Identity:

A personal identification number ("PIN") is a 4-digit number that is assigned to Client by the government and is used in combination with Client's Federal Student Aid ID (FSA ID) and password security questions, Client's Social Security Number, name and date of birth to identify Client as someone who has the right to access Client's own personal information on Federal Student Aid Websites and apply for programs. Client authorizes and is advised that Company will be using that 4-digit PIN number and FSA ID and password in order to access personal and financial information and to apply for programs during the loan management process.

### 6. Website and Email Access:

Client agrees to authorize Company to access websites designated for Client use to access and manage their student loans. Client acknowledges that Company will be making changes to Client's accounts and payment information on these websites as needed. Client expressly gives Company the authority to register with these websites, provide a unique email address, and reset passwords as needed to manage Client's student loan accounts.

### _CLIENT OBLIGATIONS_

### 7. Provide Complete and Truthful Information:

Company, or its designee, successor, affiliate or assignee has delivered to you a counseling session.  Client expressly represents and warrants to Company they will at all times provide Company with information that is complete, accurate and true to the best of their knowledge and belief.

### 8. Legal Authorization Form:

This form will serve to acknowledge that Client has authorized Company, to act on their behalf to manage their student loan portfolio. Client authorizes Company to verify their past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process their Federal Student Loan Consolidation and/or restructure their current payment obligations. The Client further authorizes Company to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization. The Information Company obtains is only to be used in management of Client's Student Loans.

DocuSign Envelope ID: 6306326D-DB04-453D-BE87-7C0A2D6B7FBD

 **FEDERAL DG**

SERVICE AGREEMENT

### 9. Fees for Services:

**The fee to employ the services of Company, or its designee, successor, affiliate or assignee is stated in Section 5 of the Application, which covers a Document Preparation and loan management fee, plus an Annual Recertification Fee.** Until Client's consolidation has been completed, any debits against their bank account for fees owed to Company will be held by the Company in a trust account. Upon successful completion of Client consolidation, the funds held in trust will be transferred to Company and subsequent monthly fee payments will be directly debited to Company until the Document Preparation Fee has been paid in full.

The Annual Recertification Fee begins automatically one year after Client's successful consolidation. That fee is split into 12 monthly payments, unless otherwise indicated. The Annual Recertification Fee will automatically continue each year until all of the Student Loans are paid in full or terms of loan are satisfied with lender unless otherwise advised according to the terms of this agreement.

A fee/payment (whether paid by debit or other means) that is not honored by Client's financial institution for any reason may be subject to a $35.00 service fee imposed by Company, the amount of which may be debited from Client's account.

### 10. Management Program and Monthly Cost Authorization:

Client hereby authorizes Company, or its designee, successor, affiliate or assignee to deduct all payments due per this contract from the financial institution listed in Section 7 of the Application or such other financial institution that may be used by Client from time to time. In the event of default of any obligations hereunder, Client authorizes debit of Client's account for the full amount due under this agreement. Further, Client authorizes their financial institution to accept and to charge any debit entries initiated by Company or its designee, successor or assignee to Client's account. This authorization for automatic withdrawal of fees/payments is to remain in full force and effect until Company has received written notice from Client of its termination in such time and such manner as to afford Company a reasonable opportunity to act. Client understands that the monthly cost amount shown in Section 6 of the Application is predicated on payments being made via automatic debit.

### 11. Loan Payments Dispersed by Payment Processor:

Client acknowledges full responsibility for the repayment of their student loans. Client will not hold Company liable for loans not being paid or any interest that accrues as a result. Company is setting up automatic payments on behalf of and per the instruction of the Client and this service agreement. Client understands that returns, refunds and cancellations are Client's responsibility and no payment will be made on Client's loan if Company's Payment Processor is unable to draft the funds from Client's account.

### 12. Default and Wage Garnishment:

Some clients may fall under this category. Client must understand that maintaining payment and communication with entity representing their debt is imperative for Company to successfully complete consolidation. Client acknowledges full details of this program and Company will not be held responsible if Client's consolidation is delayed, rejected or falls into wage garnishment during or after the consolidation process.

### 13. Indemnification:

Client hereby agrees to defend and hold harmless Company, or its designee, successor or assignee from and against any liability of any nature whatsoever arising out of or in connection with Client breach, in whole or in part, of the representations and warranties herein contained. This agreement constitutes the entire agreement between the parties. Except for cause, Client unconditionally waives any right of action against Company, its officers, directors, employees, agents, brokers and assigns, at law, equity or any other cause of action for any reason, directly, indirectly or proximately believed to arise out of this agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client.

### 14. Cancellation Policy:

Client may cancel this contract by sending written notice (a) within three (3) days of this agreement, OR (b) before Loan Program (consolidation or payment restructuring) begins. After consolidation or payment restructuring, annual renewal may be cancelled if done 90 days prior to each anniversary date of this agreement.

### _ADDITIONAL PROVISIONS_

### 15. Not a Loan Company:

Company does not lend money. Company recommends making all payments on time to your creditors. Non-payment of debt may lead creditors to increase finance and other charges or undertake collection activity, including litigation. Failure to pay your monthly bills in a timely manner will result in increased balances that will harm your credit rating, may increase the amount of money you owe due to the accrual of fees and interest by creditors or debt collectors, and may result in you being subject to collections or being sued by creditors or debt collectors.

EXHIBIT 3
Page 38


**FEDERAL DG**

SERVICE AGREEMENT

**16. No Tax Advice Provided:**

Some loan forgiveness programs are taxable and some are not. Under current law, the amount forgiven generally represents taxable income for income tax purposes in the year it is written off. There are, however, a few exceptions. Generally, student loan forgiveness is excluded from income if the forgiveness is contingent upon the student working for a specific number of years in certain professions. Client is advised to consult with a tax lawyer, accountant, or tax advisor regarding the tax consequences of participation in any program the client decides to enroll in. Company and its agents do not and will not provide tax advice.

**17. Time is of the Essence:**

Time is of the essence of every provision of this agreement that specifies a time for performance. Once initial and pertinent paperwork has been received, processing will begin. Company will always perform controllable services with efficient time management. Please be advised that Federal Student Loan Consolidations completed by Company rely on the relevant lender/s for prompt service and Company cannot be held liable for delayed completion. Average completion of a Federal Student Loan Consolidation through the Department of Education (DOE) is sixty (60) days.

**18. Free Help:**

**Client understands that the government has an array of free borrower-assistance programs. Borrowers can temporarily stop payments or make smaller payments because of hardships, such as job loss or illness. Borrowers can sign up for hardship programs that are based on their income as well as consolidate multiple loans into one single debt with one payment. Customer has been informed by Company and/or its affiliates, and understands this is a free service provided by the government and consumers can acquire these services on their own behalf.**

**19. Integration, Severability, and Counterparts:**

This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. This agreement may be executed in one or more counterparts, each of which will be deemed an original and all of which together will constitute one and the same instrument, and if any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect.

**20. Modification:**

This agreement may only be modified or amended by a written agreement signed by Client and a corporate officer of Company.

**21. Legal Disputes:**

All provisions of this agreement will be governed by the law of the State of California. In the event of a dispute between the parties to this agreement, jurisdiction for legal disputes shall reside in Orange County, California. The parties further agree that any controversy or claim arising out of or relating to this contract, shall be settled through Arbitration by the American Arbitration Association.

**22. Loans Managed:**

All student loans managed are found on the National Student Loan Data System and will remain there regardless of program choice.

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT AND THAT I AGREE TO EACH OF ITS PROVISIONS. I ALSO ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT IN EXCHANGE FOR THE COMPANY FEES FOR A FEDERAL STUDENT LOAN CONSOLIDATION PROGRAM. I UNDERSTAND THAT DURING THIS PROCESS I AM RESPONSIBLE FOR MAKING MY LOAN PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE BENEFITS OF CONSOLIDATION. I FURTHER ACKNOWLEDGE THAT COMPANY AND/OR ANY OF ITS AGENTS HAVE PROVIDED NO GUARANTEES TO ME OF A SPECIFIC OUTCOME.

Client Name:            A███████ Morales

Client Signature:                                                           Date of Signing:  4/19/2018

DocuSign Envelope ID: 6304326D-BB04-453D-BE87-7CCA2D6677BD

DATE:    4/19/2018

NAME:        A██████  Morales
ADDRESS:     ████████████████
CITY, ST ZIP: Montebello, CA 90640
PHONE:       ████████-6296

To Whom It May Concern,

This letter is to certify that to the best of my knowledge my current annual household income is:    $40,000.00

Thank You,

A██████ Morales




EXHIBIT 3
Page 40



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 6304326DCD044F3DBF877CCA2D8877BD | | Status: Completed |
| Subject: Please DocuSign: Enrollment Packet | | |
| Source Envelope: | | |
| Document Pages: 10 | Signatures: 7 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 16 | FDG |
| AutoNav: Enabled | | 300 Spectrum Center Drive #400 |
| EnvelopeId Stamping: Enabled | | Irvine, CA  92618 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | no-reply@docs-delivery.com |
| | | IP Address: 64.147.3.110 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: FDG | Location: DocuSign |
| 4/19/2018 1:57:18 PM | no-reply@docs-delivery.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| A███ Morales<br>█████@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>71760D35CFF243E...<br><br>Using IP Address: 66.116.83.76<br>Signed using mobile | Sent: 4/19/2018 1:57:20 PM<br>Viewed: 4/19/2018 1:57:44 PM<br>Signed: 4/19/2018 1:59:30 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/19/2018 1:17:27 PM<br>ID: 3e024887-ba2f-424e-b063-f2ced83c5403 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/19/2018 1:57:20 PM |
| Certified Delivered | Security Checked | 4/19/2018 1:57:45 PM |
| Signing Complete | Security Checked | 4/19/2018 1:59:30 PM |
| Completed | Security Checked | 4/19/2018 1:59:30 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

EXHIBIT 3
Page 41

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Trend Capital Ltd (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

EXHIBIT 3
Page 42

**How to contact Trend Capital Ltd:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: mike@slsmanagers.com

**To advise Trend Capital Ltd of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at mike@slsmanagers.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Trend Capital Ltd**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to mike@slsmanagers.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Trend Capital Ltd**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to mike@slsmanagers.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

EXHIBIT 3
Page 43

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Trend Capital Ltd as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Trend Capital Ltd during the course of my relationship with you.

EXHIBIT 3
Page 44

## A██████ Morales - FDG601332 | Notes

| Note/Description | Created | Created By |
|---|---|---|
| Processed the ONLINE REQUAL REPAY $0.00 with FEDLOAN. File to ONLINE REQUAL REPAY $0.00 BOX. | 2019-07-09 08:38:21 | Jocelyn Palma |
| Per Brittany forward to Jocelyn to re process.Client called in regarding to new payment terms email he received. He asked if he could stick with the same payments he was making as he has became a new homeowner and would like to keep his payments at the $182.79 monthly. | 2019-07-08 12:35:21 | Maria Juarez |
| Client called in stating he received an email stating his new payment terms and was wondering why it went up 150 dollars. I told him we calculate his payments off of his new paystubs he turned into us and then we re-evaluate the new payment and then reach out to him with new terms. He says he would like to keep it at the 182 payment he was already making since he was more comfortable with that payment. I told him I would reach out to management and see what they will tell me. He thanked me. End of call. | 2019-07-08 11:53:33 | Brittany Taylor |
| Emailed client the new terms with FEDLOAN of $338.94 to see if the payment is feasible. File in FDG EMAILED CLIENT NEW TERMS BOX. | 2019-07-03 16:27:38 | Jocelyn Palma |
| Sent $101.21 to FedLoan (Invoice #35604) | 2019-07-03 11:57:10 | Alaina Bauer |
| Sent $101.21 to FedLoan (Invoice #33769) | 2019-06-03 13:50:38 | Alaina Bauer |
| Faxed IDR/PAY STUBS to FEDLOAN. File to ONLINE REQUAL REPAY W/ PAY STUBS BOX, 06/03. | 2019-06-03 12:30:14 | Karina Arellano |
| PROCESSED THE REQUAL REPAY ONLINE WITH PAY STUBS, FILE TO ONLINE REQUAL REPAY BOX WITH PAY STUBS, ONCE THE FILE CLERKS FAX THE IDR/PAY STUBS | 2019-05-31 10:40:26 | Daniela Lopez |
| Forward pay stubs to Daniela. | 2019-05-27 10:39:35 | Maria Juarez |
| Client needs to be recertified with FEDLOAN by 07/04/19. Requal Email Sent. File in FDG R.E.S 05/16/19. | 2019-05-16 13:50:45 | Jocelyn Palma |
| SENT $101.21 TO FEDLOAN | 2019-05-07 12:58:29 | Alaina Bauer |
| Client needs to RECERTIFY with FEDLOAN by 07/04/19. File to REQUAL STEP 1. | 2019-05-07 09:53:10 | Karina Arellano |
| We approved your request for an Income-Driven Repayment (IDR) plan. Your new repayment plan is Income-Based Repayment (IBR) for the loans listed. We used your income documentation and family size to determine your new monthly payment of $0.00 which is first due on 07/04/2018. Your new monthly payment amount is effective for all payments due between 07/04/2018 and 07/01/2019. You are still responsible for any payments due before 07/04/2018. About 3 months prior to 07/01/2019, we will send you notification letting you know that you are due to recertify (complete a new application and provide updated income documentation). If you do not recertify or you no longer have a partial financial hardship (PFH), your payment amount will likely be $412.98 | 2018-12-29 08:20:33 | Maria Juarez |
| Sent lender payment of $708.47 to FED LOAN VIA online payment.  Current trust balance is $101.21 (Invoice #19453) | 2018-12-29 08:19:39 | Maria Juarez |
| Filed to pending recertification. Pull on 05/04/2019. | 2018-09-11 15:22:08 | Kristian Bolaños |
| Approval email sent. filed to pending Recert. D.A. 04/19/2018 | 2018-07-18 09:06:06 | Kylin Wooden |
| Client approved for $0 approved for ( IBR ) Until 07/01/2019 kept file to send approval email.. | 2018-07-18 08:57:20 | Kylin Wooden |
| Summary sent. File given back to Kylin. | 2018-07-17 14:45:11 | Kristian Bolaños |
| printed approval terms, $0 w/ $ terms good until 07/04/2019 | 2018-07-16 10:57:12 | Antonio Andrade |
| unlocked account, updated Application section with new login: Username: ███████ Password: ███████  SA: ███████ | 2018-07-16 10:56:49 | Antonio Andrade |

EXHIBIT 3
Page 45

| Note/Description | Created | Created By |
|---|---|---|
| Account is locked. Filed to Men's Locked. | 2018-06-04 09:36:29 | Kristian Bolaños |
| Kept file to discuss with Daniel. Need to confirm Fedloan login so I don't lock it. | 2018-05-31 15:38:19 | Kristian Bolaños |
| REPAY PROCESSED WITH FEDLOAN. FILED TO PENDING APPROVAL. | 2018-05-16 12:38:50 | Thanh-thanh Nguyen |
| ICC WITH FEDLOAN. PAPERLESS. REMOVED AUTO PAY OVER THE PHONE. REQUESTED ADDITIONAL FORB FROM 06/02/2018 UNTIL 07/04/2018. USERNAME: ███████ PASSWORD: ███████   SECURITY ANSWER: ████████   UPDATED LENDER CONTACT INFO Current E-Mail : ██████████ @thirdstatemail.com Street Address: ██████████   Address 2: ██████   City / Town:   MONTEBELLO State / Region:   CALIFORNIA ZIP / Postal Code:   90640 Primary Phone: ███████-6296 | 2018-05-14 12:15:49 | Daniel Johnston |
| ATTACHED LOANS. | 2018-04-20 12:05:18 | Thanh-thanh Nguyen |
| CHART FDG601332. ██████████ @thirdstatemail.com | 2018-04-19 14:26:28 | Thanh-thanh Nguyen |
| correct email for user on FSA is ███████████ @gmail.com (Ticket #2393) | 2018-04-19 14:20:37 | Reuben Blanco |

EXHIBIT 3
Page 46

 

**U.S. Department of Education**
Information about your federal student loan

| |
|---|
| **INCOME-DRIVEN REPAYMENT PLAN APPROVAL** |
| Account Number: 64 5970 1601 |

May 22, 2018



#BWBBCFT
#B905 5687 1805 22L4#
A███████ MORALES████████
MONTEBELLO CA 90640-█

We approved your request for an Income-Driven Repayment (IDR) plan. Your new repayment plan is Income-Based Repayment (IBR) for the loans listed. We used your income documentation and family size to determine your new monthly payment of $0.00 which is first due on 07/04/2018.

Your new monthly payment amount is effective for all payments due between 07/04/2018 and 07/01/2019. You are still responsible for any payments due before 07/04/2018. About 3 months prior to 07/01/2019, we will send you notification letting you know that you are due to recertify (complete a new application and provide updated income documentation). If you do not recertify or you no longer have a partial financial hardship (PFH), your payment amount will likely be $412.98.

Per your request, we ended any deferments or forbearances that were previously applied to your loans so that you can start making payments towards forgiveness right away.

**Good to Know**

- If you selected a specific IDR plan but were not eligible, we put you on the best plan that you are eligible for with the lowest monthly payment amount.
- We will continue to send you a monthly statement even though your monthly payment is $0.00 .
- If your financial circumstances change, you can ask us to recalculate your monthly payment amount at any time by applying online at StudentLoans.gov and selecting the third box in Item 1.
- To learn more about loan forgiveness under an IDR plan, including the amount of payments you are required to make, visit MyFedLoan.org/IDRFAQ.
- If you request to change your repayment plan to a plan other than the standard repayment plan you must first make one payment under the standard repayment plan OR make a payment under a reduced payment forbearance of at least $5.00.
- If you wish to leave an IDR plan, you must have time remaining in the repayment plan you want to change to and your new payment amount will be based on the balance of your eligible loans at the time you leave IDR.
- You will need to recertify your income and family size annually regardless of whether you are in a deferment or forbearance and regardless of whether your income or family size has changed. We will notify you before the date you are required to recertify. If we do not receive your recertification information by the deadline each year, any outstanding interest will capitalize (be added to your principal balance).

TLXJ2     FS06BAPIDR   6459701601     ENOTIFY       27207181420009111

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | ☎ 800-699-2908 | International 717-720-1985 | ☎ 711
MyFedLoan.org

EXHIBIT 3
Page 47

## A█████ Morales - FDG601332 | Invoices

| NO. | ID | TYPE | MONTH | YEAR | DUE DATE | TOTAL | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|
| 39201 | LEN0819601332 | Lender | | 2019 | 2019-08-04 | 101.21 | 101.21 | Open |
| 37206 | INV0719601332 | Debit | | 2019 | 2019-07-20 | 182.79 | 182.79 | Open |
| 35604 | LEN0719601332 | Lender | | 2019 | 2019-07-04 | 101.21 | 0.00 | Paid in Full |
| 33536 | INV0619601332 | Debit | | 2019 | 2019-06-20 | 182.79 | 0.00 | Paid in Full |
| 33769 | LEN0619601332 | Lender | | 2019 | 2019-06-04 | 101.21 | 0.00 | Paid in Full |
| 30099 | INV0519601332 | Debit | | 2019 | 2019-05-20 | 182.79 | 0.00 | Paid in Full |
| 31147 | LEN0519601332 | Lender | | 2019 | 2019-05-04 | 101.21 | 0.00 | Paid in Full |
| 27198 | INV0419601332 | Debit | | 2019 | 2019-04-20 | 182.79 | 0.00 | Paid in Full |
| 24326 | INV0319601332 | Debit | | 2019 | 2019-03-20 | 182.79 | 0.00 | Paid in Full |
| 21495 | INV0219601332 | Debit | | 2019 | 2019-02-20 | 182.79 | 0.00 | Paid in Full |
| 18767 | INV0119601332 | Debit | | 2019 | 2019-01-20 | 182.79 | 0.00 | Paid in Full |
| 19453 | LEN1218601332 | Lender | | 2018 | 2018-12-30 | 708.47 | 0.00 | Paid in Full |
| 16236 | INV1218601332 | Debit | | 2018 | 2018-12-20 | 182.79 | 0.00 | Paid in Full |
| 13510 | INV1118601332 | Debit | | 2018 | 2018-11-20 | 182.79 | 0.00 | Paid in Full |
| 10907 | INV1018601332 | Debit | | 2018 | 2018-10-20 | 182.79 | 0.00 | Paid in Full |
| 8731 | INV0918601332 | Debit | | 2018 | 2018-09-20 | 182.79 | 0.00 | Paid in Full |
| 6950 | INV0818601332 | Debit | | 2018 | 2018-08-20 | 182.79 | 0.00 | Paid in Full |
| 5485 | INV0718601332 | Debit | | 2018 | 2018-07-20 | 182.79 | 0.00 | Paid in Full |
| 4202 | INV0618601332 | Debit | | 2018 | 2018-06-20 | 182.79 | 0.00 | Paid in Full |
| 2933 | INV0518601332 | Debit | | 2018 | 2018-05-20 | 182.79 | 0.00 | Paid in Full |

EXHIBIT 3
Page 48

 **FEDERAL DG**

July 18, 2018

A███████ Morales
███████████████
Montebello, CA 90640

Federal Direct Group Account No.: 601332

Dear A███████ Morales ,


Congratulations! We are happy to report that you have been confirmed for the Income Based Repayment (LBP) program and all your loans listed below have been consolidated with the Department of Education, serviced by Fed Loan Servicing and managed by Federal Direct Group.

Loan Information:

| Loan Date | Loan Amount | Loan Type | Interest Rate |
|---|---|---|---|
| 11/26/2014 | $24,717.88 | Direct Loan Sub Consolidation | 6.500% |
| 11/26/2014 | $13,534.74 | Direct Loan Unsub Consolidation | 6.500% |

Your repayment plan requires annual renewal; the renewal cost is included in the monthly payments presented below. If you fail to comply with the guidelines or stop the program, your payment will default into the increased terms, following your 12th payment with us. As part of our services we will take the necessary steps to ensure you stay in the most affordable repayment plan for you. Again, the second year of payments will only occur if you do not continue with the programs and guidelines that we have you approved for.

Your current program may be using forbearance or deferment time. To minimize the usage of these benefits we recommend you select another program **once your current one ends**. If your financial circumstances change at any point, you can send us updated income information for recalculation, if you would like. As a courtesy, if you do not select a new program upon recertification we will choose the most beneficial program for you at that time.

Your new monthly payment amount with your lender is effective for all payments until August 1, 2019. Payments scheduled starting August 4, 2018 IF new program selection is not made, will be $463.98

Repayment Schedule and Term with Federal Direct Group:

| Number of Payments | Payment Amount |
|---|---|
| 12* Ending April 2019. After which payments can be subject to change. | $182.79 |

300 Spectrum Center Dr #400, Irvine, CA 92618

EXHIBIT 3
Page 49

*LBP Programs do have to be applied and qualified for annually.

If you would like to make additional payments toward your student loan program, please contact us and we will assist you in the process. All lender documents are handled on your behalf by Federal Direct Group.

Thank you for choosing Federal Direct Group to facilitate this process and assist you with your student loan needs. If you have any questions, please contact us, you can always speak with one of our Client Services Representatives at 877-234-3013.

300 Spectrum Center Dr #400, Irvine, CA 92618

EXHIBIT 3
Page 50



# INCOME-DRIVEN REPAYMENT (IDR) PLAN REQUEST

**IDR**

**For the Revised Pay As You Earn (REPAYE), Pay As You Earn (PAYE), Income-Based Repayment (IBR), and Income-Contingent Repayment (ICR) plans under the William D. Ford Federal Direct Loan (Direct Loan) Program and Federal Family Education Loan (FFEL) Programs**

OMB No. 1845-0102
Form Approved
Exp. Date 10/31/2018

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | ██████████ |
| Name | A████ J Morales |
| Address | ████████████████████ |
| City, State, Zip | MONTEBELLO, CA, 90640██ |
| Telephone - Primary | ████-6296 |
| Telephone - Alternate | ████-6296 |
| Email (Optional) | ████████@cajonemail.com |

## SECTION 2: REPAYMENT PLAN OR RECERTIFICATION REQUEST

It's faster and easier to complete this form online at StudentLoans.gov. You can learn more at StudentAid.gov/IDR and by reading Sections 9 and 10. It's simple to get repayment estimates at StudentAid.gov/repayment-estimator. If you need help with this form, contact your loan holder or servicer for free assistance. You can find out who your loan holder or servicer is at StudentAid.gov/login. You may have to pay income tax on any loan amount forgiven under an income-driven plan.

1. **Select the reason you are submitting this form (Check only one):**
   ☐ I want to enter an income-driven plan - Continue to Item 2.
   ☒ I am submitting documentation for the annual recertification of my income-driven payment - Skip to Item 5.
   ☐ I am submitting documentation early to have my income-driven payment recalculated immediately - Skip to Item 5.
   ☐ I want to change to a different income-driven plan - Continue to Item 2.

2. **Choose a plan and then continue to Item 3.**
   ☐ (Recommended) I want the income-driven repayment plan with the lowest monthly payment.
   ☐ REPAYE    ☐ IBR
   ☐ PAYE      ☐ ICR

3. **Do you have multiple loan holders or servicers?**
   ☐ Yes - Submit a request to each holder or servicer. Continue to Item 4.
   ☐ No - Continue to item 4.

4. **Are you currently in deferment or forbearance?** After answering, continue to Item 5.
   ☐ No.
   ☐ Yes, but I want to start making payments under my plan immediately.
   ☐ Yes, and I do not want to start repaying my loans until the deferment or forbearance ends.

   > If you have FFEL Program loans, they are only eligible for IBR. However, you can consolidate your loans at StudentLoans.gov to access more beneficial income-driven repayment plans.

## SECTION 3: FAMILY SIZE INFORMATION

5. **How many children, including unborn children, are in your family and receive more than half of their support from you?**   1

6. **How many other people, excluding your spouse and children, live with you and receive more than half of their support from you?**   0

Note: A definition of "family size" is provided in Section 9. Do not enter a value for you or your spouse. Those values are automatically included in your family size, if appropriate.

EXHIBIT 3
Page 51

**Borrower Name**  A⬛⬛ J Morales _____   **Borrower SSN**  (⬛⬛⬛⬛ _____

## SECTION 4A: MARITAL STATUS INFORMATION

7. **What is your marital status?**
   - [x] Single - Skip to Item 11.
   - [ ] Married - Continue to Item 8.
   - [ ] Married, but separated - You will be treated as single. Skip to Item 11.
   - [ ] Married, but cannot reasonably access my spouse's income information - You will be treated as single. Skip to Item 11.

8. **Does your spouse have federal student loans?**
   - [ ] Yes - Continue to Item 9.
   - [ ] No - Skip to Item 10.

9. **Provide the following information about your spouse and then continue to Item 10:**
   a. **Spouse's SSN** _____
   b. **Spouse's Name** _____
   c. **Spouse's Date of Birth** _____

10. **When you filed your last federal income tax return, did you file jointly with your spouse?**
   - [ ] Yes - Continue to Item 13.
   - [ ] No - Skip to Item 17.

## SECTION 4B: INCOME INFORMATION FOR SINGLE BORROWERS AND MARRIED BORROWERS TREATED AS SINGLE

11. **Has your income significantly changed since you filed your last federal income tax return?**
   For example, have you lost your job, experienced a drop in income, or gotten divorced, or did you most recently file a joint return with your spouse, but you have since become separated or lost the ability to access your spouse's income information?
   - [x] Yes - Continue to Item 12.
   - [ ] No - Provide your most recent federal income tax return or transcript. Skip to Section 6.
   - [ ] I haven't filed a federal income tax return in the last two years - Continue to Item 12.

12. **Do you currently have taxable income?**
   Check "No" if you do not have any income or receive only untaxed income.
   - [x] Yes - Provide documentation of your income as instructed in Section 5. Skip to that Section.
   - [ ] No - You are not required to provide documentation of your income. Skip to Section 6.

   Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

## SECTION 4C: INCOME INFORMATION FOR MARRIED BORROWERS FILING JOINTLY

13. **Has your income significantly changed since you filed your last federal income tax return?**
   For example, have you lost your job or experienced a drop in income?
   - [ ] Yes - Skip to Item 15.
   - [ ] No - Continue to Item 14.
   - [ ] We haven't filed a federal income tax return in the last two years - Skip to Item 15.

14. **Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?**
   For example, has your spouse lost his or her job or experienced a drop in income?
   - [ ] Yes - Continue to Item 15.
   - [ ] No - Provide your and your spouse's most recent federal income tax return or transcript. Skip to Section 6.

15. **Do you currently have taxable income?**
   Check "No" if you have no taxable income or receive only untaxed income.
   - [ ] Yes - You must provide documentation of your income according to the instructions in Section 5. Continue to Item 16.
   - [ ] No - You are not required to provide documentation of your income. Continue to Item 16.

16. **Does your spouse currently have taxable income?**
   Check "No" if your spouse has no taxable income or receives only untaxed income.
   - [ ] Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section.
   - [ ] No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 15, skip to Section 5 and document your income. If you selected "No" to Item 15, skip to Section 6.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

EXHIBIT 3
Page 52

**Borrower Name**    A⬛⬛⬛ J Morales (⬛⬛⬛    **Borrower SSN**    ⬛⬛⬛⬛

## SECTION 4D: INCOME INFORMATION FOR MARRIED BORROWERS FILING SEPARATELY

**17. Has your income significantly changed since you filed your last federal income tax return?**
For example, have you lost your job or experienced a drop in income?

☐ Yes - Continue to Item 18.

☐ No - Provide your most recent federal income tax return or transcript. Skip to Item 19.

☐ I haven't filed a federal income tax return in the past two years - Continue to Item 18.

**18. Do you currently have taxable income?**
Check "No" if you have no taxable income or receive only untaxed income. After answering, continue to Item 19.

☐ Yes - You must provide documentation of your income as instructed in Section 5.

☐ No.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

**19. Has your spouse's income significantly changed since your spouse filed his or her last federal income tax return?**
For example, has your spouse lost a job or experienced a drop in income?

☐ Yes - Continue to Item 20.

☐ No - Provide your spouse's most recent federal income tax return or transcript. This information will only be used if you are on or placed on the REPAYE Plan. Skip to Section 6.

☐ My spouse hasn't filed a federal income tax return in the past two years - Continue to Item 20.

**20. Does your spouse currently have taxable income?**
Check "No" if your spouse has no taxable income or receives only untaxed income.

☐ Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section. This information will only be used if you are on or placed on the REPAYE Plan.

☐ No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 18, skip to Section 5 and document your income. If you selected "No" to Item 18, skip to Section 6.

## SECTION 5: INSTRUCTIONS FOR DOCUMENTING CURRENT INCOME

You only need to follow these instructions if, based on your answers in Section 4, you and your spouse (if applicable) were instructed to provide documentation of your current income instead of a tax return or tax transcript.

**This is the income you must document:**

- You must provide documentation of all taxable income you and your spouse (if applicable) currently receive.

- Taxable income includes, for example, income from employment, unemployment income, dividend income, interest income, tips, and alimony.

- Do not provide documentation of untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

**This is how you document your income:**

- Documentation will usually include a pay stub or letter from your employer listing your gross pay.

- Write on your documentation how often you receive the income, for example, "twice per month" or "every other week."

- You must provide at least one piece of documentation for each source of taxable income.

- If documentation is not available or you want to explain your income, attach a signed statement explaining each source of income and giving the name and the address of each source of income.

- **The date on any supporting documentation you provide must be no older than 90 days from the date you sign this form.**

- Copies of documentation are acceptable.

**After gathering the appropriate documentation, continue to Section 6.**

EXHIBIT 3
Page 53

**Borrower Name**   A▆▆▆ J Morales (            **Borrower SSN** ▆▆▆▆▆▆

## SECTION 6: BORROWER REQUESTS, UNDERSTANDINGS, AUTHORIZATION, AND CERTIFICATION

If I am requesting an income-driven repayment plan or seeking to change income-driven repayment plans, **I request:**

- That my loan holder place me on the plan I selected in Section 2 to repay my eligible Direct Loan or FFEL Program loans held by the holder to which I submit this form.

- If I do not qualify for the plan or plans I requested, or did not make a selection in Item 2, that my loan holder place me on the plan with the lowest monthly payment amount.

- If I selected more than one plan, that my loan holder place me on the plan with the lowest monthly payment amount from the plans that I requested.

- If more than one of the plans that I selected provides the same initial payment amount, or if my loan holder is determining which of the income-driven plans I qualify for, that my loan holder use the following order in choosing my plan: REPAYE (if my repayment period is 20 years), PAYE, REPAYE (if my repayment period is 25 years), IBR, and then ICR.

If I am not currently on an income-driven repayment plan, but I did not complete Item 1 or I incorrectly indicated in Item 1 that I was already in an income-driven repayment plan, **I request** that my loan holder treat my request as if I had indicated in Item 1 that I wanted to enter an income-driven repayment plan.

If I am currently repaying my Direct Loans under the IBR plan and I am requesting a change to a different income-driven plan, **I request** a one-month reduced-payment forbearance in the amount of my current monthly IBR payment or $5, whichever is greater (unless I request another amount below or I decline the forbearance), to help me move from IBR to the new income-driven plan I requested.

☐ **I request** a one-month reduced-payment forbearance in the amount of:          _____
(must be at least $5).

**I understand** that:

- If I do not provide my loan holder with this completed form and any other required documentation, I will not be placed on the plan that I requested or my request for recertification or recalculation will not be processed.

- I may choose a different repayment plan for any loans that are not eligible for income-driven repayment.

- If I requested a reduced-payment forbearance of less than $5 above, my loan holder will grant my forbearance request in the amount of $5.

- If I am requesting a change from the IBR Plan to a different income-driven repayment plan, I may decline the one-month reduced payment forbearance described above by contacting my loan holder. If I decline the forbearance, I will be placed on the Standard Repayment Plan and must make one monthly payment under that plan before I can be placed on a different repayment plan.

- If I am requesting the ICR plan, my initial payment amount will be the amount of interest that accrues each month on my loan until my loan holder receives the income documentation needed to calculate my payment amount. If I cannot afford the initial payment amount, I may request a forbearance by contacting my loan holder.

- If I am married and I request the ICR plan, my spouse and I have the option of repaying our Direct Loans jointly under this plan. My loan servicer can provide me with information about this option.

- If I have FFEL Program loans, my spouse may be required to give my loan holder access to his or her loan information in the National Student Loan Data System (NSLDS). If this applies to me, my loan holder will contact me with instructions.

- My loan holder may grant me a forbearance while processing my application or to cover any period of delinquency that exists when I submit my application.

**I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loans, including the repayment of my loans, at any number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| **Borrower's Signature** | A▆▆▆ J Morales | **Date** | 05/31/2019 |
| **Spouse's Signature** | | **Date** | |

**If you are married, your spouse is required to sign this form unless you are separated from your spouse or you're unable to reasonably access your spouse's income information.**

EXHIBIT 3
Page 54

**T3 Wireless LLC**
7150 E Camelback Rd#333
Scottsdale, AZ 85251

Dire Deposit Advice

**paylocity**

| | |
|---|---|
| **Check Date** | **Voucher Number** |
| May 24, 2019 | 21239 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***0644 | 1,502.92 |
| **Total Direct Deposits** | | | **1,502.92** |

46520  1-301-99999  1000451 21239 20161      **46520**

A     J Morales
Phoenix, AZ  85037

## Non Negotiable - This is not a check - Non Negotiable

### T3 Wireless LLC

| | | | |
|---|---|---|---|
| | | | **Earnings Statement** |
| Employee ID | **1000451** | Fed Taxable Income | **1,846.15** |
| Location | **1-301-99999** | Fed Filing Status | **M-0** |
| Salary | | State Filing Status | **M-0+2%** |

| | | |
|---|---|---|
| Check Date | **May 24, 2019** | |
| Period Beginning | **May 5, 2019** | |
| Period Ending | **May 18, 2019** | |

| | | |
|---|---|---|
| Voucher Number | **21239** |
| Net Pay | **1,502.92** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 1,992.66 |
| Commissio | | | | 0.00 |
| GP Bonus | | | | 1,873.79 |
| Metric Bon | | | | 200.00 |
| New Hire B | | | | 0.00 |
| Regular | 23.08 | 80.00 | 1,846.15 | 18,662.74 |
| Scorecard | | | | 1,600.00 |
| **Gross Earnings** | | **80.00** | **1,846.15** | **24,329.19** |

| Deductions | | Amount | YTD |
|---|---|---|---|
| Mileage | | | -810.61 |
| | | | **-810.61** |

| Direct Deposits | Type | | Account | Amount |
|---|---|---|---|---|
| BANK OF AMERICA, N.A. | C | | ***0644 | 1,502.92 |
| **Total Direct Deposits** | | | | **1,502.92** |

| Taxes | Amount | YTD |
|---|---|---|
| AZ | 49.85 | 656.90 |
| FITW | 152.15 | 2,717.11 |
| MED | 26.77 | 352.77 |
| SS | 114.46 | 1,508.41 |
| **Taxes** | **343.23** | **5,235.19** |

| Time Off | Used | Availabl | Used$ |
|---|---|---|---|
| PTO 40 | 0.00 | 26.00 | |
| Sales Field | 0.00 | 10.00 | |

**T3 Wireless LLC**
7150 E Camelback Rd#333
Scottsdale, AZ 85251

Dir    Deposit Advice

**paylocity**

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | May 10, 2019 | | 20603 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***0644 | 1,502.92 |
| **Total Direct Deposits** | | | **1,502.92** |

46520  1-301-99999  1000451 20603 19562        46520
A          J Morales
Phoenix, AZ 85037

## Non Negotiable - This is not a check - Non Negotiable

### T3 Wireless LLC

A          J Morales

**Earnings Statement**

| Employee ID | 1000451 | Fed Taxable Income | 1,846.15 | Check Date | May 10, 2019 | Voucher Number | 20603 |
|---|---|---|---|---|---|---|---|
| Location | 1-301-99999 | Fed Filing Status | M-0 | Period Beginning | April 21, 2019 | Net Pay | 1,502.92 |
| Salary | $1,846.15 | State Filing Status | M-0+2% | Period Ending | May 4, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 1,992.66 |
| Commissio | | | | 0.00 |
| GP Bonus | | | | 1,873.79 |
| Metric Bon | | | | 200.00 |
| New Hire B | | | | 0.00 |
| Regular | 23.08 | 80.00 | 1,846.15 | 16,816.59 |
| Scorecard | | | | 1,600.00 |
| **Gross Earnings** | | **80.00** | **1,846.15** | **22,483.04** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| AZ | | | 49.85 | 607.05 |
| FITW | | | 152.15 | 2,564.96 |
| MED | | | 26.77 | 326.00 |
| SS | | | 114.46 | 1,393.95 |
| **Taxes** | | | **343.23** | **4,891.96** |

| Deductions | Amount | YTD |
|---|---|---|
| Mileage | | -674.89 |
| | | **-674.89** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***0644 | 1,502.92 |
| **Total Direct Deposits** | | | **1,502.92** |

| Time Off | Used | Availabl | Used$ |
|---|---|---|---|
| PTO 40 | 0.00 | 23.00 | |
| Sales Field | 0.00 | 8.00 | |

T3 Wireless LLC | 7150 E Camelback Rd#333  Scottsdale, AZ 85251 | 480-426-0876 | FEIN: 75-3057796 | AZ: 7501760-2

EXHIBIT 3
Page 56

  **U.S. Department of Education**
Information about your federal student loan

## INCOME-DRIVEN REPAYMENT PLAN RECALCULATED

June 20, 2019

*$282.94*
*+ 56.00*
*──────*
*$338.94*

Account Number: 64 5970 1601

#BWBBCFT
#B905 5687 1806 20L5#
A     MORALES
MONTEBELLO CA 90640-

We recalculated your monthly payment for your Income-Based Repayment (IBR) plan. We used your income documentation and family size to determine your monthly payment of $282.94 which is first due on 08/04/2019.

Your new monthly payment amount is effective for all payments due between 08/04/2019 and 07/01/2020. You are still responsible for any payments due before 08/04/2019. About 3 months prior to 07/01/2020, we will send you notification letting you know that you are due to recertify (complete a new application and provide updated income documentation). If you do not recertify or you no longer have a partial financial hardship (PFH), your payment amount will be $412.98.

**Good to Know**

- If your financial circumstances change, you can ask us to recalculate your monthly payment amount at any time by applying online at StudentLoans.gov and selecting the third box in Item 1.
- To learn more about loan forgiveness under an IDR plan, including the amount of payments you are required to make, visit MyFedLoan.org/IDRFAQ.
- If you request to change your repayment plan to a plan other than the standard repayment plan you must first make one payment under the standard repayment plan OR make a payment under a reduced payment forbearance of at least $5.00.
- If you wish to leave an IDR plan, you must have time remaining in the repayment plan you want to change to and your new payment amount will be based on the balance of your eligible loans at the time you leave IDR.
- You will need to recertify your income and family size annually regardless of whether you are in a deferment or forbearance and regardless of whether your income or family size has changed. We will notify you before the date you are required to recertify. If we do not receive your recertification information by the deadline each year, any outstanding interest will capitalize (be added to your principal balance) .

**Loan Information**

| Loan Program | Disbursement Date | Current Principal Balance | Interest Rate |
|---|---|---|---|
| DLSCNS | 11/26/2014 | $25,567.79 | 6.500% |
| DLUCNS | 11/26/2014 | $14,000.11 | 6.500% |

TLXJ2    FS06BAPIDR  6459701601    ENOTIFY    27207191710007872

P.O. Box 69184, Harrisburg, PA 17106-9184 | M-F 8AM to 9PM (ET) | 800-699-2908 | International 717-720-1985 | 711
**MyFedLoan.org**

EXHIBIT 3
Page 57

EXHIBIT 4

**FDG Opener Script**

Hi this is (your name) with the Student Loan Support. How's it going today?

I'm calling regarding your federal student loans to inform you that you qualify for a lower payment, reduced rate, and possible loan forgiveness.

Are you currently making payments on your student loans? If so, what's your current payment?

**If not paying**

Are you in a forbearance, deferment or default? If so, is that because you couldn't afford the payment they were asking for?

**If paying**

We help people manage their federal student loans by consolidating them, saving them money, and simplifying the repayment term with possible loan forgiveness. With these federal programs you may qualify for a lower payment based on your income and family size. Let's pull up a quote to see what you qualify for. If you qualify, I will transfer you to one of our loan specialists.

- What is your loan balance?
- Are these personal federal loans or parent plus loans?
- Do you work for the government or non-profit organization?
- What is your current net income for the month?
- Are you single or married?
- What's your family size?
- What state do you reside in?
- Were your loans taken out before or after October of 2007?
- What's your first and last name?
- What's your email address?

You qualify for a payment of_____.  Now I will transfer you to a loan specialist and they will be able to go over the program with you and get your loans pulled up.

EXHIBIT 4
Page 58

**FDG Opener Script**

Hi this is (your name) with the Student Loan Center. How's it going today?

I'm calling regarding your federal student loans to inform you that you qualify for a lower payment, reduced rate, and possible loan forgiveness.

I'm going to ask you a couple of quick questions and pull up a quote to see what you qualify for.

- Are you making payments on your loans? If not, are you in a forbearance, deferment, or default?
- What is your loan balance?
- Are these personal federal loans or parent plus loans?
- What is your current net income for the month?
- Are you single or married?
- What's your family size?
- What state do you reside in?
- Were your loans taken out before or after October of 2007?
- What's your first and last name?
- What's your email address?

You qualify for a payment of_____. Now I will transfer you to a loan specialist and they will be able to go over the program with you and get your loans pulled up.

EXHIBIT 4
Page 59

**FDG Outbound Script**

Hi this is (your name) with the Student Loan Center. How's it going today?

I'm calling regarding your federal student loans to inform you that you qualify for a lower payment, reduced rate, and possible loan forgiveness.

Are you currently making payments on your student loans?

**If not paying**

Are you in a forbearance, deferment or default? If so, is that because you couldn't afford the payment they were asking for?

**If paying**

With these federal programs you may qualify for a lower payment based on your income and family size. Once you reach the end of the term, any remaining balance on your loan would be forgiven. Let's pull up a quote to see what you qualify for. First, I would like to let you know that all calls are recorded for quality and training purposes.

**Go to the CRM and start putting together initial quote**

You qualify for a lower payment of_____ for the next 12 months. Our processing department will check in with you on a yearly basis for your annual recertification.

Now we need to log into the Federal Student Aid database and verify the dates and amounts of your loans. The DOE has recently updated the FSA site. Have you gone on their website and setup a new username and password?

**If yes**, please get their username and password

**If no**, with your permission I can setup everything for you and send you a confirmation via email that your FSA has been updated.

**Go to https://nslds.ed.gov/nslds/nslds_SA/ to create or login to FSA**. Add the principle and interest together for the total of their loans, then input total in the quote.

**Give final numbers**

Your monthly payments are going to be_____ , which we can start as soon as tomorrow or 30 days from now or anywhere in between, you get to pick the date.

Now we are going to finish filling out the rest of the application. We will need employment information, 2 references, and banking information since the payments are set up as an ACH (go back to CRM and start filling out the rest of the application).

**Transition application to DocuSign**

Before I send this out, let me verify your email address (verify email). Ok, I just hit send. Let me know when you receive it.

EXHIBIT 4
Page 60

 FEDERAL DG

### How to properly lead into a call:

When an inbound or outbound call comes through we want to be sure that we are not offering up information to people that call in trying to fish for information. Therefore, proper way to answer the phone is:

**Inbound**

"Hi this is <u>Your Name</u>, student loan support. How can I help you today?"

**Outbound**

"Hi this is <u>Your Name</u>, student loan support, how are you today? I am calling you regarding your federal student loan."

After we have discussed what we are calling about and built some rapport with the prospect, we can then discuss who we are. Most of the time the person on the other end of the phone doesn't care who we are until they are aware of how our call may benefit them anyways.

### How and when to avoid providing FDG info:

There may be times which someone is calling not for our services but, to fish for information. It is important that we are mindful of this and are able to recognize this type of caller.

<u>Things to avoid:</u> If someone calls in and starts out by asking questions such as: Who is the owner?, What is the name of the company that I am speaking with?, Do you have legal counsel?, What is your address?, etc. Often times these types of individuals will be very stern and maybe even demanding or rude in their conversation.

<u>What to Do:</u> There are 2 things we can do in this situation. 1 – You tell the caller that you are going to politely end the call and then hang up. 2 – You grab a manager and ask the caller to please hold. Then grab a manager and allow them to take the escalated call. (Please do not just rudely hang up on the caller).

### How to properly disposition and deal with angry people:

Be patient and helpful. If a caller is irate or upset, listen to what they have to say and then refer them to the appropriate resource or respond accordingly. <u>Never snap back or act rude to the caller.</u>

After you have listened to the caller and verified the phone number, then properly dispo the call "DNC."'

EXHIBIT 4
Page 61

 7818

@federaldg.com

ya hi this is John I'll be able to go over the program with you
Is there an e-mail ~~where I can send you info to you?~~
~~Thanks~~ where I can send it out ~~that I can send to you~~ ther ~~can John~~
   to you
~~You're looking into forgiveness programs~~
~~for your federal student loans~~

Approximately how much do you owe?

Around how much are they asking you to pay each month?
 - ~~Any~~ Are you making payments?
Are you married with children?

How much are you bringing in after taxes?
 - What line of work are you in
You qualify for a federal income based repayment program @ 91.58
we need to log into the FSA data base and verify your amount

What is your birthday?


⟹ FSA SOP




EXHIBIT 4
Page 62

1/11

Matt

So you're looking for forgiveness on your federal student loans?

- ~~Princi~~ amount of loan? Approx how much do you owe
  - ~~app~~ monthly payments? How much they asking you to pay
  - Income & tax filing

⇒ FSA ⇒ let me look up your loan on FSA
  • email + Birthday

Navient, Mohela


⇒ Direct & Servicer for Income driven repayment program
⇒ forbearance ⇒ only so many times, 10 or 12
⁎ Deferments ⇒ requires approval, only 3


Servicer would rather put you in forbearance, thats how they
  get more interest from you.


Adam

-SS its your personal identifier while on a Recorded line  I have to
do my job right,

# 1/14

NQ, NQ High Income
NQ Low Loan Balance
NI Did not disclose email+Income
NI Wants to go through fed loans directly
████ - 8340

1/15

HU Hung up no convo
Unemployed ████ - ~~8492~~ 8492
████ @ gmail.com
████ 1974
MICHELE
████ 9250
Call back at 10:50

_____

Ameritrus
- Stopped taking money for her account
- ~~Go~~ Working for military as a contractor
- Logistics
- ~~████~~ ████ 9069
- Call back - ████ 7138
████ - 5713

EXHIBIT 4
Page 64

1/14

Hi this is John how are you today?

You're looking into forgiveness for your student loans

   approximately how much do you owe?

   How much are they asking you to pay each month?

Are you married with Children?

How much are you bringing in $ after taxes

We can drop your payment to ... is this a affordable Situation

# Now we need to log into the FSA data base and verify your loan

Email ⇒ setup ⇒ Security questions ⇒ Servicer   (my fed loan

Do you have any mail from them?


You have ___ Separate loans, each individually accumulating interest


It Consolidates your loans,

   frees up your credit line bumps up your credit, lowers your payment


EXHIBIT 4
Page 65

# LT3 Transfer Script

You have 70 seconds to determine if they are qualified or if it's a prank call. If it goes over 70 seconds, the call cannot be refunded so please follow the script below quickly.

Hi this (your name) and I'll be able to help you.

**Question 1**

How much do you owe on your loans?

**Question 2**

Do you have a source of income?

**Question 3**

Are you being garnished?

**Question 4**

Are you enrolled into a forgiveness or income-based program?

EXHIBIT 4
Page 66

*Blue: Introduction*

*Green: Customer Service response*

⭐ *Yellow: Thanks for holding, so your looking → for help with your student loans how much do you currently owe?*

## FDG Outbound Script

*Red: Directly to you Service Support* → CRM

Hi this is (your name) with the Student Loan Center. How's it going today?

I'm calling regarding your federal student loans *to inform you that you qualify for a lower payment, adjusted rate and possible loan forgiveness.* programs

Are you currently making payments on your student loans?

**If not paying** *Is it because they aren't affordable?*

Are you in a forbearance, deferment or default? If so, is that because you couldn't afford the payment they were asking for?

**If paying** *Are they affordable?* *(About how much?)*

With these federal programs you may qualify for a lower payment based on your income and family size. Once you reach the end of the term, any remaining balance on your loan would be forgiven. Let's pull up a quote to see what you qualify for. First, I would like to let you know that all calls are recorded for quality and training purposes.

**Go to the CRM and start putting together initial quote**

You qualify for a lower payment of_____ for the next 12 months. Our processing department will check in with you on a yearly basis for your annual recertification.

Now we need to log into the Federal Student Aid database and verify the dates and amounts of your loans. The DOE has recently updated the FSA site. Have you gone on their website and setup a new username and password?

If yes, please get their username and password

If no, with your permission I can setup everything for you and send you a confirmation via email that your FSA has been updated.

**Go to https://nslds.ed.gov/nslds/nslds_SA to create or login to FSA**. Add the principle and interest together for the total of their loans, then input total in the quote.

**Give final numbers**

Your monthly payments are going to be_____ , which we can start as soon as tomorrow or 30 days from now or anywhere in between, you get to pick the date.

Now we are going to finish filling out the rest of the application. We will need employment information, 2 references, and banking information since the payments are set up as an ACH (go back to CRM and start filling out the rest of the application).

**Transition application to DocuSign**

Before I send this out, let me verify your email address (verify email). Ok, I just hit send. Let me know when you receive it.

EXHIBIT 4
Page 67



**Introduction**

Hi this is (Your Name) from Student Loan Support. How's it going today?

I'm calling in regards to your federal student loans to inform you that you qualify for a lower payment and reduced rate under new federal programs.

Are you currently making payments on your student loans?

**If not paying –** Are you in a Forbearance, deferment or default?
Now are you in a (Forbearance, deferment or default) because you couldn't afford the payment they were asking of?

Yes

With these Federal Programs you may qualify for lower payments based on your income and family size. Now let's put together some numbers to see what you qualify for. It will only take a couples minutes.

**First I would like to let you know that all calls are recorded for quality and training purposes**

## Go To EzekielCRM and Start Putting Together Initial Quote

Okay so you qualify for a lower payment of _____ for the next 12 months.

Now, we need to log into the FSA data base and verify the dates and amount of your loans.

Recently the DOE has updated the Federal Student Aid site. Have you recently gone on their website and setup a new username and password?

**If yes**, *Please get Username and Password.*
**If no**, with your permission I can actually setup everything for you and send you a confirmation via email that the FSA has been updated.

EXHIBIT 4
Page 68



**<u>Go to WWW.NSLDS.ED.GOV  to create or log in to FSA</u>**

**<u>Add Principle and Interest together for total, then input total in the quote</u>**
**<u>Give Final Numbers</u>**

Okay. So, your monthly payments are going to be _____.

Now we are going to finish filling out the rest of the application. We will need 2 references, banking information since we will be setting up ACH, payment dates, and employment information.

***(Go back to EzekielCRM and start filing the rest of the application out.)***

<u>Transition Application to DocuSign</u>

Ok, before I send this out let me do one last verification! Your email address is _____.

Ok, I just hit send. Let me know when you receive it.

Now click review documents, check the box that you agree to do business electronically. Then press continue and tap start to begin.

EXHIBIT 4
Page 69

**Introduction**

Hi this is (Your Name) with ~~Federal Direct Group.~~ *how are you?*

I'm calling in regards to your federal student loans to inform you that you may qualify for a lower payment, reduce rate and potential loan forgiveness depending on what you do for work.

Are you currently making payments on your student loans?

(Yes)
Do you see your balance going down?

If no - Are you in a Forbearance, deferment or default?

If I could lower your payments and qualify you for the forgiveness program would that help you financially?

With these Federal Programs you may qualify for lower payments based on your income and family size. Now let's put together some numbers to see what you qualify for.

**First I would like to let you know that all calls are recorded for quality and training purposes**

**Questions**

1. First and Last name?
2. Phone Number?
3. What is the current loan amount that you owe?
4. What is your current monthly payment?
5. What is your Weighted Average Interest Rates?
6. What is your household Adjusted Gross Income?
7. The Family size on your taxes?
8. Are your loans Federal Personal or Federal Parent Plus?
9. Is your monthly payment Affordable?
10. What is the current due date of your payments?
11. Are you currently in School? If yes when do you graduate?
12. Are you currently in Deferment, Default, or Forbearance?

EXHIBIT 4
Page 70



## Introduction

Hi this is (Your Name) from Student Loan Support. How's it going today?

*Center*

I'm calling in regards to your federal student loans to inform you that you qualify for a lower payment and reduced rate under new federal programs.

Are you currently making payments on your student loans?

**If not paying –** Are you in a Forbearance, deferment or default?
Now are you in a (Forbearance, deferment or default) because you couldn't afford the payment they were asking of?

Yes

With these Federal Programs you may qualify for lower payments based on your income and family size. Now let's put together some numbers to see what you qualify for. It will only take a couples minutes.

**First I would like to let you know that all calls are recorded for quality and training purposes**

## Go To EzekielCRM and Start Putting Together Initial Quote

Okay so you qualify for a lower payment of _____ for the next 12 months.

Now, we need to log into the FSA data base and verify the dates and amount of your loans.

Recently the DOE has updated the Federal Student Aid site. Have you recently gone on their website and setup a new username and password?

**If yes**, *Please get Username and Password.*
**If no**, with your permission I can actually setup everything for you and send you a confirmation via email that the FSA has been updated.

EXHIBIT 4
Page 71



## Go to WWW.NSLDS.ED.GOV  to create or log in to FSA

**Add Principle and Interest together for total, then input total in the quote**
**Give Final Numbers**

Okay. So, your monthly payments are going to be _____.

Now we are going to finish filling out the rest of the application. We will need 2 references, banking information since we will be setting up ACH, payment dates, and employment information.

*(Go back to EzekielCRM and start filing the rest of the application out.)*

Transition Application to DocuSign

Ok, before I send this out let me do one last verification! Your email address is _____.

Ok, I just hit send. Let me know when you receive it.

Now click review documents, check the box that you agree to do business electronically. Then press continue and tap start to begin.

EXHIBIT 4
Page 72

## Breaking Pre-Occupation and Setting Appointments

HI _____, I'm calling about the form you filled out online about needing help with your student loans?

*(Yes, I filled that out but I'm really busy right now and can't talk to you.  Can you call me later?)*

**1st Attempt**

No problem _____. You had written down that you had $_____ in student loan debt, was that Federal debt or Private debt? Well the government has come out with some very generous programs...

*(Well its mostly federal debt, but I really can't talk to you right now, can you call me later?)*

**2nd Attempt:**

I know it's a really busy world _____, but really quick, have you hear about the student loan forgiveness program? Well the government has come out with some very generous programs...

*(Yes, that's why I filled the form out, but I really can't talk right now, can you call me later?)*

**3rd Attempt:**

I understand _____, I just want to make sure you even qualify for this program, this shouldn't take more than 2 minutes to take a quick look at your loans to see if they qualify for loan forgiveness.

*(Listen, I really can't talk to you right now, you'll need to call me back)*

Alright _____, when would you like to call me back?

*(2:00 on Thursday)*

2:00 on Thursday? *(Yes)*

To maximize my time efficiently I use a day planner, do you use a day planner? Great! I am going to reserve the time slot of _____, on _____ to call you, so can you please mark that time slot in your day planner as well?  I promise I will call you promptly at _____ on _____! If anything should come up between now and then that would prevent you from making that appointment, would you mind giving me a courtesy call so I can assign that time slot to someone else? Great please take my phone number down.

Alright_____, I will talk to you on _____ at _____!

EXHIBIT 4
Page 73

EXHIBIT 5

**Ezekial** CRM

Enter keyword       🔍   🖥️

Mission Hills Federal

Labiba Velazquez
Executive

**Navigation**

- Dashboard
- Quotes
- Leads
- Applications
- Envelopes
- Accounts
- Recertifications
- Tickets
- Collections
- Accounting
- Processing
- Users
- Reports

«

**COMPANY STATS**

TODAY'S ACQUISITIONS

0

On pace for 0 total deals

JULY ACQUISITIONS

0

Better than last month (0.00%)

DEALS PER DAY

0.00

Better than last month (0.00%)

202 RESIDUAL

$260,612.73

Current residual: 6,281 accounts

PENDING 202 RESIDUAL

$0.00

Pending residual: 0 accounts

RETURN RATE (30 net)

1.36%

Admin: 0.18% | Unauthe 0.17%

**Account Performance (Last 10 Days)**   ⊕ ⊖

| | |
|---|---|
| 50 | ● Sales |
| 45 | ● Total Gain |
| 40 | ● Total Loss |
| 35 | |
| 30 | |
| 25 | |
| 20 | |
| 15 | |
| 10 | |
| 5 | |
| 0 | |

Jul 1 Jul 2 Jul 3 Jul 4 Jul 5 Jul 8 Jul 9  Jul  Jul  Jul
                                          10   11   12

**Acquisitions**   ⊕ ⊖

**THIS MONTH**

| | | |
|---|---|---|
| ✓ | **Signed** Acquired accounts | 0 |
| 💡 | **Activated** Accounts reactivated | 22 |
| ⚠️ | **Suspended** Accounts with payment issue | 23 |
| ⊟ | **On Hold/Admin** Accounts placed on hold | 15 |
| ✕ | **Cancelled** Accounts cancelled | 3 |

**Accounts Status**   ⊕ ⊖

● Active
● Suspended
● On Hold
● Cancelled

Cancelled
3417 (27%)

Active
6281 (5...)

On Hold
838 (6%)

Suspended
2163 (17%)

**Consolidations**   ⊕ ⊖

| Source | Jul. | Trend |
|---|---|---|
| Pending | 0 | |
| Submitted | 0 | |
| Info. Needed | 0 | |
| Summary Received | 0 | |
| Approved | 0 | |
| Recertified | 0 | |

**Federal Holidays**

| ← | July 2019 | | | | | → |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | **4** | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

Independence day                    7/4/2019

7/14/2019

**Ezekial** CRM

Enter keyword 🔍 🖥️ Federal DG

Labiba Velazquez ›
Executive

**Navigation**

- 🏠 Dashboard
- 🗂️ Quotes
- 💡 Leads
- 📁 Applications
- ✉️ Envelopes
- 🏦 Accounts
- 🔄 Recertifications
- 🎫 Tickets
- ☁️ Collections
- ▦ Accounting ›
- ☁️ Processing
- 👥 Users
- 📊 Reports

«

**COMPANY STATS**

TODAY'S ACQUISITIONS
**0**
On pace for 134 total deals

JULY ACQUISITIONS
**60**
Worse than last month (-70.00%)

DEALS PER DAY
**6.00**
Worse than last month (-40.00%)

202 RESIDUAL
**$140,005.23**
Current residual: 2,232 accounts

PENDING 202 RESIDUAL
**$15,615.31**
Pending residual: 235 accounts

RETURN RATE (30 net)
**9.88%**
Admin: 3.13% | Ui Gains: 6.58%

**Account Performance (Last 10 Days)** ⊕ 🟠

- 🔵 Sales
- 🔵 Total Gain
- 🔴 Total Loss

(line chart with axis 0–50, dates Jul 1, Jul 2, Jul 3, Jul 4, Jul 5, Jul 8, Jul 9, Jul 10)

**Acquisitions** ⊕ 🟠

**THIS MONTH**

| | | |
|---|---|---|
| ✅ **Signed** Acquired accounts | | 60 |
| 🌀 **Activated** Accounts reactivated | | 29 |
| ⚠️ **Suspended** Accounts with payment issue | | 81 |
| ⏸️ **On Hold/Admin** Accounts placed on hold | | 6 |
| ⊗ **Cancelled** Accounts cancelled | | 7 |

**Accounts Status** ⊕ 🟠

- 🔵 Active
- 🔴 Suspended
- 🟠 On Hold
- 🟣 Cancelled

Cancelled 1867 (28%)
Active 2516 (38%)
On Hold 467 (7%)
Suspended 1666 (26%)

**Consolidations** ⊕ 🟠

| Source | Jul. | Trend |
|---|---|---|
| Pending | 60 | |
| Submitted | 37 | |
| Info Needed | 0 | |
| Summary Received | 55 | |
| Approved | 37 | |
| Recertified | 0 | |

**Federal Holidays**

← **July 2019** →

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

Independence day 7/4/2019

https://...

EXHIBIT 5
Page 75