EXHIBIT 1

REGULATORYRESOLUTIONS

THOMAS W. MCNAMARA
OFFICE      619-269-0400
FAX          619-269-0401
DIRECT       619-269-0499
info@regulatoryresolutions.com
regulatoryresolutions.com

August 5, 2019

K. Michelle Grajales                         Robert H. Bare
Samuel F. Jacobson                           Bare Law
Federal Trade Commission                     444 West Ocean Blvd., 8th Floor
600 Pennsylvania Ave., NW                    Long Beach, CA 90802
Mail Stop: CC-10232                          *Via Email (rbare@barelaw.com)*
Washington, DC 20580
*Via Email (mgrajales@ftc.gov;*
*sjacobson@ftc.gov)*

Re:   *Federal Trade Commission v. Elegant Solutions, Inc., et al.*
      U.S. District Court (C.D. Cal.) Case No. 8:19-cv-01333-JVS (KESx)
      Notice of Receiver's Preliminary Determination of Receivership Entities

Dear Ms. Grajales, Messrs. Jacobson and Bare:

Both the *Ex Parte* Temporary Restraining Order and the Stipulated Preliminary Injunction ("PI")
entered in this action contain the following definitions:

> "Corporate Defendants" means Elegant Solutions, Inc., also doing
> business as Federal Direct Group, Trend Capital Ltd., also doing
> business as Mission Hills Federal, Dark Island Industries, Inc., also
> doing business as Federal Direct Group and Cosmopolitan Funding
> Inc., Heritage Asset Management, Inc., also doing business as
> National Secure Processing, Tribune Management, Inc., also doing
> business as the Student Loan Group, and each of their subsidiaries,
> affiliates, successors, and assigns.

> "Receivership Entities" means Corporate Defendants as well as any
> other entity that has conducted any business related to Defendants'
> marketing of Debt Relief Services, including receipt of Assets
> derived from any activity that is the subject of the Complaint in this
> matter, and that the Receiver determines is controlled or owned by
> any Defendant.

I have determined that RCC America LLC ("RCC America") is a Receivership Entity. In
February 2019, RCC America was formed to hold title and register Defendants' vehicles in
Montana. Dark Island Industries, Inc. paid for, among other things, the formation of RCC
America, Montana vehicle registration and title fees for RCC America vehicles, and vehicles that
were titled and registered in the name of RCC America. RCC America is controlled or owned by
Mazen Radwan, Rima Radwan, and Dean Robbins.

655 West Broadway, Suite 1600, San Diego, CA 92101

EXHIBIT 1
Page 6

August 5, 2019
Page 2


I am happy to discuss my determinations and will consider additional information you believe may change my conclusion.  Moreover, if you wish to challenge my determination, you may do so by filing a motion with the Court.  *See* PI Section XIII, para. U, at p. 21.  Finally, we are very early in our review of records and electronic materials.  If our review reveals additional receivership entities, we will advise the parties.


Very truly yours,

Thomas W. McNamara

TWM:jej

EXHIBIT 1
Page 7

EXHIBIT 2



**MONTANA SECRETARY OF STATE**

**Return Method:** Email

March 01, 2019

HELEN FANDRICH
407 EAST KING ST
EAST HELENA MT 59635

## CERTIFICATION LETTER

I, COREY STAPLETON, Secretary of State for the State of Montana, do hereby certify that

### RCC AMERICA LLC

filed its Articles of Organization with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** C1110754 - 12369205
**Effective Date:** February 28, 2019

Your company's annual report is due by April 15th of next year and each consecutive year thereafter.

Thank you for being a valued member of the Montana business community. I wish you continued success in your endeavors.

Corey Stapleton
Montana Secretary of State



**STATE OF MONTANA**

12369205
Montana Secretary of State
Filed: February 28, 2019 06:20 PM
BID: C1110754

Articles of Organization

RCC AMERICA LLC (C1110754)

# General Details

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Delayed Effective Date** | |
| **Type of Limited Liability Company** | Limited Liability Company |
| **Business Entity Name** | RCC AMERICA LLC |

## Registered Agent in Montana

| | |
|---|---|
| **Entity Name** | HELEN G FANDRICH |
| **Street Address** | 407 E KING ST, East Helena, Montana, 59635, United States |
| **Mailing Address** | PO BOX 1165, East Helena, Montana, 59635, United States |
| **Registered Agent Type** | Commercial |

**The appointment of the registered agent listed above is an affirmation by the represented entity that the agent has consented to serve as a registered agent.**
Yes

## Business Mailing Address of Principal Office

| | |
|---|---|
| **Postal Address** | 407 EAST KING ST., P.O. BOX 1165, East Helena, Montana, 59635, United States |
| **Term** | Perpetual |

## Managers/Members

| | |
|---|---|
| **LLC Managed By** | Members |

Generated on March 01, 2019 12:05 PM

EXHIBIT 2
Page 9

1 of 3

**Individual**

| | |
|---|---|
| **Name** | MAZEN RADWAN |
| **Status** | Active |
| **Business Mailing Address** | 3 STUDEBAKER, Irvine, California, 92618, United States |

**Individual**

| | |
|---|---|
| **Name** | RIMA RADWAN |
| **Status** | Active |
| **Business Mailing Address** | 3 STUDEBAKER, Irvine, California, 92618, United States |

**Individual**

| | |
|---|---|
| **Name** | DEAN ROBBINS |
| **Status** | Active |
| **Business Mailing Address** | 3 STUDEBAKER, Irvine, California, 92618, United States |

# Signature

**I have been authorized by the business entity to file this document online.**
Yes

**I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.**
Yes

| | |
|---|---|
| **Name** | HELEN G. FANDRICH |
| **Position** | Attorney in Fact |
| **Date** | 02/27/2019 |
| **On Behalf Of** | MAZEN RADWAN |

# Daytime Contact

**Phone**

406-227 7665

**Email**                                          MTCORPSERV@BRESNAN.NET

EXHIBIT 3

**Montana Vehicle Registration**    Valid Through Date 04/30/2020    Renewal Cust Nbr 3840269

| County | Lewis and Clark | Issue Date | 07/08/2019 | Tab Nbr | A02693696 | | Park Fee Paid |
|---|---|---|---|---|---|---|---|
| Usage | Regular | User | pj0504 | Plate Nbr | CNF287 | | |
| Reg Usage | Regular | Fleet Nbr | | Plate Type | MT Police Protect Asn  (TK) | | |
| Reg Type | | OTN | | | | | |

Owners / Lessors
RCC America LLC
407 E King St
East Helena, MT  59635

| VIN | | 6888 | Year | 2016 | Make | Gmc | Model | Sierra K2500 |
|---|---|---|---|---|---|---|---|---|
| Veh Type | Truck (TK) | | Style | PK | Color | White | Ext Model | |
| Weight | 6533 | | Ton Code | 3/4 Ton | | | Veh Nbr | 4512450 |
| Decl GVW | 8000 | | GVW Class | Class 1 | GVW Beg | 04/01/2019 | GVW End | 03/31/2020 |

RCC America LLC
PO Box 1165
East Helena, MT  596351165



By registering this vehicle the applicant acknowledges having
knowledge of the FMCSR and FHMR, if applicable.

**Tab Number**
**A02693696**

**Month Number**
**04**



# State of Montana
# Attention Vehicle Owner

**When applying tab to rear license plate:**
1. Thoroughly clean license plate.
2. Peel tab from backing.
3. Place tab where indicated on face of dry, clean plate
   or over the top of the prior year's tab.
4. Firmly rub tab and edges down.

This registration receipt must be in the motor vehicle or trailer to which it pertains at all times. The driver or person in control of the vehicle or trailer must display this receipt to a peace officer or any officer or employee of the Montana Department of Justice or Department of Transportation, upon demand of the officer or employee.

Montana law requires the owner of any motor vehicle that is registered and operated on a public highway or a private way commonly used by the public in this state to continuously maintain mandatory motor vehicle liability insurance in the amounts specified by law. Unless this vehicle qualifies for an exemption under Mont. Code Ann. § 61-6-303, such as a motorcycle or quadricycle, mandatory motor vehicle liability insurance is required.

Proof of compliance with the mandatory liability insurance law must be in the motor vehicle. The owner or driver of the motor vehicle must display the insurance card or other proof of compliance to any peace officer, judge or other authorized individual upon demand. Violation of this requirement is a misdemeanor that carries the same penalties as a no insurance violation.

Next time, you may renew your vehicle registration online at https://app.mt.gov/vrr/

*Public Safety is a Partnership: Buckle Up  Slow Down - Dont Drink and Drive*

**dojmt.gov/driving**

EXHIBIT 3
Page 12

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

COMMERCIAL

| VEHICLE ID NUMBER | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|
| ████ 6888 | | | 2016 | GMC | SICDISL |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| PK | 2 | 07504 | D | | NONE | 02/28/2019 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2016 | RX | | AC | | 03/01/19 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE: 02/12/2016   ODOMETER READING: 38 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)

RADWAN MAZEN A

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE

1a. DATE 3/12/19   X _____   SIGNATURE OF REGISTERED OWNER

1b. DATE   X _____   SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads 3 8 1 0 3 (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING  ☑ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE 3/12/19 | X _____ | DATE 3/12/19 | X _____ |
|---|---|---|---|
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |
| Mazen A Radwan | | Mazen A Radwan Member | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date

010701   CA

REG. 17,30R3 (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT 3
Page 13

4/25/2019    Case 8:19-cv-01333-JVS-KES    Document 59-3    Filed 08/17/19    Page 12 of 34    Page ID
#:2324
Notice of Transfer and Release of Liability - Receipt

# Notice of Transfer and Release of Liability

**Please print this receipt for your records.**

**Date :**

04/25/2019

**Time :**

15:32:23

**License Plate Number/CF Number :**

SICDISL

**VIN/Vessel Hull Id. :**

████████6888

**Vehicle Make :**

GMC

**Year Model :**

2016

**New Owner Information**

**Last Name**

RCC AMERICA LLC

**First Name**

**Address**

407 EAST KING STREET

**Apt. Number**

**City**

EAST HELENA

**State**

MT

**Zip**

59635

**Sale Information**

EXHIBIT 3
Page 14                1/3

**Odometer Reading**

38103

**Odometer Code**

Actual Mileage

**Sale Date**

03/21/2019

**Selling Price**

35000

**If This is a Gift**

**Seller's Information**

**Last Name**

RADWAN

**First Name**

MAZEN

**Address**

██████████████

**Apt. Number**

**City**

████████████

**State**

████

**Zip**

██████

Help us improve our service, Please take a moment to complete a brief Survey.

| Done |
| :---: |
| Submit Another NRL |

Notice of Transfer and Release of Liability Receipt

nrlweb2 version 16315

EXHIBIT 4

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
# CERTIFICATE OF TITLE

pj5753

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA4495204 | 1981 | Pontiac | Firebird Trans | | CP | PC | 3419 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | Vehicle Nbr |
|---|---|---|---|---|
| ████████9048 | | | | 4509201 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 06/12/2019 | 04/25/2019 | OOS Title Transfer | | | |

**Owner Name and Address**

RCC America LLC
407 E King St
East Helena  MT 59835
Customer Number: 3840269

This vehicle/vessel is subject to the following security interest(s):

Mail To:

**RCC America LLC**
**PO Box 1165**
**East Helena  MT  59635-1165**

The vehicle/vessel may be subject to other security interests.

As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below:

| SELLER COMPLETES IN INK | Print name of buyer, whether individual or business | | | Date of Transfer (delivery of vehicle) |
|---|---|---|---|---|
| | Buyer's Street Address | City | State | Zip |

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked:

**DO NOT CHECK UNLESS APPLICABLE:**
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

**ALL OWNERS MUST SIGN** - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

| ALL OWNERS MUST SIGN. | Signature of First Owner or Agent of Owner (Transferor)  X | Printed name - must be the same as signature (do not type) |
|---|---|---|
| | Signature of Additional Owner or Agent of Owner (if more than one)  X | Printed name - must be the same as signature (do not type) |

| NOTARY | State of | County of | Signed before me on (date) | Notary Stamp/Seal |
|---|---|---|---|---|
| | by (clearly print name of person signing Title) | | | |
| | Notary signature | | | |

| BUYER | ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller. | |
|---|---|---|
| | Signature of Buyer - only one signature is required  X | Printed name - must be the same as signature (do not type) |



VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431



CONTROL NO. 15655003
(This is not a title number)

EXHIBIT 4
Page 17    (REV. 11/2017)

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

**AUTOMOBILE**

VEHICLE ID NUMBER
7048

VR MODEL
1981

MAKE
PONT

PLATE NUMBER
7HAL757

BODY TYPE MODEL
CP

AX UNLADEN WEIGHT

FUEL
G

TRANSFER DATE
06/10/16

FEES PAID
$227

REGISTRATION EXPIRATION DATE
08/28/2017

YR 1ST SOLD

CLASS
ER

YR
2016

MO
XU

EQUIPMT/TRUST NUMBER

ISSUE DATE
07/04/16

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE

ODOMETER READING

REGISTERED OWNER(S)

**ROBBINS DEAN**

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. DATE 3/10/19   X _____ SIGNATURE OF REGISTERED OWNER

1b. DATE   X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ][ ][ ][ ] (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING**  ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 3/10/19   X TRANSFEROR/SELLER SIGNATURE(S)
DATE 3/10/19   X RCC America LLC TRANSFEREE/BUYER SIGNATURE(S)

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
Dean Robbins

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY
Mazen Radwan
Member

**IMPORTANT READ CAREFULLY** Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA 003922   REG. 17.3CRS (REV. 10/2012)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

EXHIBIT 4
Page 18

Notice of Transfer and Release of Liability

**Please print this receipt for your records.**

**Date :**

04/25/2019

**Time :**

15:38:13

**License Plate Number/CF Number :**

7HAL757

**VIN/Vessel Hull Id. :**

████████████3048

**Vehicle Make :**

PONT

**Year Model :**

1981

**New Owner Information**

**Last Name**

RCC AMERICA LLC

**First Name**

**Address**

407 EAST KING STREET

**Apt. Number**

**City**

EAST HELENA

**State**

MT

**Zip**

59635

**Sale Information**

EXHIBIT 4
Page 19

**Odometer Reading**

1148

**Odometer Code**

Exceeds Mechanical Limits

**Sale Date**

03/21/2019

**Selling Price**

25000

**If This is a Gift**

No

---

**Seller's Information**

**Last Name**

ROBBINS

**First Name**

DEAN

**Address**

███████████████

**Apt. Number**

**City**

███████████████

**State**

███

**Zip**

███████

Help us improve our service, Please take a moment to complete a brief Survey.

| Done |
|---|

| Submit Another NRL |
|---|

EXHIBIT 4
Page 20

nrlweb2 version 16315

# EXHIBIT 5

**Montana Vehicle Registration**     Valid Through Date **12/31/9999**     Renewal Cust Nbr 3840269

| County | **Lewis and Clark** | Issue Date | **07/08/2019** | Tab Nbr | **A02585583** | **Park Fee Paid** |
|---|---|---|---|---|---|---|
| Usage | **Regular** | User | **pj0509** | Plate Nbr | ████ | |
| Reg Usage | **Regular** | Fleet Nbr | | Plate Type | **MT Police Protect Asn  (PC)** | |
| Reg Type | **Permanent** | OTN | | | | |

Owners / Lessors
**RCC America LLC**
**407 E King St**
**East Helena, MT  59635**

| VIN | ████**5187** | Year | **1989** | Make | **Chevrolet** | Model | **Blazer** |
|---|---|---|---|---|---|---|---|
| Veh Type | **Rugged Terrain (LL)** | Style | **UT** | Color | **Blue** | Ext Model | |
| Weight | **4797** | Ton Code | **1/2 Ton** | | | Veh Nbr | **4565143** |
| Decl GVW | | GVW Class | | GVW Beg | | GVW End | |

RCC America LLC
PO Box 1165
East Helena, MT  596351165



By registering this vehicle the applicant acknowledges having knowledge of the FMCSR and FHMR, if applicable.

**Tab Number**
**A02585583**

**Month Number**
**PERM**



## State of Montana
## Attention Vehicle Owner

### When applying tab to rear license plate:
1. Thoroughly clean license plate.
2. Peel tab from backing.
3. Place tab where indicated on face of dry, clean plate
   or over the top of the prior year's tab.
4. Firmly rub tab and edges down.

This registration receipt must be in the motor vehicle or trailer to which it pertains at all times. The driver or person in control of the vehicle or trailer must display this receipt to a peace officer or any officer or employee of the Montana Department of Justice or Department of Transportation, upon demand of the officer or employee.

Montana law requires the owner of any motor vehicle that is registered and operated on a public highway or a private way commonly used by the public in this state to continuously maintain mandatory motor vehicle liability insurance in the amounts specified by law. Unless this vehicle qualifies for an exemption under Mont. Code Ann. § 61-6-303, such as a motorcycle or quadricycle, mandatory motor vehicle liability insurance is required.

Proof of compliance with the mandatory liability insurance law must be in the motor vehicle. The owner or driver of the motor vehicle must display the insurance card or other proof of compliance to any peace officer, judge or other authorized individual upon demand. Violation of this requirement is a misdemeanor that carries the same penalties as a no insurance violation.

Next time, you may renew your vehicle registration online at https://app.mt.gov/vrr/

### *Public Safety is a Partnership: Buckle Up  Slow Down – Dont Drink and Drive*

**dojmt.gov/driving**

EXHIBIT 5
Page 22

**DMV** — A Public Service Agency

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUISITION NUMBER (DISMANTLER ONLY)

PAID

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| ▮▮▮▮ 5187 | 1989 | Chevrolet | | |

### SECTION 2 — BILL OF SALE

I/We **Bissette's Tire & Auto Sales** PRINT SELLER'S NAME(S) sell, transfer, and deliver the above vehicle/vessel

to **Radwan Classic Cars** PRINT BUYER'S NAME(S) on **06 12 2018** (MO DAY YEAR) for the amount of $ **6000.—** (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.) $ _____ (GIFT VALUE)

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mileage is Altered or Erased)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads | | | 6 | 6 | 5 | 3 | /10ths (**no tenths**) miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

POSTED

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage      ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

**BUYER'S SECTION**

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Radwan Classic Cars | X _signature_ | | 95128 |
| | X | | |
| | X | | |

BUYER'S MAILING ADDRESS: **3 Studebaker** CITY **Irvine** STATE **CA** ZIP CODE **92618** DAYTIME TELEPHONE NO. **800 520 7037**

**SELLER'S SECTION**

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Bissette's Tire & Auto Sales | X Zachary Welch | 6/12/18 | 76188 |
| | X | | |
| | X | | |

SELLER'S MAILING ADDRESS: **4656 Hwy 64 East** CITY **Franklinville** STATE **NC** ZIP CODE **27248**

### SECTION 5 — POWER OF ATTORNEY

I/We **Bissette's Tire & Auto Sales** PRINT NAME(S) appoint **Radwan Classic Cars** PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY
X Zachary Welch   DATE 6/12/18

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY
X

EXHIBIT 5
Page 23



EXHIBIT 5
Page 24

1/1

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

PAID

A Public Service Agency

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUISITION NUMBER (DISMANTLER ONLY)

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| ██████5187 | 1989 BLAZER | CHEVROLET | | |

### SECTION 2 — BILL OF SALE

*Total: $7497.83*

I/We RADWAN CLASSIC CARS _____ sell, transfer, and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to RADWAN FAMILY TRUST _____ on 7 19 2018 for the amount of $ 6,600.00
PRINT BUYER'S NAME(S)          MO DAY YEAR                    (SELLING PRICE)

If this was a gift, indicate relationship: _____ (*e.g., parents, spouse, friend, etc.*)  $ _____
                                                                                        (GIFT VALUE)

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (*Void if Mileage is Altered or Erased*)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads | | | 6 | , | 6 | 5 | 3 | /10 ths | (**no tenths**) miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

#### WARNING—ODOMETER DISCREPANCY

☐ Odometer reading is **NOT** the actual mileage        ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

POSTED

### SECTION 4 — BUYER AND SELLER (*MUST hand print his or her name, date and sign this section.*)

#### BUYER'S SECTION

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Radwan Family Trust | X | 7/19/18 | |
| by Mazen Adib Radwan | X | | |
| | X | | |

BUYER'S MAILING ADDRESS    ████    CITY    STATE    ZIP CODE    DAYTIME TELEPHONE NO.

#### SELLER'S SECTION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Radwan Classic Cars | X | 7/19/18 | dealer n 95128 |
| by Mark Drawitz | X | | |
| | X | | |

SELLER'S MAILING ADDRESS    CITY    STATE    ZIP CODE    DAYTIME TELEPHONE NO.
3 STUDEBAKER    IRVINE    CA    92618    800-520-7087

### SECTION 5 — POWER OF ATTORNEY

I/We RADWAN FAMILY TRUST _____ appoint RADWAN CLASSIC CARS
        PRINT NAME(S)                                    PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY    DATE
X

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY    DATE    7/19/18
X

EXHIBIT 5
Page 25

RADWAN CLASSIC CARS
3 STUDEBAKER
IRVINE, CA. 92618
949-632-7749

*Mike*

## Sale

xxxxxxxxxxxx3399
DISCOVER                    Entry Method: Chip

**Total: $**          **7,300.00**

07/14/18                          10:16:47
Inv #: 000000001          Appr Code: 01447R
Apprvd: Online

Discover Credit
AID: A0000001523010
TVR: 00 00 00 00 00
TSI: E8 00

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X _____
RADWAN/MAZEN A

Merchant Copy

THANK YOU!

EXHIBIT 5
Page 26



**Vehicle Services Bureau**

# Bill of Sale

Office Use Only

P.O. Box 201431, 302 N Roberts, Helena, MT 59620-1431     Phone (406) 444-3661   Fax (406) 444-0116   ◉ mvdtitleinfo@mt.gov

## *** This form must be completed in its entirety. ***

As recorded on this form, I received the sum of   one and no/100 ------------------------------------------- dollars

($ 1.00 _____ )   and other valuable consideration to sell, transfer and deliver to

Purchaser  RCC AMERICA, LLC                                    DL/FEIN/Tribal ID/Corp ID* C1110754

Address  407 E. KING ST., P.O. BOX 1165,  EAST HELENA, MT  59635

my right, title and interest to the following described vehicle/vessel:

Year 1989   Make  CHEVROLET   Model  SUBURBAN   Style  SW

Vehicle/Hull Identification No. ▆▆▆▆▆▆▆5187   License Plate No.  ---

| **Salvage vehicle (must be 15 years old or older):** | ☐ Yes | ☐ No |

| **Sold for parts only:** Yes ☐   No ☑ |

**Odometer Statement**
The (check one) ☐five or ☐six digit odometer now reads (no tenths) _____ miles, date read _____
and to the best of my knowledge it reflects the actual mileage **unless one of the following statements is checked:**

| **DO NOT CHECK UNLESS APPLICABLE** | ☐ The odometer reading reflects the amount of mileage in **excess of its mechanical limits.** |
| | ☐ The odometer reading is not the actual mileage. **Warning – odometer discrepancy.** |

I (purchaser) am aware of the odometer certification made by the seller above.

Purchaser's signature X _____   Date  04/22/19  MARCH  2019
This is my legal signature

Purchaser's printed name  RCC AMERICA, LLC BY:                                         MEMBER

**Electronic title acknowledgement if electronic record transfer is required** in accordance with MCA 61-3-220(1)(a) & (2), I certify that:
- I am not in possession of the title.
- I am the owner of this vehicle and I authorize the transfer to the above-named purchaser.
- I have not previously transferred to another person for sale.

**I further certify that:**
- I have the right to sell the vehicle/vessel described above and will warrant and defend the title against the claims and demands of all persons except the secured party noted on the Montana title application.
- Under penalty of law (MCA 45-7-203), I certify that the statements made and information contained on this form are true and correct to the best of my knowledge, information, and belief; I am the person named on this form; and, if signing for a business entity or trust, I have full authority to do so.

Seller's signature X _____   Date  04/22/19  MARCH  2019
This is my legal signature (All owners must sign)

Seller's printed name  RADWAN FAMILY TRUST, BY: MAZEN RADWAN, TRUSTEE   DL/FEIN/Tribal ID/Corp ID*  --
If signing for a business entity, give full entity name

Address  ▆▆▆▆▆▆▆▆▆▆▆

*DL=Driver License No.; FEIN=Federal Employee Identification No.; Tribal ID=Tribal Identification Card No.; Corp ID=Corporate Identification No.

| **Notary Use Only:** | | | |
| State of | County of | Signed before me on (date) | Notary Stamp/Seal ● Attachment Certificate |
| California | Orange | April 22nd 2019 | |
| by (clearly print name of person signing form) Sandhya Chowhan-Pawar, Notary Public   4/22/19   Mazen Radwan | | | APR 22 2019 |
| Notary signature   Sandhya Chowhan-Pawar, Notary Public | | | ☐ Acknowledgment ☐ Jurat ☐ Copy Certificate |

**Montana county and state authorities reserve the right to reject any form that has been altered.**
This form is available in alternate formats for people with disabilities.

MV24 (1/18)

EXHIBIT 5
Page 27



**Vehicle Services Bureau**

## Statement of Trustee

Office Use Only

P.O. Box 201431, 302 N Roberts, Helena, MT 59620-1431   Phone (406) 444-3661  Fax (406) 444-0116   ● mvdtitleinfo@mt.gov

State of ___CALIFORNIA___

County of ___Orange___

I, _MAZEN RADWAN_____
having the authority to make this statement, certify that:

- The following named trust(s) _RADWAN FAMILY TRUST_____

  _____

  has been created and the Trustee(s) is _MAZEN RADWAN_____

  _____

  or the Secondary or Successor Trustee(s) is _____

  _____

- Said person(s) was appointed as Trustee(s) of the trust and is acting as Trustee(s) of that trust with the full power and authority to transfer title to all property held by said trust, including motor vehicles and vessels.

- The vehicle(s) identified in the attached title paperwork is part of the referenced trust(s).

- Under penalty of law (MCA 45-7-203), I certify that the statements made and information contained on this form are true and correct to the best of my knowledge, information, and belief; I am the person named on this form; and, if signing for a business entity or trust, I have full authority to do so.

**If there is more than one Trustee, check one of the following:**

☑ One Trustee may sign to transfer title to all property.
☐ All Trustees must sign to transfer title to all property.
☐ Any _____ of the Trustees may sign to transfer title to all property.

X Signature of Trustee_____ Date _3/23_/19
<sub>This is my legal signature (only one signature is required)</sub>

-- or --

Signature of Trust's Attorney _____ Date _____
<sub>This is my legal signature (only one signature is required)</sub>

*Montana county and state authorities reserve the right to reject any form that has been altered.*
This form is available in alternate formats for people with disabilities.

MV40 (1/18)

EXHIBIT 5
Page 28

# EXHIBIT 6

# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

cja758

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA4539155 | 1989 | **Toyota** | **Land Cruiser F** | | **UT** | **LL** | **4480** |
| VIN/HIN | | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | | Vehicle Nbr |
| ▮▮▮▮6716 | | | | | | | **4556703** |
| Brand | | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
| | | **07/16/2019** | **06/26/2019** | **OOS Title Transfer** | | | |

Owner Name and Address

**RCC America LLC**
407 E King St
East Helena  MT  59635
Customer Number: 3840269

This vehicle/vessel is subject to the following security interest(s):

Mail To:

**RCC America LLC**
**PO Box 1165**
**East Helena  MT  59635-1165**

The vehicle/vessel may be subject to other security interests.

| As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below: |
|---|

| Print name of buyer, whether individual or business | | | Date of Transfer (delivery of vehicle) |
|---|---|---|---|

| Buyer's Street Address | City | State | Zip |
|---|---|---|---|

**SELLER COMPLETES IN INK**

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage *unless one of the following statements is checked:*

**DO NOT CHECK UNLESS APPLICABLE:** ☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

**ALL OWNERS MUST SIGN** - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

**ALL OWNERS MUST SIGN.**

| Signature of First Owner or Agent of Owner (Transferor) | Printed name - must be the same as signature (do not type) |
|---|---|
| x | |
| Signature of Additional Owner or Agent of Owner (if more than one) | Printed name - must be the same as signature (do not type) |
| x | |

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

**NOTARY**

| State of | County of | Signed before me on (date) | Notary Stamp/Seal |
|---|---|---|---|
| by (Clearly print name of person requesting notary service) | | | |
| Notary signature | | | |

**BUYER**

ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.

| Signature of Buyer - only one signature is required | Printed name - must be the same as signature (do not type) |
|---|---|
| x | |

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW





VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. 15705909
(This is not a title number)

EXHIBIT 6
Page 29

(REV. 11/2017)

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.

**Montana Vehicle Registration**         Valid Through Date: 12/31/9999              Renewal Cust Nbr 3840259

| County | Lewis and Clark | Issue Date | 06/26/2019 | Tab Nbr | A02585462 | Park Fee Paid |
| Usage | Regular | User | pj0503 | Plate Nbr | 541759B | |
| Reg Usage | Regular | Fleet Nbr | | Plate Type | Std County Lg (PC) | |
| Reg Type | Permanent | OTN | | | | |

Owners / Lessors
RCC America LLC
407 E King St
East Helena, MT 59635

| VIN | 6716 | Year | 1989 | Make | Toyota | Model | Land Cruiser FJ62 |
| Veh Type | Rugged Terrain (LL) | Style | UT | Color | Gray | Ext Model | |
| Weight | 4480 | Ton Code | | | | Veh Nbr | 4556703 |
| Decl GVW | | GVW Class | | GVW Beg | | GVW End | |

RCC America LLC
PO Box 1165
East Helena, MT  596351165



By registering this vehicle the applicant acknowledges having
knowledge of the FMCSR and FHMR, if applicable.

**Tab Number**
**A02585462**

**Month Number**
**PERM**



# State of Montana
# Attention Vehicle Owner

### When applying tab to rear license plate:
1. Thoroughly clean license plate.
2. Peel tab from backing.
3. Place tab where indicated on face of dry, clean plate
   or over the top of the prior year's tab.
4. Firmly rub tab and edges down.

This registration receipt must be in the motor vehicle or trailer to which it pertains at all times. The driver or person in control of the vehicle or trailer must display this receipt to a peace officer or any officer or employee of the Montana Department of Justice or Department of Transportation, upon demand of the officer or employee.

Montana law requires the owner of any motor vehicle that is registered and operated on a public highway or a private way commonly used by the public in this state to continuously maintain mandatory motor vehicle liability insurance in the amounts specified by law. Unless this vehicle qualifies for an exemption under Mont. Code Ann. § 61-6-303, such as a motorcycle or quadricycle, mandatory motor vehicle liability insurance is required.

Proof of compliance with the mandatory liability insurance law must be in the motor vehicle. The owner or driver of the motor vehicle must display the insurance card or other proof of compliance to any peace officer, judge or other authorized individual upon demand. Violation of this requirement is a misdemeanor that carries the same penalties as a no insurance violation.

Next time, you may renew your vehicle registration online at https://app.mt.gov/vrr/

*Public Safety is a Partnership: Buckle Up  Slow Down - Dont Drink and Drive*

**dojmt.gov/driving**

EXHIBIT 6
Page 30


A Public Service Agency

**VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM**

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK --- PHOTOCOPIES NOT ACCEPTED**

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUISITION NUMBER *(DISMANTLER ONLY)*

## SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| ▮▮▮▮ | 1989 | Toyota | | |

## SECTION 2 — BILL OF SALE

I/We _____ sell, transfer, and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to **RCC America L.L.C** on **06 20 2019** for the amount of $ **3000.**
PRINT BUYER'S NAME(S)      MO DAY YEAR      (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.)   $ _____ (GIFT VALUE)

## SECTION 3 — ODOMETER DISCLOSURE STATEMENT (*Void if Mileage is Altered or Erased*)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads **2 4 0 , 2 4 4** /10 ths **(no tenths)** miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage      ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

## SECTION 4 — BUYER AND SELLER (*MUST hand print his or her name, date and sign this section.*)

### BUYER'S SECTION

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| RCC America LLC | X | 6/20/19 | |
| PRINT BUYER'S NAME | X | | |
| PRINT BUYER'S NAME | X | | |

BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO.

### SELLER'S SECTION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Skyler M Shapiro | X | | |
| PRINT SELLER'S NAME | X | | |
| PRINT SELLER'S NAME | X | | |

SELLER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO.

## SECTION 5 — POWER OF ATTORNEY

I/We **Skyler M Shapiro** appoint **RCC America LLC**
PRINT NAME(S)      PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY   X      DATE **6/20/19**

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY   X      DATE

EXHIBIT 6
Page 31

DARK ISLAND INDUSTRIES INC
3 STUDEBAKER
IRVINE, CA 92618

1495

90-3752/1211

PAY TO THE ORDER OF _Skyler Shapiro_

DATE _6-20-19_

$ _3000.—_

_Three thousand and 00/100_ DOLLARS

COMERICA BANK

FOR _1988 Toyota Land Cruiser_

⑆001495⑆ ⑆121137522⑆ ▮▮▮▮ 4682⑆



DARK ISLAND INDUSTRIES INC
3 STUDEBAKER
IRVINE, CA 92618

1495

90-3752/1211

PAY TO THE ORDER OF

DATE

DOLLARS

COMERICA BANK

FOR

NOT NEGOTIABLE

⑆001495⑆ ⑆121137522⑆ ▮▮▮▮ 4682⑆



EXHIBIT 6