EXHIBIT 7

# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION

## CERTIFICATE OF TITLE

cja758

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA4534987 | 1964 | Plymouth | Belvedere | | 2D | PC | 3210 |

| VIN/HIN | MT Boat Nbr | Torr Code/Propulsion Type | Odometer | | | | Vehicle Nbr |
|---|---|---|---|---|---|---|---|
| ████8971 | | | | | | | 4554641 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 07/08/2019 | 06/24/2019 | OOS Title Transfer | | | |

**Owner Name and Address**

RCC America LLC
407 E King St
East Helena MT 59635
Customer Number: 3840269

This vehicle/vessel is subject to the following security interest(s):

Mail To:

**RCC America LLC**
**PO Box 1165**
**East Helena MT 59635-1165**

The vehicle/vessel may be subject to other security interests.

**As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below:**

| Print name of buyer, whether individual or business | Date of Transfer (delivery of vehicle) |
|---|---|
| | |

| Buyer's Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.**

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge it reflects the actual mileage *unless one of the following statements is checked*:

DO NOT CHECK UNLESS APPLICABLE:
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

**ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.**

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

ALL OWNERS MUST SIGN.

| Signature of First Owner or Agent of Owner (Transferor) | Printed name - must be the same as signature (do not type) |
|---|---|
| x | |
| Signature of Additional Owner or Agent of Owner (if more than one) | Printed name - must be the same as signature (do not type) |
| x | |

**Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.**

NOTARY

| State of | County of | Signed before me on (date) | Notary Stamp/Seal |
|---|---|---|---|
| by (Clearly print name of person requesting notary service) | | | |
| Notary signature | | | |

**ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE:** I am aware of the above odometer certification made by the seller.

BUYER

| Signature of Buyer - only one signature is required | Printed name - must be the same as signature (do not type) |
|---|---|
| x | |

SELLER COMPLETES IN INK





VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. 15695746
(This is not a title number)

EXHIBIT 7
Page 34
(REV. 11/2017)

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.

## Montana Vehicle Registration

Valid Through Date 12/31/9999

Renewal Cust Nbr 3840269

| County | Lewis and Clark | Issue Date | 06/24/2019 | Tab Nbr | A02586696 | Park Fee Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Usage | Regular | User | pj05a001 | Plate Nbr | CLW930 | |
| Reg Usage | Regular | Fleet Nbr | | Plate Type | Centennial (PC) | |
| Reg Type | Permanent | OTN | | | | |

Owners / Lessors
RCC America LLC
407 E King St
East Helena, MT 59635

| VIN | 8971 | Year | 1964 | Make | Plymouth | Model | Belvedere |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Veh Type | Passenger (PC) | Style | 2D | Color | Gold | Ext Model | |
| Weight | 3210 | Ton Code | | | | Veh Nbr | 4664641 |
| Decl GVW | | GVW Class | | GVW Beg | | GVW End | |

RCC America LLC
PO Box 1165
East Helena, MT 596351165



By registering this vehicle the applicant acknowledges having knowledge of the FMCSR and FHMR, if applicable.

**Tab Number**
**A02586696**

**Month Number**
**PERM**



## State of Montana
## Attention Vehicle Owner

**When applying tab to rear license plate:**
1. Thoroughly clean license plate.
2. Peel tab from backing.
3. Place tab where indicated on face of dry, clean plate or over the top of the prior year's tab.
4. Firmly rub tab and edges down.

This registration receipt must be in the motor vehicle or trailer to which it pertains at all times. The driver or person in control of the vehicle or trailer must display this receipt to a peace officer or any officer or employee of the Montana Department of Justice or Department of Transportation, upon demand of the officer or employee.

Montana law requires the owner of any motor vehicle that is registered and operated on a public highway or a private way commonly used by the public in this state to continuously maintain mandatory motor vehicle liability insurance in the amounts specified by law. Unless this vehicle qualifies for an exemption under Mont. Code Ann. § 61-6-303, such as a motorcycle or quadricycle, mandatory motor vehicle liability insurance is required.

Proof of compliance with the mandatory liability insurance law must be in the motor vehicle. The owner or driver of the motor vehicle must display the insurance card or other proof of compliance to any peace officer, judge or other authorized individual upon demand. Violation of this requirement is a misdemeanor that carries the same penalties as a no insurance violation.

Next time, you may renew your vehicle registration online at https://app.mt.gov/vrr/

*Public Safety is a Partnership: Buckle Up  Slow Down - Dont Drink and Drive*

**dojmt.gov/driving**

EXHIBIT 7
Page 35

EXHIBIT 8

**Montana Vehicle Registration**

| | | | | | | Renewal Cust Nbr 3840269 |
|---|---|---|---|---|---|---|
| | | | Valid Through Date **12/31/9999** | | | |
| County | **Lewis and Clark** | Issue Date | **07/08/2019** | Tab Nbr | **A02585584** | **Park Fee Paid** |
| Usage | **Regular** | User | **pj0509** | Plate Nbr | ▓▓▓▓▓ | |
| Reg Usage | **Regular** | Fleet Nbr | | Plate Type | **MT Police Protect Asn  (TK)** | |
| Reg Type | **Permanent** | OTN | | | | |

Owners / Lessors
**RCC America LLC**
**407 E King St**
**East Helena, MT  59635**

| VIN | ▓▓▓▓▓**3290** | Year | **1997** | Make | **Chevrolet** | Model | **Gmt-400** |
|---|---|---|---|---|---|---|---|
| Veh Type | **Truck (TK)** | Style | **PK** | Color | **Black** | Ext Model | |
| Weight | | Ton Code | **1 Ton** | | | Veh Nbr | **4509207** |
| Decl GVW **10000** | | GVW Class **Class 1** | | GVW Beg **07/01/2019** | | GVW End **12/31/9999** | |

**RCC America LLC**
**PO Box 1165**
**East Helena, MT  596351165**

By registering this vehicle the applicant acknowledges having
knowledge of the FMCSR and FHMR, if applicable.

**Tab Number**
**A02585584**

**Month Number**
**PERM**



## State of Montana
## Attention Vehicle Owner

**When applying tab to rear license plate:**
1. Thoroughly clean license plate.
2. Peel tab from backing.
3. Place tab where indicated on face of dry, clean plate
   or over the top of the prior year's tab.
4. Firmly rub tab and edges down.

   This registration receipt must be in the motor vehicle or trailer to which it pertains at all times. The driver or person in control of the vehicle or trailer must display this receipt to a peace officer or any officer or employee of the Montana Department of Justice or Department of Transportation, upon demand of the officer or employee.

   Montana law requires the owner of any motor vehicle that is registered and operated on a public highway or a private way commonly used by the public in this state to continuously maintain mandatory motor vehicle liability insurance in the amounts specified by law. Unless this vehicle qualifies for an exemption under Mont. Code Ann. § 61-6-303, such as a motorcycle or quadricycle, mandatory motor vehicle liability insurance is required.

   Proof of compliance with the mandatory liability insurance law must be in the motor vehicle. The owner or driver of the motor vehicle must display the insurance card or other proof of compliance to any peace officer, judge or other authorized individual upon demand. Violation of this requirement is a misdemeanor that carries the same penalties as a no insurance violation.

   Next time, you may renew your vehicle registration online at https://app.mt.gov/vrr/

*Public Safety is a Partnership: Buckle Up  Slow Down - Dont Drink and Drive*

**dojmt.gov/driving**

EXHIBIT 8
Page 36

This is the Temporary Registration Permit -- place in plastic pouch and attach to rear license plate bracket -- **DO NOT PLACE PERMIT IN BACK WINDOW**



# 06-04-2019

# AAJI6090

# 1997          CHEV

VIN: ███████████6290          SELLER: SIMPSON BUICK GMC CADILLAC

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

Cut Here -- Keep this section with vehicle until registered and plated



## TEMPORARY VEHICLE REGISTRATION

| Temporary Plate Number | Issue Date | Expiration Date | VIN | Vehicle Year | Make | Color | Model | Body Style |
|---|---|---|---|---|---|---|---|---|
| **AAJI6090** | **04-25-2019** | **06-04-2019** | ████████3290 | **1997** | **CHEV** | **BLK** | **GMT** | **PK** |

| Owner #1 Name | | | | Selling Dealer |
|---|---|---|---|---|
| **RCC AMERICA LLC** | | | | **SIMPSON BUICK GMC CADILLAC** |
| Owner #2 Name | | | | Dealer Number |

| Street Address | City | State | Zip | |
|---|---|---|---|---|
| **407 E KING ST** | **EAST HELENA** | **MT** | **59635** | **PRIVATE SALE** |
| Mailing Address | City | State | Zip | |
| **PO BOX 1165** | **EAST HELENA** | **MT** | **59635-1165** | |

**Montana Department of Justice**                                              **Motor Vehicle Division**

EXHIBIT 8
Page 37



# Bill of Sale

Office Use Only

**Vehicle Services Bureau**

P.O. Box 201431, 302 N Roberts, Helena, MT 59620-1431    Phone (406) 444-3661  Fax (406) 444-0116  ◦  mvdtitleinfo@mt.gov

## *** This form must be completed in its entirety. ***

As recorded on this form, I received the sum of  one and no/100 ――――――――――――――――――――――― dollars

($ 1.00  OVC ____ )  and other valuable consideration to sell, transfer and deliver to

Purchaser  RCC AMERICA, LLC          DL/FEIN/Tribal ID/Corp ID* C1110754

Address  407 EAST KING ST., P O BOX 1165, EAST HELENA, MT  59635

my right, title and interest to the following described vehicle/vessel:

Year 1997   Make CHEVROLET   Model C3500   Style PK

Vehicle/Hull Identification No. ▉▉▉▉▉▉290          License Plate No. ---

| **Salvage vehicle (must be 15 years old or older):** ☐ Yes ☑ No |

| **Sold for parts only:** Yes ☐  No ☑ |

**Odometer Statement**
The (check one) ☐five or ☐six digit odometer now reads (no tenths) _____ miles, date read _____
and to the best of my knowledge it reflects the actual mileage **unless one of the following statements is checked:**

| **DO NOT CHECK UNLESS APPLICABLE** | ☐ The odometer reading reflects the amount of mileage in **excess of its mechanical limits.** |
| | ☐ The odometer reading is not the actual mileage. **Warning – odometer discrepancy.** |

I (purchaser) am aware of the odometer certification made by the seller above.

Purchaser's signature  X _____          Date  4/22/19 MARCH  2019
This is my legal signature

Purchaser's printed name  RCC AMERICA, LLC  BY:          MEMBER

**Electronic title acknowledgement if electronic record transfer is required** in accordance with MCA 61-3-220(1)(a) & (2), I certify that:
- I am not in possession of the title.
- I am the owner of this vehicle and I authorize the transfer to the above-named purchaser.
- I have not previously transferred to another person for sale.

**I further certify that:**
- I have the right to sell the vehicle/vessel described above and will warrant and defend the title against the claims and demands of all persons except the secured party noted on the Montana title application.
- Under penalty of law (MCA 45-7-203), I certify that the statements made and information contained on this form are true and correct to the best of my knowledge, information, and belief; I am the person named on this form; and, if signing for a business entity or trust, I have full authority to do so.

Seller's signature  X _____          Date  4/22/19 MARCH  2019
This is my legal signature (All owners must sign)

Seller's printed name  MAZEN ADIB RADWAN          DL/FEIN/Tribal ID/Corp ID* _____
If signing for a business entity, give full entity name

Address  3 STUDEBAKER, IRVINE, CA 92618

*DL=Driver License No.; FEIN=Federal Employee Identification No.; Tribal ID=Tribal Identification Card No.; Corp ID=Corporate Identification No.

| **Notary Use Only:** | | | |
| State of California | County of Orange | Signed before me on (date) April 22nd 2019 | Notary Stamp/Seal |
| by (clearly print name of person signing form) | | | APR 3 6 2019 |
| Mazen Adib Radwan | | | |
| Notary signature | | | ☐ Acknowledgment |
| Sandhya Chowhan-Pawar, Notary Public | | | ☐ Jurat  ☐ Copy Certificate |

Montana county and state authorities reserve the right to reject any form that has been altered.
This form is available in alternate formats for people with disabilities.

MV24 (1/18)

EXHIBIT 8
Page 38

# CALIFORNIA ALL- PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Orange

On April 22, 2019 before me, Sandhya Chowhan-Pawar, Notary Public
(Her insert name and title the officer)

personally appeared Mazen Adib Radwan,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

SANDHYA CHOWHAN-PAWAR
COMM...2282814
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. March 28, 2023

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Bill of Sale
(Title or description of attached document)

Bill of Sale
(Title or description of attached document continued)

Number of Pages 1   Document Date 4/22/19

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☑ Corporate Officer
  - CEO
  - (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT 8
Page 39

**VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM**

DMV
A Public Service Agency

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER (DISMANTLER ONLY)

## SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| ███████ 8290 | 1997<br>3500 | CHEV | | |

## SECTION 2 — BILL OF SALE

Panita Auto Sales, LLC

I/We _____ sell, transfer, and deliver the above vehicle/vessel

to **MAZEN ADIB RADWAN** on **02 08 2019** for the amount of $ **500**
PRINT BUYER'S NAME(S)     MO DAY YEAR     (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.)   $ _____
(GIFT VALUE)

## SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mileage is Altered or Erased)

Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ] , [ ][ ][ ]/10ths (no tenths) miles, and to the best of my knowledge reflects the ACTUAL mileage unless one of the following statements is checked.

### WARNING—ODOMETER DISCREPANCY

☐ Odometer reading is **NOT** the actual mileage     ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

## SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

### BUYER'S SECTION

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| MAZEN ADIB RADWAN | X | | |
| PRINT BUYER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |

| BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| ███████ | ███████ | | ███████ | |

### SELLER'S SECTION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Panita Auto Sales, LLC | X | | P136229 |
| PRINT SELLER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |

| SELLER'S MAILING ADDRESS | CITY Houston | STATE TX | ZIP 77082 | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|

## SECTION 5 — POWER OF ATTORNEY

I/We _____ appoint _____
PRINT NAME(S)         PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY TYPE RS APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
| X | |

REG 262 (REV. 10/2011)

EXHIBIT 8
Page 40

EXHIBIT 9

**GM** | **GM FINANCIAL**

PO Box 183593
Arlington TX 76096-3834

**CONGRATULATIONS
ON YOUR PURCHASE!**
Important information about your
new GM Financial account.

+ 0308244 000010280 09CVWL 0006b66b
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE CA 92618-2013

**May 23, 2019**

Dear DARK ISLAND INDUSTRIES, INC.,

Congratulations on the recent purchase of your 2019 GMC SIERRA. Allen Cadillac GMC has assigned your contract to GM Financial for financing. As a General Motors company, we would like to welcome you as our customer and thank you for choosing to do business with the GM family of dealerships. You've made the right choice!

We have proudly served millions of customers since 1992 and earning your trust and satisfaction by providing you with unmatched service is our priority. Throughout the life of your contract you can expect reliable, friendly and exceptional service from us. Our representatives are specially trained to answer your questions and assist with your account.

**Managing your GM Financial account**

- **Consolidate your billing statements.** If you have more than one commercial account with GM Financial, we are more than happy to consolidate your billing statements so that you receive one statement that includes a summary of all your vehicles. Give us a call at 1-855-501-5563.

- **Choose your payment option.** You have many choices when it comes to making your payment on time. See details on the back of this letter or speak to one of our friendly customer service representatives to learn more. We've also included information on how to sign up for our Automatic Payment Plan - you'll never have to remember when your payment is due - it's automatically deducted from your bank account.

- **Speak with our friendly representatives.** For quick access to essential account information including balances, payment histories, or to make a payment, simply call 1-855-501-5563.

**Grow your business**

GM Financial not only helps you and your employees get around town. We also offer lines of credit to help you grow your business. Contact your dealer today for more information or to find out if you're eligible. You can also visit our Commercial Vehicle Lending site on www.gmfinancial.com.

GM Financial promises to provide you with customer service you can count on. We are available to answer your questions and provide you with the account expertise you expect. All of us at GM Financial look forward to servicing your account needs now and in the future.

Sincerely,



**YOUR ACCOUNT
AT A GLANCE**

**Account Number:**
▮▮▮▮▮▮▮▮

**Vehicle:**
2019 GMC SIERRA

**VIN:**
▮▮▮▮▮▮5412

**Monthly Payment:**
$483.44

**First Payment Due:**
July 1, 2019

**Final Payment Due:**
June 1, 2024

**Customer Service**
1-855-501-5563

*TTY Hearing Impaired*
*1-888-998-0253*

**Monday - Friday**
7 a.m. - 7 p.m. CT

*Please have your
Account Number
available when
you call.*

EXHIBIT 9
Page 41

**GM** | **G M   F I N A N C I A L**

PO Box 183593
Arlington TX 76096-3834

**BILLING STATEMENT**
**CUSTOMER SERVICE**

1-855-501-5563 or TTY Access (888) 998-0253
https://www.gmfinancial.com

Account Number: ▇▇▇▇▇▇▇

+ 0314599 000012702 09CVBL 00006676 P6
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE CA 92618-2013

| PAYMENT DUE | |
|---|---|
| Late Charges: | $0.00 |
| Past Due: | $0.00 |
| Current Due: | $483.44 |
| Total Amount Due: | $483.44 |

Payments: P.O. Box 78143 Phoenix AZ 85062-8143
Correspondence: P.O. Box 183593 Arlington, TX 76096-3834

| DUE DATE |
|---|
| **07/01/2019** |

| STATEMENT DATE | VEHICLE | PAYMENTS RECEIVED | CURRENT BALANCE* |
|---|---|---|---|
| 06/11/2019 | 2019 GMC SIERRA | 0 of 60 | $24,349.35* |

**TRANSACTION SUMMARY**

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| | Late Charges | $0.00 |
| | Past Due | $0.00 |
| | Current Due | $483.44 |
| | Total Payment Due | $483.44 |



PAID 7/1/19 online

---

DETACH ALONG DOTTED LINE

**PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT**                BL_STD

| PAYMENT SUMMARY | |
|---|---|
| Due Date: | 07/01/2019 |
| Late Charges: | $0.00 |
| Past Due: | $0.00 |
| Current Due: | $483.44 |
| Total Amount Due: | $483.44 |

**AMOUNT ENCLOSED**

MAKE CHECKS PAYABLE TO "GM FINANCIAL"

**Account Number**
▇▇▇▇▇▇▇

**Customer Service**
1-855-501-5563
https://www.gmfinancial.com

**Account Information**
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE, CA 92618-0000

Please note address or phone number changes on reverse side.

GM Financial
P.O. Box 78143
Phoenix AZ 85062-8143

EXHIBIT 9
Page 42

008  0000000000  211024022969  500000004344



EXHIBIT 10

**GM FINANCIAL**

PO Box 183593
Arlington TX 76096-3834

## CONGRATULATIONS ON YOUR PURCHASE!

Important information about your new GM Financial account.

＋ 0859486 000005645 09CVWL 0006866B
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE CA 92618-2013

**April 17, 2018**



Dear DARK ISLAND INDUSTRIES, INC.,

Congratulations on the recent purchase of your 2018 Cadillac Escalade ESV. Allen Cadillac GMC has assigned your contract to GM Financial for financing. As a General Motors company, we would like to welcome you as our customer and thank you for choosing to do business with the GM family of dealerships. You've made the right choice!

We have proudly served millions of customers since 1992 and earning your trust and satisfaction by providing you with unmatched service is our priority. Throughout the life of your contract you can expect reliable, friendly and exceptional service from us. Our representatives are specially trained to answer your questions and assist with your account.

**Managing your GM Financial account**

- **Consolidate your billing statements.** If you have more than one commercial account with GM Financial, we are more than happy to consolidate your billing statements so that you receive one statement that includes a summary of all your vehicles. Give us a call at 1-855-501-5563.

- **Choose your payment option.** You have many choices when it comes to making your payment on time. See details on the back of this letter or speak to one of our friendly customer service representatives to learn more. We've also included information on how to sign up for our Automatic Payment Plan - you'll never have to remember when your payment is due - it's automatically deducted from your bank account.

- **Speak with our friendly representatives.** For quick access to essential account information including balances, payment histories, or to make a payment, simply call 1-855-501-5563.

**Grow your business**

GM Financial not only helps you and your employees get around town. We also offer lines of credit to help you grow your business. Contact your dealer today for more information or to find out if you're eligible. You can also visit our Commercial Vehicle Lending site on www.gmfinancial.com.

GM Financial promises to provide you with customer service you can count on. We are available to answer your questions and provide you with the account expertise you expect. All of us at GM Financial look forward to servicing your account needs now and in the future.

### YOUR ACCOUNT AT A GLANCE

**Account Number:**
█████████

**Vehicle:**
2018 Cadillac Escalade ESV

**VIN:**
████████████4665

**Monthly Payment:**
$1863.70

**First Payment Due:**
May 21, 2018

**Final Payment Due:**
April 21, 2023

**Customer Service**
1-855-501-5563

*TTY Hearing Impaired*
*1-888-998-0253*

**Monday - Thursday**
7 a.m. - 8 p.m. CT
**Friday**
7 a.m. - 7 p.m. CT

*Please have your Account Number available when you call.*

EXHIBIT 10
Page 43

## Commercial - Automatic Payment Plan Details

GM Financial is pleased to offer the Automatic Payment Plan ("Plan") as a method to remit your monthly payment. The Plan allows you to have your payment withdrawn each month directly from your bank account and electronically transferred to GM Financial without you having to write checks or mail payments.

**How the Plan Works**
You will continue to receive your monthly billing statement approximately 10 to 14 days before the payment due date. Your bank will deduct the monthly payment amount from your checking or savings account on your assigned due date and forward the funds to GM Financial. This transaction will be processed every month while your loan is outstanding regardless of whether your account is current, delinquent or paid ahead. The Plan can only debit your account one time per month and cannot be used to bring your account current. The last monthly payment may be more or less than the scheduled payment. If your last monthly payment is more than 25% from the monthly payment amount that appears in your Motor Vehicle Contract, the Plan will be cancelled and you will need to submit your final payment.

**How to Apply**
Complete the Authorization Agreement section of this form and attach the appropriate document as noted below:
**Checking Account** - Attach a pre-printed voided check.
**Savings Account -** Attach a letter from your bank, on bank letterhead and signed by an authorized bank representative, with your name, bank account number and transit number.

*Fax the required information to*
*1-877-581-6055 or mail to:*

**GM Financial**
**Attn: APP DEPT PO Box 183621**
**Arlington, TX 76096-3621**
E-mail autopay@GMFinancial.com

**When Will the Service Become Effective**
After the form and proper documentation have been received, approximately 10 days are required to establish this service with your bank. Once established, you will receive a confirmation letter or a message will appear on your monthly billing statement indicating your payment will be automatically deducted from your bank account on your due date.

**When Will the Service Terminate**
If any monthly payment is not received by the second electronic presentment or if you should file for bankruptcy, you will no longer be eligible to participate in this program. It will then be necessary for you to remit your monthly payments in a timely manner (unless you have filed bankruptcy). Your participation in the Plan will automatically cease upon account payoff.

**To Cancel Service**
To cancel your participation in the Plan, please call the Customer Service Department at 1-855-501-5563. Your cancellation request must be received at least 5 business days prior to your payment date to ensure cancellation.

If you should cancel your participation in the Plan, you are then responsible to remit your monthly payment on or before your assigned due date.

**Questions**
If you should have any questions regarding this program, please contact our **Customer Service Department at 1-855-501-5563.**

PARTICIPATION IN THE AUTOMATIC PAYMENT PLAN IS VOLUNTARY AND NOT A CONDITION TO AN EXTENSION OF CREDIT BY GM FINANCIAL.

## Automatic Payment Plan Authorization Agreement

I hereby authorize GM Financial to debit the bank account indicated above each month on the assigned due date for the payment amount that appears on the Motor Vehicle Contract indicated. I understand that the debit for the last monthly payment may be more or less than the scheduled payment, depending upon the payment schedule, and I have the right to receive prior notice of any transfers that vary in amount.

I agree to waive any right to prior notice of such variance if it is within 25% of the monthly payment set forth in my Motor Vehicle Contract. I also authorize the financial institution, as identified above, to debit the same amount from bank account indicated above. I acknowledge and affirm that I have full authority to make this authorization.

**Financial Institution Information**
*Please type or print in ink the following information:*

Bank Of The West
**Name of Banking Institution**

949 582 5641
**Telephone Number**

Mission Viejo, CA 92691
**City State Zip**

**Type of account: (Please select one option):**

☑ **Checking** - Please attach a voided pre-printed check with this form. (note: check must match account holder information)

☐ **Savings** - Please provide a letter from your bank with your name, bank account number and transit number.

**Customer Information**

**GM Financial Account Number**

Dark Island Industries, Inc.
**Name on Account**
(Must be Business, personal guarantor or co-buyer as disclosed on the Motor Vehicle Contract.)

3 Studebaker
**Address**

Irvine, CA 92618
**City State Zip**

**Signature** (Must be an authorized signer on the bank account.)          4/23/18
                                                                            **Date**

Complete this form and return or fax with a voided check or letter from your bank (signed by an authorized bank representative).

EXHIBIT 10
Page 44



EXHIBIT 10
Page 45

# GM FINANCIAL

PO Box 183593
Arlington TX 76096-3834

+ 0310690 000011993 09CVBL 0008b87b
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE CA 92618-2013

Payments: P.O. Box 78143 Phoenix AZ 85062-8143
Correspondence: P.O. Box 183593 Arlington, TX 76096-3834

**BILLING STATEMENT**
**CUSTOMER SERVICE**

1-855-501-5563 or TTY Access (888) 998-0253
https://www.gmfinancial.com

Account Number: ▮▮▮▮▮▮▮▮

### PAYMENT DUE

| | |
|---|---|
| Late Charges: | $0.00 |
| Past Due: | $0.00 |
| Current Due: | $1,863.70 |
| Total Amount Due: | $1,863.70 |

### DUE DATE

Automatic payment on 06/21/2019



| STATEMENT DATE | VEHICLE | PAYMENTS RECEIVED | CURRENT BALANCE* |
|---|---|---|---|
| 06/01/2019 | 2018 Cadillac Escalade ESV | 13 of 60 | $82,703.74* |

## TRANSACTION SUMMARY

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/21/2019 | AUTO DEBIT PMT | $1,863.70 |
| | Loan payment: -$1,863.70 | |
| | ($1,662.60 principal + $201.10 interest) | |
| | Late Charges | $0.00 |
| | Past Due | $0.00 |
| | Current Due | $1,863.70 |
| | Total Payment Due | $1,863.70 |

---

DETACH ALONG DOTTED LINE
BL_STD

**PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT**

| PAYMENT SUMMARY | | | |
|---|---|---|---|
| Due Date: | 06/21/2019 | **Account Number** | **Account Information** |
| Late Charges: | $0.00 | | DARK ISLAND INDUSTRIES, INC. |
| Past Due: | $0.00 | **Customer Service** | 3 STUDEBAKER |
| Current Due: | $1,863.70 | 1-855-501-5563 | IRVINE, CA 92618-0000 |
| Total Amount Due: | $1,863.70 | https://www.gmfinancial.com | |

**AMOUNT ENCLOSED**

MAKE CHECKS PAYABLE TO "GM FINANCIAL"

Please note address or phone number changes on reverse side.

GM Financial
P.O. Box 78143
Phoenix AZ 85062-8143

EXHIBIT 10
Page 18

008  0000000000  211008978523  70000001863 70

EXHIBIT 11

# GM FINANCIAL

PO Box 183593
Arlington TX 76096-3834

## CONGRATULATIONS ON YOUR PURCHASE!

Important information about your
new GM Financial account.

+ 0943045 000008894 09CVWL 00086868
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE CA 92618-2013

**January 1, 2019**

Dear DARK ISLAND INDUSTRIES, INC.,

Congratulations on the recent purchase of your 2018 CHEVROLET CAMERO. Simpson Chevrolet of Irvine has assigned your contract to GM Financial for financing. As a General Motors company, we would like to welcome you as our customer and thank you for choosing to do business with the GM family of dealerships. You've made the right choice!

We have proudly served millions of customers since 1992 and earning your trust and satisfaction by providing you with unmatched service is our priority. Throughout the life of your contract you can expect reliable, friendly and exceptional service from us. Our representatives are specially trained to answer your questions and assist with your account.

### Managing your GM Financial account

- **Consolidate your billing statements.** If you have more than one commercial account with GM Financial, we are more than happy to consolidate your billing statements so that you receive one statement that includes a summary of all your vehicles. Give us a call at 1-855-501-5563.

- **Choose your payment option.** You have many choices when it comes to making your payment on time. See details on the back of this letter or speak to one of our friendly customer service representatives to learn more. We've also included information on how to sign up for our Automatic Payment Plan - you'll never have to remember when your payment is due - it's automatically deducted from your bank account.

- **Speak with our friendly representatives.** For quick access to essential account information including balances, payment histories, or to make a payment, simply call 1-855-501-5563.

### Grow your business

GM Financial not only helps you and your employees get around town. We also offer lines of credit to help you grow your business. Contact your dealer today for more information or to find out if you're eligible. You can also visit our Commercial Vehicle Lending site on www.gmfinancial.com.

GM Financial promises to provide you with customer service you can count on. We are available to answer your questions and provide you with the account expertise you expect. All of us at GM Financial look forward to servicing your account needs now and in the future.

Sincerely,



## YOUR ACCOUNT AT A GLANCE

**Account Number:**
██████████████

**Vehicle:**
2018 CHEVROLET CAMERO

**VIN:**
██████████████ 606█

**Monthly Payment:**
$1139.66

**First Payment Due:**
January 27, 2019

**Final Payment Due:**
December 27, 2024

**Customer Service**
1-855-501-5563

*TTY Hearing Impaired*
*1-888-998-0253*

**Monday - Thursday**
7 a.m. - 8 p.m. CT
**Friday**
7 a.m. - 7 p.m. CT

*Please have your Account Number available when you call.*

EXHIBIT 11
Page 47

# GM FINANCIAL

PO Box 183593
Arlington TX 76096-3834

+ 0312897 000002722 09CVBL 00006676 P6
DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE CA 92618-2013

Payments: P.O. Box 78143 Phoenix AZ 85062-8143
Correspondence: P.O. Box 183593 Arlington, TX 76096-3834

## BILLING STATEMENT
### CUSTOMER SERVICE

1-855-501-5563 or TTY Access (888) 998-0253
https://www.gmfinancial.com

Account Number:

### PAYMENT DUE

| | |
|---|---|
| Late Charges: | $0.00 |
| Past Due: | $0.00 |
| Current Due: | $1,025.70 |
| Total Amount Due: | $1,025.70 |

### DUE DATE
**06/27/2019**

| STATEMENT DATE | VEHICLE | PAYMENTS RECEIVED | CURRENT BALANCE* |
|---|---|---|---|
| 06/07/2019 | 2018 CHEVROLET CAMERO | 5 of 72 | $61,776.79* |

## TRANSACTION SUMMARY

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/10/2019 | Payment received. Thank you! | $1,196.64 |
| | Loan payment: -$1,196.64 | |
| | ($821.14 principal + $375.50 interest) | |
| | Late Charges | $0.00 |
| | Past Due | $0.00 |
| | Current Due | $1,025.70 |
| | Total Payment Due | $1,025.70 |

---

## PAYMENT COUPON - PLEASE INCLUDE WITH PAYMENT

DETACH ALONG DOTTED LINE
BL_STD

### PAYMENT SUMMARY

| | |
|---|---|
| Due Date: | 06/27/2019 |
| Late Charges: | $0.00 |
| Past Due: | $0.00 |
| Current Due: | $1,025.70 |
| Total Amount Due: | $1,025.70 |

**AMOUNT ENCLOSED**

MAKE CHECKS PAYABLE TO "GM FINANCIAL"

### Account Number

**Customer Service**
1-855-501-5563
https://www.gmfinancial.com

### Account Information

DARK ISLAND INDUSTRIES, INC.
3 STUDEBAKER
IRVINE, CA 92618-0000

Please note address or phone number changes on reverse side.

GM Financial
P.O. Box 78143
Phoenix AZ 85062-8143

EXHIBIT 11
Page 46

008  0000000000  211018601291  50000001025?0

EXHIBIT 12



# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | TYPE OF TITLE | **TITLE NUMBER** |
|---|---|---|
| ████ 5171 | ORIGINAL | ████ |

| ENGINE OR OTHER I.D. NUMBER | PREVIOUS TITLE NUMBER AND STATE | 1ST REG | DATE OF ISSUE |
|---|---|---|---|
| | ████ | CA19 68 | 07/13/20 |

| YEAR | MAKE | MODEL | BODY | CYLS | DGVW | WT/WHEELS | TYPE OF FUEL | LIENS |
|---|---|---|---|---|---|---|---|---|
| 1968 | FORD | SD | 2D | 08 | 00000 | 02850 | GASOLINE | 0 |

1st LIENHOLDER (OR OWNER(S) IF NO LIEN)

LICENSE PLATE NUMBER(S)

DAVIS MICHAEL V OR
DAVIS SALLIE L ████

GMJ010

VEHICLE CLASS          CLERK

████ ████

PASSENGER          NOS

*ODOMETER & CODE     MH SIZE     CNTY.

FILE DATE          MATURITY DATE

0106307   AM

REGISTERED OWNER(S)

LOCATION OF MANUFACTURED HOME

DAVIS MICHAEL V OR
DAVIS SALLIE L

████ ████ ████

* ODOMETER CODES: AM = ACTUAL VEHICLE MILEAGE, EL = MILEAGE IN EXCESS OF MECHANICAL LIMITS OR NM = NOT ACTUAL MILEAGE. WARNING-ODOMETER DISCREPANCY.

SECOND LIENHOLDER

**NOT A TITLE NO.**
# 13324047

DO NOT CARRY IN VEHICLE - KEEP IN SAFE PLACE. IMPORTANT: THERE IS AN ADDITIONAL STATUTORY FEE FOR FAILURE BY PURCHASER TO APPLY FOR TRANSFER WITHIN 30 DAYS FROM DATE OF SALE.

FILE DATE          MATURITY DATE

I hereby certify, that interest in the vehicle described above on this Certificate of Title is hereby released.

RELEASE      Name of
OF LIEN      Lienholder: _____     Date: _____
                         Full Signature of Authorized Agent

THIS CERTIFICATE OF TITLE IS EVIDENCE OF LEGAL OWNERSHIP OF THE VEHICLE DESCRIBED ABOVE. UPON SALE OF THIS VEHICLE, THIS CERTIFICATE MUST BE PROPERLY ASSIGNED ON THE BACK AND PRESENTED BY THE PURCHASER TO THE MOTOR VEHICLE DIVISION FOR TRANSFER. THE DIVISION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN CONNECTION WITH THIS CERTIFICATE OF TITLE OR HELD LIABLE FOR RECORDING ERRORS.

MVD-10030 REV. 11/2003

DIRECTOR MVD

# NEW MEXICO MOTOR VEHICLE DIVISION

EXHIBIT 12
Page 49

**IMPORTANT:** Buyer (except for dealers) must apply to the Motor Vehicle Division within 30 days for transfer of title and registration. Federal and State law requires the seller (including dealers) to state the odometer mileage upon transfer of ownership. ANYONE CONVICTED OF A FALSE ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.

**ASSIGNMENT OF TITLE FOR THE EXACT AMOUNT OF $** _____ I (we) hereby sell, assign,
transfer and convey this _15TH_ day of _MARCH_ , Yr _2019_ to
Buyer's Name(s) _MECUM AUCTION INC_
Address: _1000 BILL BECK BLVD        KISSIMMEE FL 34744_
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:
Lienholder No. (if any) _____ / File Date _____ / Maturity Date _____
**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is: _EXEMPT_ (NO TENTHS) miles and that stated mileage is (check one of the following: A. ☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.
Signature(s) X _Michael V Davis_ Printed Name _MICHAEL V DAVIS_
of Seller(s) X
Signature(s) X _Diane Swords, agt_ Printed Name **Diane Swords**
of Buyer(s) X _____ Printed Name _____

**FIRST REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this _15TH_ day of _MAR_ , Yr _2019_ to
Buyer's Name(s) _RADWAN CLASSIC CARS_
Address: _3 STUDEBAKE        IRVINE CA 92618_
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:
Lienholder No. (if any) _____ / File Date _____ / Maturity Date _____
**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is: _EXEMPT_ (NO TENTHS) miles and that stated mileage is (check one of the following: A. ☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.
of Dealership: _MECUM AUCTION INC_
Signature of
Authorized Agent X _Diane Swords, agt_ Printed Name **Diane Swords**
Buyer's Signature X _____ Printed Name _____

**SECOND REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this _____ day of _____ , Yr _____ to
Buyer's Name(s): _____
Address: _____
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:
Lienholder No. (if any) _____ / File Date _____ / Maturity Date _____
**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is: _____ (NO TENTHS) miles and that stated mileage is (check one of the following: A. ☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.
of Dealership: _____
Signature of
Authorized Agent X _____ Printed Name _____
Buyer's Signature X _____ Printed Name _____

**THIRD REASSIGNMENT BY DEALER: FOR VALUE RECEIVED,** I hereby sell, reassign, transfer and convey this _____ day of _____ , Yr _____ to
Buyer's Name(s): _____
Address: _____
the vehicle described on the front side of the Certificate of Title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD 'NONE'

Name & Address
of Lienholder:
Lienholder No. (if any) _____ / File Date _____ / Maturity Date _____
**ODOMETER DISCLOSURE STATEMENT:** I (we) hereby certify that the ODOMETER READING of this vehicle is: _____ (NO TENTHS) miles and that stated mileage is (check one of the following: A. ☐ The actual mileage OR B. ☐ Mileage in excess of mechanical limits OR C. ☐ NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.
of Dealership: _____
Signature of
Authorized Agent X _____ Printed Name _____
Buyer's Signature X _____ Printed Name _____

**ANY ALTERATIONS OR ERASURES WILL VOID THIS TITLE**

EXHIBIT 12
Page 50

**MECUM AUCTION INC.**
445 SOUTH MAIN ST, WALWORTH, WI 53184
262-275-5050

# BILL OF SALE

| VEHICLE INFORMATION | | |
|---|---|---|
| **Lot #:** F116.1 | **Auction:** | AZ19 |
| **Inv. #:** 362347 | **BOS #:** | 705928 |
| **Year:** 1968 | **Make:** | FORD |
| **Model:** MUSTANG CALIFORNIA SPECIAL | **Body:** | |
| **VIN #:** ■3171 | **Color:** | GREEN |

| SELLER INFORMATION |
|---|
| **Name:** 40663 - MECUM AUCTION INC. |
| **Address:** 1000 BILL BECK BLVD |
| KISSIMMEE, FL 34744 |
| **License:** FL / VI 1021119/1 |

### ALL TRANSACTIONS ARE
## AS-IS
### NO WARRANTIES OF CONDITION
### IMPLIED OR OTHERWISE

| BUYER INFORMATION | | |
|---|---|---|
| **Name:** 88305 - MAZEN RADWAN / RADWAN CLASSIC CARS | | |
| **Address:** 3 STUDEBAKER | | |
| IRVINE, CA 92618 | | |
| **Phone:** 800-520-7087 | **Alt. Phone:** | **Fax:** |
| **License:** CA / 95128 | | **Tax #:** SREAA103-111533 |

| SETTLEMENT INFORMATION | |
|---|---|
| **Hammer Price:** 17000.00 | **Method of Payment** |
| **Premium:** 1700.00 | **Check:** 18700.00 / CC 000145275 |
| **Other:** 0.00 | **Cash:** **Bank Xfer:** |
| **Total:** 18700.00 | **Credit Card:** |

**Cashier's Signature:** _Diane Swracke_

**Buyer's Signature:** _____

Buyer agrees to All Rules and Terms of Sale as outlined on the reverse of His/Her buyer's registration card.

**Signature Date:** 03/16/19   **Time of Sale:** 15:35   **Printed By:** mitchell

EXHIBIT 12
Page 51

EXHIBIT 13

**dmv**
A Public Service Agency

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

*This form is not the ownership certificate. It must accompany the titling document or application for a duplicate title.*
**INSTRUCTIONS ON REVERSE SIDE     ALL SIGNATURES MUST BE IN INK     PHOTOCOPIES NOT ACCEPTED**

### SECTION 1: Vehicle/Vessel Description

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF # | MOTORCYCLE ENGINE # |
|---|---|---|---|---|
| ▮▮▮▮ 5498 | 1971 GTO | Pontiac | | |

### SECTION 2: Bill of Sale

I/We _____ sell, transfer, and deliver the above vehicle/vessel
(PRINT SELLER'S NAME[S])

to Radwan Classic Cars     on 01 14 2018     for the amount of $ Value Rcvd
(PRINT BUYER'S NAME[S])      MO  DAY  YR                              (SELLING PRICE)

If this was a gift, indicate relationship: _____ *(e.g., parents, spouse, friend, etc.)*     $ _____
                                                                                                      (GIFT VALUE)

### SECTION 3: Odometer Disclosure Statement (*Void if Mileage is Altered or Erased*)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads [ 4 9 | 0 7 4 | /10ths ] (no tenths) miles, and to the best of my knowledge reflects the actual mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage          ☐ Mileage exceeds the odometer mechanical limits
Explain odometer discrepancy: _____

### SECTION 4: Buyer and Seller (MUST print his or her name, date and sign this section.)

**BUYER**

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT NAME | SIGNATURE | DATE | DL, ID OR DEALER # |
|---|---|---|---|
| Radwan Classic Cars | X | | 95128 |
| PRINT NAME | X SIGNATURE | DATE | DL, ID OR DEALER # |
| PRINT NAME | X SIGNATURE | DATE | DL, ID OR DEALER # |

| MAILING ADDRESS | CITY | STATE | ZIP | DAYTIME PHONE # |
|---|---|---|---|---|
| 3 Studebaker | Irvine | CA | 92618 | |

**SELLER**

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT NAME | SIGNATURE | DATE | DL, ID OR DEALER # |
|---|---|---|---|
| Carla Dealmeida | X _(signature)_ | 01 19 18 | ▮▮▮▮ |
| PRINT NAME | X SIGNATURE | DATE | DL, ID OR DEALER # |
| PRINT NAME | X SIGNATURE | DATE | DL, ID OR DEALER # |

| MAILING ADDRESS | CITY | STATE | ZIP | DAYTIME PHONE # |
|---|---|---|---|---|
| ▮▮▮▮ | | | | |

### SECTION 5: Power of Attorney

I/We CARLA Dealmeida _____ appoint Radwan Classic Cars
(PRINT NAME[S])                                                        (PRINT NAME[S])

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| Signature required by person appointing Power of Attorney | DATE |
|---|---|
| X _(signature)_ | |
| Signature required by person appointing Power of Attorney | DATE |
| X | |

REG 262 (REV. 2/2007)

EXHIBIT 13
Page 52