EXHIBIT A

## RE: License Plates

**MT Corporate Services** <mtcorpserv@bresnan.net>
Mon 4/22/2019 5:21 PM

To: Mark Drewitz <mark.drewitz@rccmotors.com>

I have many, many Cal. clients -- and none of them have ever told me what the do to "remove" their registrations. Montana does not require any notice when we sell or transfer vehicles.

It would seem to me, that you would handle it the same as you would if you sold the vehicle -- because, in essence, that is what you are doing-- you are selling it to a Mont. company with a Mont. residence-- the company takes on the same status as a Mont. person.

Helen G. Fandrich
MT Corporate Services, LLC
407 East King Street, PO Box 1165
East Helena, MT 59635-1165
Office Phone: 406.227.7665
Cell Phone: 406.431.3353
Fax: 406.227.7991

---

**From:** Mark Drewitz [mailto:mark.drewitz@rccmotors.com]
**Sent:** Monday, April 22, 2019 6:17 PM
**To:** MT Corporate Services
**Subject:** RE: License Plates

Helen,

What do your clients in California typically do to remove them from California registration? Do they file a release of liability with the California DMV and list them selves as seller and buyer with the 407 East King Street address? Thank you,

Mark

Mark Drewitz
RCC Motors
www.rccmotors.com
800-520-7087

