1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   FEDERAL TRADE COMMISSION,          Case No. 8:19-cv-01333-JVS (KESx)
12                  Plaintiff,          **ORDER AUTHORIZING SALE OF**
                                        **RECEIVERSHIP VEHICLES**
13         v.
14   ELEGANT SOLUTIONS, INC., et al.,
15                  Defendants.
16
17
18         This matter comes before the Court on the *ex parte* application by the Court-
19   appointed Receiver Thomas W. McNamara ("Receiver") for an order authorizing
20   the sale of receivership vehicles.
21         **IT IS HEREBY ORDERED** that:
22         1.     The Receiver shall liquidate the following vehicles: 2018 Cadillac
23   Escalade ESV (VIN ending in 4665), 1989 Chevrolet Blazer (VIN ending in 5187),
24   2018 Chevrolet Camaro ZL1 (VIN ending in 6068), 1997 Chevrolet GMT-400
25   C3500 Pickup (VIN ending in 3290), 1968 Ford Mustang (VIN ending in 3171),
26   2019 GMC Sierra 1500 Denali (VIN ending in 5412), 2016 GMC Sierra K2500
27   Denali (VIN ending in 6888), 1964 Plymouth Belvedere (VIN ending in 8971),
28   1981 Pontiac Firebird Trans Am (VIN ending in 9048), 1971 Pontiac GTO (VIN

ending in 5498), and 1989 Toyota Land Cruiser (VIN ending in 6716) (collectively, the "Vehicles") as soon as reasonably practical, and without further Court order or hearing, in such a manner as the Receiver determines to be most cost-effective so as to maximize the recovery to the Receivership Estate, in the Receiver's discretion and business judgment, in one or more public auctions and/or private sales, or any combination thereof, as the Receiver may determine will maximize value, minimize expense and expedite the sale of the Vehicles.

    2.    All such sales of the Vehicles shall be deemed authorized and approved under 28 U.S.C. § 2004 without further notice, hearing, or court order.

**IT IS SO ORDERED.**

Dated: <u>August 21, 2019</u>

_____
Hon. James V. Selna
United States District Judge