Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELEGANT SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 8:19-cv-01333-JVS (KESx)<br><br>**NOTICE OF RECEIVER'S FIRST INTERIM FEE APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS**<br><br>JUDGE: Hon. James V. Selna<br>CTRM: 10C<br>DATE: October 7, 2019<br>TIME: 1:30 p.m. |

TO THE HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 7, 2019 at 1:30 p.m. in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California, Thomas W. McNamara, as Court-appointed Receiver, will present his First Interim Application for Order Approving Fees and Expenses of the Receiver and His Professionals for the period of July 8, 2019 through August 14, 2019.

Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Entities by the Temporary Restraining Order ("TRO," ECF No. 23). The Receiver's appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered July 17, 2019 (ECF No. 52). The Preliminary Injunction authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order . . . ."  PI, Section XIII(F), page 19.

The PI also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by, in the possession or control of, or which may be received by, the Receivership Entities."  PI, Section XIX, page 26.

The Receiver now submits this First Interim Fee Application for approval to pay the following fees and expenses for services during the period of July 8, 2019 through August 14, 2019:  $99,166.50 fees and $1,698.23 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory Resolutions; $109,464.00 fees and $2,238.17 expenses of the Receiver's counsel, McNamara Smith LLP; $12,118.75 fees and $882.83 expenses of the Receiver's computer forensic expert, Hadron Computer Forensics & Investigations; and $2,755.00 fees of the Receiver's private investigators, Whelan & Associates.

These requested fees and expenses, and the invoices regarding them, are detailed and reviewed in the Declaration of Thomas W. McNamara filed with this Application.

This Application is made pursuant to Sections XIII(F) and XIX of the Preliminary Injunction and is based upon this Notice of Application, the

1  Declaration of Thomas W. McNamara, and upon such other pleadings and oral and
2  documentary evidence as may be presented at or before the time of the hearing on
3  the Application.

4  Dated:  September 6, 2019   MCNAMARA SMITH LLP

6  By:   /s/ Edward Chang
       Edward Chang
       *Attorneys for Receiver,*
7      *Thomas W. McNamara*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

  /s/ Edward Chang
Edward Chang
*Attorney for Receiver,
Thomas W. McNamara*