EXHIBIT A

# Regulatory Resolutions

655 West Broadway, Suite 1600
San Diego, CA 92101

Tel    (619) 269-0400
Fax    (619) 269-0401
www.regulatoryresolutions.com

September 06, 2019

Thomas W. McNamara, Receiver
655 West Broadway, Suite 1600
San Diego, CA 92101

| | |
|---|---|
| **Invoice No:** | 10920 |
| **Our File No.:** | 2106-01RR |
| **For Services Through:** | 8/14/2019 |

Matter:   Mission Hills Federal Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $99,166.50 |
| Total Disbursements | $1,698.23 |
| **Grand Total** | **$100,864.73** |

# Regulatory Resolutions

655 West Broadway, Suite 1600
San Diego, CA 92101

Tel    (619) 269-0400
Fax   (619) 269-0401
www.regulatoryresolutions.com

Thomas W. McNamara, Receiver

655 West Broadway, Suite 1600
San Diego, CA 92101

| | |
|---|---:|
| **Invoice No.:** | 10920 |
| **Our File No.:** | 2106-01RR |
| **For Services Through:** | 8/14/2019 |

Matter:  Mission Hills Federal Receivership

## PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|------:|-------:|
| 7/8/2019 | TWM | Review TRO entered by court; prepare for upcoming immediate access. | 1.30 | 513.50 |
| 7/9/2019 | LMJ | Meet with E. Chang, S. Carroll, C. Gordon, J. Jacobs, T. McNamara, and L. Smith re: upcoming receivership and immediate access. | 1.20 | 258.00 |
| | LMJ | Review and analyze bank statements; prepare bank statement inventory; review declaration of FTC investigator. | 7.80 | 1,677.00 |
| | TWM | Call with FTC attorney; review motion in support of TRO; review investigator's declaration; meet with team to plan for immediate access; begin review of the customer declarations; review information re: defendants. | 7.20 | 2,844.00 |
| 7/10/2019 | LMJ | Prepare for and implement immediate access; interview bookkeeper; locate, review, and analyze documents re: business operations. | 11.20 | 2,408.00 |
| | LMJ | Travel to and from Irvine, California to implement TRO and immediate access. | 2.00 | 430.00 |
| | AWR | Draft and outline preliminary report. | 0.90 | 292.50 |
| | AWR | Review FTC filings, including investigator's and customers' declarations. | 1.20 | 390.00 |
| | AWR | Travel to Irvine for immediate access and return to San Diego. | 2.00 | 650.00 |
| | AWR | Implement immediate access; interview staff; review documents and data; meet with Receiver and counsel. | 8.90 | 2,892.50 |
| | TWM | Continue to review pleadings; travel to Irvine; meet with law enforcement and FTC to plan immediate access; enter the defendants' offices and meet with employees to explain TRO and role of receiver; address numerous operational and logistical questions and issues over course of day; interview L. Radwan (COO); meet with attorney R. Bare to discuss TRO and role of receiver; begin the process of reviewing files and materials; | 13.50 | 5,332.50 |

Mission Hills Federal Receivership                                                                    Page     2

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | meet with team to share preliminary findings; continue review of materials; return to San Diego. | | |
| 7/11/2019 | LMJ | Call to P. Finch re: TRO and accounting records. | 0.10 | 21.50 |
| | LMJ | Review and analyze QuickBooks transactions for Dark Island Industries, Inc. and Elegant Solutions, Inc.; prepare QuickBooks reports; review and analyze Wells Fargo bank transactions, bank statements, and bank transaction reports. | 9.00 | 1,935.00 |
| | TWM | Travel to offices in Irvine; meet with COO L. Radwan; participate in meeting with manager D. Lopez to review CRM operation and then compare CRM with consumer files; address logistical and operational issues; review consumer files and materials located throughout the office; return to San Diego. | 13.00 | 5,135.00 |
| 7/12/2019 | LMJ | Confer with L. Queen re: TRO and accounting records. | 0.10 | 21.50 |
| | LMJ | Correspond with L. Smith re: RCC Motors financial reports. | 0.10 | 21.50 |
| | LMJ | Correspond with E. Chang re: vehicles. | 0.20 | 43.00 |
| | LMJ | Correspond with E. Chang and M. Goldstein re: Skyhawk bank statements. | 0.20 | 43.00 |
| | LMJ | Confer with Finch & Co. re: TRO and preservation of client data and documentation. | 0.30 | 64.50 |
| | LMJ | Confer and correspond with E. Chang re: QuickBooks. | 0.40 | 86.00 |
| | LMJ | Review and analyze receivership entities' QuickBooks files; prepare financial reports re: same. | 6.50 | 1,397.50 |
| | TWM | Travel to receivership site in Irvine; continue to review materials; review COO's emails and electronic conversation histories; address operational and logistical issues; meet with defendant R. Radwan and counsel to present preliminary findings and hear her explanation of business; continue review of materials and consumer files; return to San Diego. | 9.50 | 3,752.50 |
| 7/13/2019 | LMJ | Review and analyze receivership entities' QuickBooks files and bank statements; prepare analysis of Skyhawk DBA Eswype and Trend Capital Ltd. financial records. | 5.50 | 1,182.50 |
| | AWR | Further review hard copy documents and data from receivership site. | 0.90 | 292.50 |
| | AWR | Draft preliminary report. | 0.90 | 292.50 |
| | TWM | Travel to Irvine offices; continue review of consumer files and materials; review manager D. Lopez's emails and internal electronic conversation histories; review emails and conversation histories of processing employee J. Palma; review CRM entries and hard copy files for customers identified by processing manager and employee; review defendant M. Radwan's emails; address logistical and operational issues; return to San Diego. | 8.40 | 3,318.00 |

Mission Hills Federal Receivership                                                      Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/14/2019 | LMJ | Review and analyze QuickBooks data and bank statements of all related entities; prepare analysis re: cash flow; confer with T. McNamara re: same. | 6.20 | 1,333.00 |
| | AWR | Meet with Receiver and counsel re: receivership status and preliminary report. | 0.90 | 292.50 |
| | AWR | Continue to draft prepare preliminary report. | 3.90 | 1,267.50 |
| | TWM | Meet with team re: findings thus far and structure of preliminary report; review and select emails and electronic conversation communications for inclusion in preliminary report re: "trust" funds; review bank records and materials reflecting large transfers from the "trust" account to "operating" account; begin drafting section of preliminary report re: "trust" funds. | 7.80 | 3,081.00 |
| 7/15/2019 | LMJ | Review and analyze QuickBooks files and bank statements; prepare preliminary accountant's report. | 9.50 | 2,042.50 |
| | AWR | Review assembled evidence and meet with Receiver and counsel re: evidence and conclusions. | 1.10 | 357.50 |
| | AWR | Continue to draft preliminary report and meet with Receiver and counsel re: same. | 5.90 | 1,917.50 |
| | TWM | Continue to review materials (hard copy files, CRM, emails, electronic conversations) and draft sections of preliminary report; meet throughout day with team as issues and discoveries dictated; call with FTC; correspond with defense counsel. | 9.30 | 3,673.50 |
| 7/16/2019 | LMJ | Continue review and analysis of QuickBooks files and bank statements; continue preparation of preliminary accountant's report. | 10.30 | 2,214.50 |
| | AWR | Continue to draft preliminary report and meet with Receiver and counsel re: same. | 10.80 | 3,510.00 |
| | TWM | Draft and revise portions of preliminary report; fact-check information; review accounting records re: transfers to individual defendants' accounts from "trust" account; numerous meetings throughout day to discuss discoveries and developments; meet with team to discuss contents and status of preliminary report as well as attached exhibits; call with FTC; email to defense counsel. | 11.10 | 4,384.50 |
| 7/17/2019 | LMJ | Complete review and analysis of QuickBooks files and bank statements; complete preliminary accountant's report. | 12.70 | 2,730.50 |
| | AWR | Prepare and finalize preliminary report and exhibits for filing with court; meet with Receiver and counsel re: same. | 9.90 | 3,217.50 |
| | TWM | Continue to research, assemble, and summarize exhibits; draft, edit, and revise preliminary report and sections of same; meet with team throughout the day to discuss preliminary report contents and status. | 11.50 | 4,542.50 |

Mission Hills Federal Receivership                                              Page     4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/18/2019 | LMJ | Review and analyze declaration of M. Goldstein re: evolution of receivership entities and funds collected; review and analyze QuickBooks reports re: same. | 6.20 | 1,333.00 |
| | TWM | Proof and finalize preliminary report; call with FTC; call with defense attorney re: preliminary report. | 2.10 | 829.50 |
| 7/19/2019 | LMJ | Confer with E. Chang re: vehicles owned and consigned by RCC Motors. | 0.40 | 86.00 |
| | LMJ | Review and analyze RCC Motors QuickBooks transactions re: vehicles sold on consignment, invoices to buyers, and payments to sellers; review and analyze bank statements and bank activity re: same; prepare chart re: same; confer with E. Chang re: same. | 3.40 | 731.00 |
| 7/22/2019 | TWM | Review letter from landlord's counsel. | 0.20 | 79.00 |
| 7/23/2019 | TWM | Review summary of removal of consignment and stored vehicles and related claims; review summary of employee property pick up; address questions re: vehicle and property logistics. | 0.40 | 158.00 |
| 7/24/2019 | LMJ | Review and analyze QuickBooks reports re: vendor expenses; prepare schedules re: same. | 1.00 | 215.00 |
| | TWM | Review RCC America list of cars and registrations in Montana. | 0.40 | 158.00 |
| 7/25/2019 | TWM | Review defense counsel letter; follow-up on claims made in letter. | 0.30 | 118.50 |
| 7/26/2019 | TWM | Review email from FTC containing consumer complaint re: payment and voice mail messages; follow-up on issues. | 0.40 | 158.00 |
| | TWM | Review inquiry to and response from defense counsel re: consumer solicitations and auto-payment issues. | 0.40 | 158.00 |
| | LMJ | Confer with M. Goldstein re: case status and bank statements. | 0.20 | 43.00 |
| | LMJ | Review and analyze QuickBooks files and defendants' files re: vehicle ownership; update vehicle chart; correspond with E. Chang and T. McNamara re: same. | 1.50 | 322.50 |
| | LMJ | Review and analyze U.S. Bank statements and transactions re: Skyhawk and Heritage Asset Management; review QuickBooks reports re: same. | 1.80 | 387.00 |
| 7/28/2019 | TWM | Coordinate with team re: logistics to clean up, pack, and store hard paper and electronic records at receivership site. | 0.50 | 197.50 |
| 7/29/2019 | MM | Travel to receivership site in Irvine, CA; gather, organize, preserve, and box voluminous business records and consumer information. | 9.10 | 409.50 |
| | CM | Travel to receivership site in Irvine, CA; gather, organize, preserve, and box voluminous business records and consumer information. | 9.10 | 409.50 |

Mission Hills Federal Receivership                                                                    Page      5

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/29/2019 | KL | Travel to receivership site in Irvine, CA; gather, organize, preserve, and box voluminous business records and consumer information. | 9.10 | 409.50 |
| | TWM | Review defense counsel's letter to the FTC re: Receiver's preliminary report; draft and edit communication to defense counsel asking for support for claims of audit/accounting of trust account resulting in transfers to owners/defendants. | 0.50 | 197.50 |
| 7/30/2019 | MM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.10 | 454.50 |
| | CM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.10 | 454.50 |
| | MW | Travel to receivership site in Irvine, CA; organize and preserve business records and consumer information. | 10.10 | 454.50 |
| | TWM | Research similar receivership cases re: "trust" fund claim; inquire of FTC re: same. | 1.20 | 474.00 |
| | LMJ | Review and analyze QuickBooks files re: vehicle purchases and sales; review and reconcile vehicle inventory; review and analyze QuickBooks files re: purchased vehicles, RCC America, and Montana vehicle registration. | 5.60 | 1,204.00 |
| 7/31/2019 | MM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.90 | 400.50 |
| | CM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.90 | 400.50 |
| | MW | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.90 | 400.50 |
| | LMJ | Continue review and analysis of vehicle inventory; prepare schedule re: same; review QuickBooks re: additional vehicle information. | 4.40 | 946.00 |
| | TWM | Review payoff statements for luxury cars leased by defendants to determine if any equity exists. | 0.40 | 158.00 |
| | TWM | Research and review other student loan receiverships where defendants held funds to be paid to student loan servicers; review case provided by FTC. | 3.70 | 1,461.50 |
| 8/1/2019 | LMJ | Review and analyze QuickBooks re: automated invoices and payments. | 1.80 | 387.00 |
| | TWM | Review summary from automobile expert re: leased luxury cars; review automated RCC Motors invoice; review and revise proposed stipulation re: disposition of assets. | 1.00 | 395.00 |
| 8/2/2019 | MM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.30 | 373.50 |

Mission Hills Federal Receivership                                                                          Page      6

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/2/2019 | CM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.30 | 373.50 |
| | MW | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.30 | 373.50 |
| | KL | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 8.30 | 373.50 |
| | LMJ | Review and analyze payment processor, Automatic Funds Transfer Services, schedules and bank statements re: fund transfers; review correspondence from R. Bare re: trust account transfers; confer with T. McNamara re: same. | 3.10 | 666.50 |
| | TWM | Review defense counsel's response to inquiry re: "audit"; follow-up to determine if team has identified any support for defense counsel's latest claims; respond to defense counsel re: any additional support for defendants' claims. | 0.70 | 276.50 |
| | TWM | Correspond with defense counsel re: identity of management involved in "audit" and further support for defendants' claims; discuss with E. Chang. | 0.70 | 276.50 |
| 8/5/2019 | TWM | Discuss and plan logistics for hard documents and computer data. | 0.40 | 158.00 |
| 8/6/2019 | MM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 9.30 | 418.50 |
| | TB | Organize and preserve business records and consumer information. | 2.00 | 90.00 |
| | TW | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 9.30 | 418.50 |
| | AP | Travel to receivership site in Irvine, CA; organize and preserve business records and consumer information. | 9.30 | 418.50 |
| | LMJ | Review and analyze bank statements re: fund transfers from corporate accounts to personal accounts. | 5.10 | 1,096.50 |
| | TWM | Review financial disclosures and property valuations; research real estate purchases and sales. | 0.80 | 316.00 |
| | TWM | Call with FTC attorney re: status; follow-up review of financial disclosures; meet with E. Chang re: status of assets and vehicles. | 0.90 | 355.50 |
| 8/7/2019 | LMJ | Review and analyze QuickBooks transactions re: payments to vendors for company owned vehicles; confer with S. Carroll and E. Chang re: same. | 1.20 | 258.00 |
| | LMJ | Review and analyze QuickBooks transactions and DMV documents re: vehicles owned by RCC Motors and RCC America. | 1.50 | 322.50 |

Mission Hills Federal Receivership                                                                                                      Page      7

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/7/2019 | TWM | Calls to defense counsel and call with defense counsel's assistant re: receivership vehicle that M. Radwan took from third-party body shop; call with E. Chang re: same. | 1.20 | 474.00 |
| 8/8/2019 | LMJ | Review and analyze payments to American Overland Expedition re: 1989 Chevrolet Blazer. | 1.30 | 279.50 |
| | LMJ | Review and analyze financial reports and relevant documents re: vehicles owned by RCC America and RCC Motors. | 2.10 | 451.50 |
| | TWM | Review response from defense counsel re: RCC America vehicles and assets; research re: assets; draft, revise, and finalize demand to defense counsel to provide RCC America vehicles; review inventory of vehicles and discuss with E. Chang; revise demand to defense counsel; call with FTC attorney re: status; review and sign new invoice for transport of vehicle to Mecum auction; meet with S. Carroll and E. Chang re: logistics of getting remainder of files and consumer information from receivership site; discuss how to maximize value of receivership assets. | 3.40 | 1,343.00 |
| 8/9/2019 | MM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.30 | 463.50 |
| | AP | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 9.00 | 405.00 |
| | TB | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.30 | 463.50 |
| | CM | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.30 | 463.50 |
| | MW | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.30 | 463.50 |
| | KL | Travel to receivership site in Irvine, CA; continue to organize and preserve business records and consumer information. | 10.30 | 463.50 |
| | TWM | Review confirmation that M. Radwan returned vehicle as required; prepare paper and electronic materials for storage. | 1.90 | 750.50 |
| | TWM | Meet with E. Chang re: valuation of vehicle at body shop; review contents of storage unit; call with potential broker of vehicles and garage equipment (lifts, tools, fans, etc.). | 0.40 | 158.00 |
| 8/12/2019 | TWM | Review vehicle valuations; correspond with FTC; call with government agent; review CRM issue. | 0.70 | 276.50 |
| | TWM | Discuss with team to secure and store the remaining receivership entities' paper and electronic records; agree to further plan; email to defense counsel re: stipulation; email to all parties re: business records status and storage. | 0.90 | 355.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/13/2019 | TWM | Review and respond to COO's additional emails re: laptop; discuss internally. | 0.30 | 118.50 |
| | TWM | Review terms of revised stipulation offered by defendants; discuss with E. Chang; respond to defense counsel; review L. Radwan's email re: personal property and laptop; discuss with S. Carroll and E. Chang; respond to L. Radwan. | 1.60 | 632.00 |
| 8/14/2019 | LMJ | Review and analyze QuickBooks data re: vehicle inventory, purchases and sales; review QuickBooks files and physical files re: vehicle ownership documentation; confer with S. Carroll and E. Chang re: same. | 4.80 | 1,032.00 |
| | TWM | Review defense counsel's response to proposed stipulation re: vehicles; correspond with defense counsel re: email addresses and CRM; review revised stipulation. | 0.40 | 158.00 |
| | **TOTAL FEES** | | **502.30** | **$99,166.50** |

**DISBURSEMENTS**

| Date | Description | |
|------|-------------|--|
| 7/10/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (L. Jones) | 81.08 |
| | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (T. McNamara) | 87.35 |
| | Out-of-town travel: Meals for receivership team | 189.93 |
| | Other: Locksmith to rekey receivership site locks | 718.56 |
| 7/11/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (T. McNamara) | 87.35 |
| | Out-of-town travel: Meals | 15.62 |
| | Other: Receiver Bond (International Sureties, Ltd.-016221394) | 155.00 |
| 7/12/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (T. McNamara) | 87.35 |
| | Out-of-town travel: Meals for receivership team | 153.84 |
| 7/13/2019 | Out-of-town travel: Round trip mileage from San Diego to Irvine, CA (T. McNamara) | 87.35 |
| | Out-of-town travel: Meals | 22.20 |
| 7/25/2019 | Other: (12) Postal forwarding orders (U.S. Postal Service) | 12.60 |

| | Amount |
|---|---|
| **TOTAL DISBURSEMENTS** | **$1,698.23** |
| **TOTAL CURRENT CHARGES** | **$100,864.73** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. P. | 18.30 | 45.00 | $823.50 |
| Andrew W. Robertson | 47.30 | 325.00 | $15,372.50 |
| C. M. | 46.70 | 45.00 | $2,101.50 |
| K. L. | 27.70 | 45.00 | $1,246.50 |
| Lisa M. Jones | 128.70 | 215.00 | $27,670.50 |
| M. M. | 56.00 | 45.00 | $2,520.00 |
| M. W. | 37.60 | 45.00 | $1,692.00 |
| T. B. | 12.30 | 45.00 | $553.50 |
| T. W. | 9.30 | 45.00 | $418.50 |
| Thomas W. McNamara | 118.40 | 395.00 | $46,768.00 |

EXHIBIT B

# McNamara Smith LLP

655 West Broadway, Suite 1600
San Diego, CA 92101
Tel  (619) 269-0400
Fax  (619) 269-0401
www.mcnamarallp.com

September 06, 2019

|  |  |
|---|---|
| **Invoice No:** | 10921 |
| **Our File No.:** | 2106-02MS |
| **For Services Through:** | 8/14/2019 |

Matter:   Mission Hills Federal Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $109,464.00 |
| Total Disbursements | $2,238.17 |
| **Grand Total** | **$111,702.17** |

# McNamara Smith LLP

655 West Broadway, Suite 1600
San Diego, CA 92101
Tel   (619) 269-0400
Fax   (619) 269-0401
www.mcnamarallp.com

| | |
|---|---|
| **Invoice No.:** | 10921 |
| **Our File No.:** | 2106-02MS |
| **For Services Through:** | 8/14/2019 |

**Matter:**  Mission Hills Federal Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/8/2019 | EC | Review TRO and memorandum in support of TRO. | 1.00 | 365.00 |
| 7/9/2019 | EC | Revise various asset freeze letters. | 2.00 | 730.00 |
| | EC | Meet with T. McNamara and team re: immediate access and implementing TRO. | 1.50 | 547.50 |
| | CJBG | Review documents filed by the FTC in the receivership action, including TRO and MPA's. | 1.20 | 390.00 |
| | LDS | Meet with Receiver and team; review background materials. | 1.20 | 570.00 |
| | SEC | Meet with T. McNamara and team re: preparation for immediate access. | 1.50 | 262.50 |
| | SEC | Review pleadings and prepare for immediate access. | 3.50 | 612.50 |
| | EC | Correspond with T. McNamara and team re: receivership entities. | 0.40 | 146.00 |
| | EC | Research re: receivership entities. | 1.90 | 693.50 |
| | EC | Review FTC complaint, declarations, and other recently filed documents in preparation for immediate access. | 3.50 | 1,277.50 |
| 7/10/2019 | EC | Travel to receivership site; implement immediate access; interview employees; review receivership entities' documents; meet with FTC; meet with locksmith; correspond with R. Bare re: QuickBooks and D. Robbins' computer; return travel to San Diego. | 14.00 | 5,110.00 |
| | SEC | Travel to receivership site in Irvine; implement immediate access; interview employees; return travel to San Diego. | 14.00 | 2,450.00 |
| | CJBG | Travel to and from receivership site; access site and interview employees in customer service and data processing for the student loan entities; confer internally re: operations of business; review documents in office of | 12.60 | 4,095.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | employees, including HR manager, and make copies of relevant materials for further review and potential inclusion in preliminary report. | | |
| 7/10/2019 | LDS | Travel to and from receivership site; implement immediate access, including interviewing employees, gathering and reviewing documents, and conferring with Receiver and team. | 12.00 | 5,700.00 |
| 7/11/2019 | EC | Travel to receivership site; interview D. Lopez; review receivership entities' documents and emails; correspond with L. Jones re: QuickBooks; correspond with R. Bare re: QuickBooks, computer password, and vehicles; return travel to San Diego. | 13.00 | 4,745.00 |
| | SEC | Travel to receivership site in Irvine; interview D. Lopez; review receivership entities' documents and emails; return travel to San Diego. | 13.00 | 2,275.00 |
| | LDS | Draft section for preliminary report; review materials re: unemployment certification; confer with E. Chang re: same. | 2.20 | 1,045.00 |
| 7/12/2019 | EC | Travel to receivership site; review receivership entities' documents; meet with R. Radwan, T. McNamara, and R. Bare; correspond with L. Jones re: QuickBooks; correspond and meet with E. Houser re: mobile devices and computer forensics; correspond with FTC Digital Forensics Unit re: D. Robbins computers; revise website notice and phone greeting; meet and calls with customer re: vehicle; return travel to San Diego. | 13.10 | 4,781.50 |
| | SEC | Travel to receivership site; review receivership documents; interview R. Radwan; meet with consumer; return travel to San Diego. | 13.00 | 2,275.00 |
| | LDS | Review documents re: RCC Motors; prepare sections of Receiver's preliminary report re: same. | 1.60 | 760.00 |
| 7/13/2019 | EC | Travel to receivership site; review receivership entities' documents and emails; retrieve receivership estate assets; meet with T. McNamara re: sales and processing departments; return travel to San Diego. | 10.50 | 3,832.50 |
| | LDS | Draft section of preliminary report re: RCC Motors; review books and records of RCC Motors; send related emails. | 2.40 | 1,140.00 |
| 7/14/2019 | SEC | Draft summary of interview with R. Radwan. | 1.00 | 175.00 |
| | SEC | Draft summary of interview with D. Lopez. | 3.20 | 560.00 |
| | EC | Draft preliminary report. | 3.80 | 1,387.00 |
| | CJBG | Continue drafting memorandum summarizing employee interviews. | 0.90 | 292.50 |
| | CJBG | Draft summary of defendants' use of FSA IDs and summary of case law re: same. | 2.00 | 650.00 |
| | SEC | Review D. Lopez and L. Radwan's computer files and emails. | 0.90 | 157.50 |

Mission Hills Federal Receivership                                        Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/14/2019 | EC | Correspond with R. Bare re: customer relationship management database and Amazon Web Services. | 0.30 | 109.50 |
| | EC | Meet with T. McNamara and C. Gordon re: employee interviews and preliminary report. | 0.40 | 146.00 |
| | EC | Meet with T. McNamara and A. Robertson re: receivership entities, initial findings, and preliminary report. | 1.40 | 511.00 |
| 7/15/2019 | CJBG | Draft section of preliminary report re: advance fee prohibitions in TSR. | 0.90 | 292.50 |
| | CJBG | Review and revise draft preliminary report. | 1.80 | 585.00 |
| | LDS | Draft and review sections of preliminary report; review documents gathered onsite. | 0.60 | 285.00 |
| | SEC | Correspond and calls with S. Kumar, Telnyx, re: phone lines. | 0.60 | 105.00 |
| | SEC | Calls and correspond with C. Bare re: phone lines and websites. | 0.70 | 122.50 |
| | SEC | Draft timeline of client files and gather supporting evidence. | 1.10 | 192.50 |
| | SEC | Review D. Lopez and L. Radwan's emails and CRM databases re: business operations. | 6.70 | 1,172.50 |
| | EC | Correspond with R. Bare re: receivership entities' websites. | 0.20 | 73.00 |
| | EC | Meet with C. Gordon re: advance fees. | 0.30 | 109.50 |
| | EC | Calls with vehicle owners. | 0.40 | 146.00 |
| | EC | Call and correspond with telecom provider re: telephone numbers and greeting. | 0.50 | 182.50 |
| | EC | Meet with T. McNamara re: preliminary report and next steps. | 0.70 | 255.50 |
| | EC | Meet with A. Robertson re: preliminary report. | 0.80 | 292.00 |
| | EC | Revise preliminary report. | 2.10 | 766.50 |
| | EC | Review receivership entities' email accounts. | 2.40 | 876.00 |
| | EC | Continue to draft preliminary report. | 3.40 | 1,241.00 |
| 7/16/2019 | LDS | Review preliminary report; confer internally re: same. | 0.40 | 190.00 |
| | SEC | Calls with C. Bare re: phone lines. | 0.20 | 35.00 |
| | SEC | Continue to review defendant files and emails re: business operations. | 3.50 | 612.50 |
| | SEC | Review preliminary report; identify potential exhibits. | 5.10 | 892.50 |

Mission Hills Federal Receivership                                                                    Page     4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/16/2019 | EC | Call with Bank of America re: TRO and bank accounts. | 0.20 | 73.00 |
| | EC | Call and correspond with C. Bare re: telephone numbers and greeting. | 0.30 | 109.50 |
| | EC | Review draft accounting report. | 0.50 | 182.50 |
| | EC | Meet with A. Robertson, S. Carroll, and T. McNamara re: preliminary report. | 0.70 | 255.50 |
| | EC | Review customer relationship management database. | 1.10 | 401.50 |
| | EC | Continue to revise preliminary report. | 2.70 | 985.50 |
| | EC | Continue to draft preliminary report. | 3.10 | 1,131.50 |
| | EC | Continue to review receivership entities' documents and emails. | 3.70 | 1,350.50 |
| 7/17/2019 | SEC | Review preliminary report and prepare exhibits. | 12.40 | 2,170.00 |
| | CJBG | Review and revise draft report by forensic accountant. | 1.90 | 617.50 |
| | CJBG | Review, revise, and draft draft preliminary report and accompanying exhibits. | 8.90 | 2,892.50 |
| | LDS | Review preliminary report and related exhibits; confer internally re: same. | 7.20 | 3,420.00 |
| | EC | Revise website update. | 0.30 | 109.50 |
| | EC | Review exhibits for preliminary report. | 1.30 | 474.50 |
| | EC | Revise forensic accountant report. | 4.10 | 1,496.50 |
| | EC | Revise preliminary report. | 9.50 | 3,467.50 |
| 7/18/2019 | EC | Review financial disclosures. | 0.50 | 182.50 |
| | SEC | Review Federal Direct Group and Mission Hills Financial email accounts and implement automatic replies. | 1.90 | 332.50 |
| | EC | Call with M. Grajales re: vacating receivership site and selling receivership estate assets. | 0.20 | 73.00 |
| | EC | Call with M. Drewitz re: vehicles and next steps. | 0.30 | 109.50 |
| | EC | Correspond with parties re: receivership site. | 0.30 | 109.50 |
| | EC | Call with customer re: return of vehicle. | 0.40 | 146.00 |
| | EC | Review Dark Island Industries lawsuit. | 0.40 | 146.00 |
| | EC | Meet with T. McNamara and S. Carroll re: next steps. | 0.50 | 182.50 |

Mission Hills Federal Receivership                                                              Page      5

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/19/2019 | EC | Meet with L. Jones re: vehicles previously sold and outstanding payments to sellers. | 0.10 | 36.50 |
| | EC | Correspond with R. Bare re: personal items and receivership estate property. | 0.30 | 109.50 |
| | EC | Review letter from D. Griffith and declaration of C. Meredith and call with D. Griffith re: same. | 0.70 | 255.50 |
| | EC | Revise notice to employees re: personal items. | 0.10 | 36.50 |
| | EC | Calls with M. Drewitz and customer re: vehicle title. | 0.20 | 73.00 |
| | EC | Review RCC Motors emails. | 2.00 | 730.00 |
| 7/22/2019 | SEC | Travel from San Diego to receivership site; meet with vehicle owners re: personal property, claims, and other issues; meet with former employees re: personal property; review receivership entities' documents re: vehicle titles and transfer documents; call with C. Bare re: servers; return travel to San Diego. | 12.00 | 2,100.00 |
| | EC | Calls with counsel for Public Storage re: storage units. | 0.20 | 73.00 |
| | EC | Call with R. Bare re: vehicles, preliminary report, stipulation, and personal property. | 0.50 | 182.50 |
| | EC | Call and correspond with J. Cipollini and R. Kaplan re: server. | 0.60 | 219.00 |
| | EC | Travel to receivership site. | 1.00 | 365.00 |
| | EC | Meet with former employees re: personal property. | 1.20 | 438.00 |
| | EC | Meet with vehicle owners re: return of vehicles, outstanding balances, and other issues. | 5.90 | 2,153.50 |
| | EC | Return travel to San Diego. | 1.00 | 365.00 |
| | EC | Review receivership entities' documents re: vehicle titles and transfer documents. | 1.80 | 657.00 |
| 7/23/2019 | EC | Draft update re: consigned vehicles and personal property. | 0.50 | 182.50 |
| | SEC | Review documents from JP Morgan Chase. | 0.20 | 35.00 |
| | SEC | Review documents collected on site re: vehicles and business operations; preserve records and photos collected. | 2.70 | 472.50 |
| | SEC | Correspond and calls with M. Gower re: public storage units. | 0.40 | 70.00 |
| | EC | Correspond with R. Bare re: financial disclosures. | 0.10 | 36.50 |
| 7/24/2019 | EC | Review MGM Resorts document production. | 0.30 | 109.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/24/2019 | EC | Review corporate financial disclosures. | 0.20 | 73.00 |
| | EC | Review Mecum consignment agreement. | 0.20 | 73.00 |
| | EC | Revise website notice and voicemail greeting. | 0.20 | 73.00 |
| | SEC | Call with M. Drewitz re: vehicles and auction sites. | 0.20 | 35.00 |
| | SEC | Call with C. Bare re: updated website and phone greetings. | 0.30 | 52.50 |
| | SEC | Draft letter to J. Fredericks re: vehicle title. | 0.60 | 105.00 |
| | SEC | Review CRM database, vehicle and financial records, and other business records; preserve eBay and other auction listings. | 2.90 | 507.50 |
| | EC | Correspond with counsel for Public Storage re: storage units. | 0.10 | 36.50 |
| | EC | Call with G. Barnes re: vehicles. | 0.10 | 36.50 |
| | EC | Call and correspond with T. Frost re: merchant account. | 0.20 | 73.00 |
| | EC | Review Elavon document production re: RCC Motors' merchant account. | 0.30 | 109.50 |
| | EC | Call with J. Jensen re: lease and security deposit. | 0.30 | 109.50 |
| 7/25/2019 | EC | Revise letter to J. Fredricks re: vehicle paperwork. | 0.40 | 146.00 |
| | SEC | Call with M. Drewitz re: UCI photography trailer. | 0.10 | 17.50 |
| | SEC | Call with consumer. | 0.10 | 17.50 |
| | SEC | Call with former employee R. McCoy. | 0.20 | 35.00 |
| | SEC | Calls with vehicle owners re: removal. | 0.40 | 70.00 |
| | SEC | Call with M. Grajales re: case developments. | 0.50 | 87.50 |
| | SEC | Prepare new automatic response message, voice messages, and website notices; correspond with C. Bare re: same. | 0.80 | 140.00 |
| | SEC | Research liquidation and estate sale companies; correspond and calls with liquidation and estate sale companies. | 1.10 | 192.50 |
| | EC | Call with J. Fredericks re: vehicle title. | 0.10 | 36.50 |
| | EC | Call with L. Alderson re: Mecum auction and previously sold vehicles. | 0.20 | 73.00 |
| | EC | Calls with S. Hanes, Mecum Auction, re: Cadillac. | 0.20 | 73.00 |
| | EC | Call with M. Drewitz re: previously sold vehicles, unpaid commissions, and net sale proceeds. | 0.20 | 73.00 |

Mission Hills Federal Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/25/2019 | EC | Call and correspond with M. Drewitz re: trailer. | 0.20 | 73.00 |
| | EC | Call and correspond with body shop re: receivership estate assets. | 0.30 | 109.50 |
| | EC | Call with M. Grajales re: RCC Motors, preliminary injunction order, and vehicle auction. | 0.40 | 146.00 |
| 7/26/2019 | EC | Call with C. Bare re: VPN, CRM, and telephone greeting. | 0.60 | 219.00 |
| | EC | Review and disable automated messages from customer relationship management database to consumers. | 0.80 | 292.00 |
| | EC | Correspond with M. Grajales re: automated emails and text messages to consumers. | 0.30 | 109.50 |
| | SEC | Review US Bank document production. | 0.30 | 52.50 |
| | SEC | Review RCC Motors' voicemails. | 0.50 | 87.50 |
| | SEC | Calls and correspond with liquidation and estate sale companies. | 0.90 | 157.50 |
| | EC | Call with Best Auto Body re: vehicles. | 0.20 | 73.00 |
| | EC | Correspond with R. Bare re: customer email addresses. | 0.20 | 73.00 |
| 7/28/2019 | EC | Draft stipulation to vacate receivership site and sell receivership estate assets. | 1.00 | 365.00 |
| | EC | Review lease agreement. | 0.60 | 219.00 |
| 7/29/2019 | EC | Call and correspond with J. Wong re: UCI photography trailer. | 0.40 | 146.00 |
| | SEC | Travel from San Diego to Irvine; meet with vehicle owners re: personal property; review and preserve business records and electronic data; inspect contents of public storage units; travel from Irvine to San Diego. | 12.50 | 2,187.50 |
| | EC | Calls with S. Carroll re: receivership site. | 0.90 | 328.50 |
| 7/30/2019 | EC | Call and correspond with J. Stempko, BMW Financial Services, re: leased vehicles. | 0.50 | 182.50 |
| | EC | Draft letter re: RCC America as additional receivership entity. | 0.90 | 328.50 |
| | SEC | Calls and correspond with FedEx, former employee, copier leasing company, and estate sale companies re: vacating receivership site. | 1.20 | 210.00 |
| | SEC | Review documents re: vehicles and business operations. | 1.30 | 227.50 |
| | EC | Call with M. Drewitz re: S. Spears vehicle. | 0.10 | 36.50 |
| | EC | Conference call with T. McNamara and M. Grajales. | 0.50 | 182.50 |

Mission Hills Federal Receivership                                                              Page      8

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/30/2019 | EC | Continue to draft stipulation to vacate receivership site and sell receivership estate assets. | 1.40 | 511.00 |
| 7/31/2019 | EC | Revise stipulation to vacate receivership site and sell receivership estate assets. | 3.00 | 1,095.00 |
| | EC | Revise letter to S. Spears re: 1957 Chevy Sedan Delivery. | 0.40 | 146.00 |
| | EC | Draft letter to H. Fandrich, MT Corporate Services, re: RCC America. | 0.20 | 73.00 |
| | SEC | Call with S. Spears re: vehicle paperwork. | 0.10 | 17.50 |
| | SEC | Draft letter to S. Spears re: vehicle title. | 0.40 | 70.00 |
| | SEC | Review documents from M. Drewitz and L. Alderson's office re: vehicles. | 0.70 | 122.50 |
| | EC | Meet with S. Carroll re: storage units. | 0.20 | 73.00 |
| | EC | Call with BMW Financial Services re: leased vehicles. | 0.40 | 146.00 |
| | EC | Correspond with B. Ruprecht re: leased vehicles valuation. | 0.40 | 146.00 |
| 8/1/2019 | EC | Revise stipulation. | 0.80 | 292.00 |
| | EC | Correspond with parties re: stipulation. | 0.20 | 73.00 |
| | EC | Draft proposed order. | 0.30 | 109.50 |
| | EC | Call with L. Alderson re: Mecum. | 0.30 | 109.50 |
| | EC | Call with M. Drewitz re: Mecum auction, automated invoices, and consigned vehicles. | 0.10 | 36.50 |
| | EC | Call and correspond with customer re: automated invoices. | 0.10 | 36.50 |
| | EC | Review valuation opinion of leased vehicles. | 0.10 | 36.50 |
| | EC | Call with H. Fandrich re: RCC America. | 0.50 | 182.50 |
| 8/2/2019 | EC | Revise email to R. Bare re: internal audit. | 0.10 | 36.50 |
| | EC | Meet with T. McNamara and team re: outstanding issues. | 0.20 | 73.00 |
| | EC | Call with D. Flynn re: bank accounts. | 0.20 | 73.00 |
| 8/3/2019 | EC | Correspond with J. Jesen re: landlord's landscaping issues. | 0.20 | 73.00 |
| 8/5/2019 | EC | Call with BMW Financial Services re: leased vehicles. | 0.10 | 36.50 |
| | EC | Correspond with C. Bare and T. McNamara re: websites, phone system, and severs. | 0.20 | 73.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 8/5/2019 | EC | Correspond with R. Bare re: CRM and consumers' email addresses. | 0.20 | 73.00 |
| 8/6/2019 | EC | Call and correspond with C. Bare re: websites, phone system, and servers. | 0.50 | 182.50 |
| | EC | Call with J. Cipollini re: server and forensic image. | 0.10 | 36.50 |
| | SEC | Travel to Irvine; manage preservation of Receivership Entities' documents from storage unit and receivership site; return travel to San Diego. | 11.00 | 1,925.00 |
| | EC | Correspond with R. Bare re: stipulation to vacate receivership site and sell receivership estate assets. | 0.10 | 36.50 |
| | EC | Call with C. Bare re: websites, phone system, and servers. | 0.30 | 109.50 |
| | EC | Calls with S. Carroll re: receivership site, vehicles, and vehicle parts. | 0.50 | 182.50 |
| 8/7/2019 | EC | Call with S. Hanes, Mecum, re: Cadillac auction. | 0.10 | 36.50 |
| | SEC | Call with Full Throttle body stop re: GMC Denali. | 0.20 | 35.00 |
| | SEC | Meet with T. McNamara and E. Chang re: receivership site. | 0.40 | 70.00 |
| | SEC | Calls with M. Drewitz, L. Alderson, and vehicle transport companies re: Cadillac. | 0.40 | 70.00 |
| | SEC | Calls and correspond with A. Carvallo re: receivership vehicles. | 0.50 | 87.50 |
| | SEC | Review vehicles files re: RCC America vehicles. | 1.30 | 227.50 |
| | EC | Call with R. Kaplan and correspond with T. McNamara re: server forensic image. | 0.10 | 36.50 |
| | EC | Review status of Dark Island Industries appeal. | 0.10 | 36.50 |
| | EC | Calls with T. McNamara re: additional receivership vehicle. | 0.20 | 73.00 |
| | EC | Conference call with A. Carvallo and S. Carroll re: receivership vehicle. | 0.20 | 73.00 |
| | EC | Meet with S. Carroll re: additional receivership vehicle. | 0.20 | 73.00 |
| | EC | Correspond with R. Bare re: return of receivership vehicles. | 0.20 | 73.00 |
| | EC | Meet with S. Carroll re: vacating receivership site. | 0.30 | 109.50 |
| | EC | Meet with T. McNamara and S. Carroll re: selling receivership estate assets and vacating receivership site. | 0.40 | 146.00 |
| 8/8/2019 | EC | Review receivership vehicles. | 1.50 | 547.50 |
| | EC | Review email accounts. | 0.40 | 146.00 |
| | SEC | Call with T. Rodriguez, Best Auto Body, re: vehicles. | 0.10 | 17.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/8/2019 | SEC | Call with waste management company re: receivership site. | 0.50 | 87.50 |
| | SEC | Calls and correspond with L. Alderson and transport company re: vehicle transport to auction. | 1.30 | 227.50 |
| | EC | Call with customer re: vehicle. | 0.10 | 36.50 |
| | EC | Correspond with FTC Digital Forensics Unit re: Office 365 accounts. | 0.10 | 36.50 |
| | EC | Correspond with R. Bare re: proposed stipulation. | 0.20 | 73.00 |
| | EC | Calls with D. Stewart, Mecum, and L. Alderson and correspond with Mecum re: Cadillac auction. | 0.20 | 73.00 |
| | EC | Meet with T. McNamara and S. Carroll re: receivership site and estate sale. | 0.30 | 109.50 |
| 8/9/2019 | EC | Correspond with J. Cipollini re: Office 365 accounts. | 0.10 | 36.50 |
| | SEC | Travel to Irvine; continue to manage preservation and storage of Receivership Entities' document from storage unit and receivership site; return travel to San Diego. | 12.00 | 2,100.00 |
| | EC | Meet with T. McNamara re: Cadillac and Mecum auction and correspond with S. Carroll re: same. | 0.10 | 36.50 |
| | EC | Correspond with C. Bare re: websites, phone systems, and servers. | 0.10 | 36.50 |
| | EC | Call with M. Drewitz re: Cadillac. | 0.10 | 36.50 |
| | EC | Call with S. Carroll re: storage units. | 0.10 | 36.50 |
| | EC | Call with A. Carvallo re: Chevy Blazer. | 0.20 | 73.00 |
| | EC | Conference call with M. Drewitz and T. McNamara re: receivership vehicles and assets. | 0.20 | 73.00 |
| | EC | Correspond with Mecum Auction re: sale of Cadillac. | 0.20 | 73.00 |
| 8/12/2019 | EC | Revise update re: receivership entities' business records. | 0.50 | 182.50 |
| | SEC | Call with T. Rodriguez re: RCC America vehicles. | 0.10 | 17.50 |
| | SEC | Correspond with C. King re: estate sale. | 0.30 | 52.50 |
| | SEC | Call with A. Carvallo re: Blazer. | 0.10 | 17.50 |
| | SEC | Calls and correspond with vehicle transport and M. Drewitz re: Cadillac. | 0.40 | 70.00 |
| | EC | Call with BMW Financial Services re: leased vehicles. | 0.10 | 36.50 |
| | EC | Correspond with M. Grajales re: CRM and customers' email addresses. | 0.10 | 36.50 |

Mission Hills Federal Receivership                                                                      Page    11

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/12/2019 | EC | Conference call with estate sale broker and S. Carroll. | 0.20 | 73.00 |
| | EC | Meet with T. McNamara and S. Carroll re: receivership business records, vehicles, and receivership site. | 0.30 | 109.50 |
| | EC | Call with J. Cox re: consigned vehicle and prior payments. | 0.40 | 146.00 |
| 8/13/2019 | EC | Draft ex parte application to sell vehicles. | 0.50 | 182.50 |
| | EC | Review L. Radwan's laptop emails and user data. | 1.40 | 511.00 |
| | EC | Revise email to L. Radwan. | 0.30 | 109.50 |
| | SEC | Meet with E. Chang and T. McNamara re: defendants' personal items and business records. | 0.40 | 70.00 |
| | EC | Call with M. Grajales re: ex parte application to sell vehicles. | 0.10 | 36.50 |
| | EC | Call and correspond with consumer's attorney re: student loans. | 0.20 | 73.00 |
| | EC | Call with M. Drewitz re: vehicles and auto equipment. | 0.20 | 73.00 |
| | EC | Correspond with R. Bare re: ex parte application. | 0.20 | 73.00 |
| 8/14/2019 | EC | Draft response to L. Radwan re: personal items and laptop. | 0.60 | 219.00 |
| | EC | Revise stipulation and proposed order. | 0.90 | 328.50 |
| | EC | Call with Montana Corporate Service re: vehicle titles. | 0.20 | 73.00 |
| | EC | Call with T. Silverman re: J. Cox's Chevy Blazer. | 0.30 | 109.50 |
| | EC | Draft ex parte application to sell receivership vehicles. | 1.80 | 657.00 |
| | EC | Meet with L. Jones and S. Carroll re: vehicles. | 0.20 | 73.00 |
| | EC | Correspond with D. Griffith re: C. Meredith consigned vehicle. | 0.20 | 73.00 |
| | EC | Call with H. Fandrich re: RCC America vehicles. | 0.30 | 109.50 |
| | EC | Review letter from MT Corp Services. | 0.30 | 109.50 |
| | EC | Review vehicle documents. | 0.40 | 146.00 |
| | EC | Research case law re: sale of receivership assets. | 0.50 | 182.50 |
| | SEC | Review files, emails, and online sources, etc. re: vehicles and gather evidentiary support for ex parte application. | 3.30 | 577.50 |
| | CJBG | Review and revise draft stipulation re: receivership assets. | 0.20 | 65.00 |

Mission Hills Federal Receivership                                                                    Page      12

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/14/2019 | EC | Correspond with D. Griffith re: stipulation and C. Meredith's consigned vehicle. | 0.10 | 36.50 |
| | EC | Correspond with M. Grajales re: stipulation to liquidate and vacate receivership site. | 0.20 | 73.00 |
| | EC | Call and correspond with R. Bare re: stipulation and ex parte application. | 0.50 | 182.50 |
| | **TOTAL FEES** | | **375.60** | **$109,464.00** |

**DISBURSEMENTS**

| Date | Description | |
|------|-------------|---|
| 7/10/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (L. Smith) | 77.95 |
| | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (E. Chang) | 91.76 |
| | Delivery services/messengers: FedEx TRO to Bank of America, N.A. | 35.03 |
| | Out-of-town travel: Meals for receivership team | 50.98 |
| 7/11/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (E. Chang) | 91.76 |
| | Out-of-town travel: Meals | 3.23 |
| 7/12/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (E. Chang) | 91.76 |
| | Out-of-town travel: Meals for receivership team | 64.34 |
| 7/13/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (E. Chang) | 91.76 |
| 7/15/2019 | Delivery services/messengers: FedEx to US District Court | 18.89 |
| 7/16/2019 | Court fees: Filing fee USDC (D. Mont.) | 46.00 |
| | Delivery services/messengers: FedEx 28 USC 754 Notice to U.S. District Court, Montana | 48.51 |
| 7/17/2019 | Delivery services/messengers: Deliver Notice of Order Appointing Receiver to USDC-San Diego (First Legal-50052743) | 39.00 |
| 7/18/2019 | Court Fees:  Filing fee, 28 U.S.C. 754 Notice, U.S.D.C. (S.D. Cal.) | 47.00 |
| | Delivery services/messengers: Deliver preliminary report of Receiver to USDC-Santa Ana (First Legal-50052743) | 131.25 |

Mission Hills Federal Receivership                                                                        Page     13

| Date | Description | Amount |
|------|-------------|--------|
| 7/22/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (E. Chang) | 92.22 |
| | Out-of-town travel: Meals | 17.20 |
| | Out-of-town travel: Meals for receivership team | 40.36 |
| 7/24/2019 | Delivery services/messengers: FedEx Notice of PI and Asset Freeze to TSYS Merchant Processing | 35.12 |
| 7/25/2019 | Delivery services/messengers: FedEx to J. Fredericks re: vehicle documents | 43.33 |
| 7/29/2019 | Out-of-town travel: Round trip mileage from San Diego, CA to Irvine, CA (S. Carroll) | 92.22 |
| | Other: (4) electric screwdrivers | 79.31 |
| | Out-of-town travel: Meals for receivership team | 83.76 |
| 7/31/2019 | Delivery services/messengers: FedEx to S. Spears re: car title | 45.46 |
| | Postage | 1.75 |
| 8/2/2019 | Delivery services/messengers: FedEx ECF No. 44 to U.S. District Court, Santa Ana, CA | 18.89 |
| 8/6/2019 | Out-of-town travel: Fuel for UHaul | 47.36 |
| | Out-of-town travel: Meals for receivership team | 70.58 |
| | Out-of-town travel: UHaul rental | 232.76 |
| 8/7/2019 | Out-of-town travel: Lyft to UHaul | 19.98 |
| 8/9/2019 | Out-of-town travel: Fuel for UHaul | 41.51 |
| | Out-of-town travel: Meals for receivership team | 78.60 |
| | Out-of-town travel: UHaul rental | 197.10 |
| | Out-of-town travel: Lyft from UHaul | 23.32 |
| 8/14/2019 | Delivery services/messengers: FedEx ECF No. 57 Stip to U.S. District Court, Santa Ana, CA | 18.89 |
| | Delivery services/messengers: FedEx from MT Corporate Services to McNamara Smith LLP re: vehicle registrations | 29.23 |
| **TOTAL DISBURSEMENTS** | | **$2,238.17** |

Mission Hills Federal Receivership                                                                 Page    14

|  | **Amount** |
|---|---|
| **TOTAL CURRENT CHARGES** | **$111,702.17** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cornelia J. B. Gordon | 30.40 | 325.00 | $9,880.00 |
| Edward Chang | 162.60 | 365.00 | $59,349.00 |
| Logan D. Smith | 27.60 | 475.00 | $13,110.00 |
| Shoshanna E. Carroll | 155.00 | 175.00 | $27,125.00 |

EXHIBIT C

**Hadron Computer Forensics & Investigations**

*Joseph R. Cipollini, EnCE*
5021 Verdugo Way, Suite 105-268
Camarillo, CA 93012-8676
Phone 805.479.8388

August 1, 2019
**For:  Mission Hills Receivership**
Invoice #HCF2019-015

**To:** Tom McNamara
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
619-269-0400

**Invoice for Forensic IT Services**

| Service Date | Total Hours /Mileage | Description | Rate | Total |
|---|---|---|---|---|
| July 10, 2019 | 21.5 | Examiner Houser & Cipollini oversite of collection by FTC Examiners Patel, Kaplan & Calvin of 24 computers and server. Collection of 33 desktop computers user data files. | $175 | $3,762.50 |
| July 11, 2019 | 11.75 | Continued oversite of collection, verfication of data collected, and initial data culling from collection. | $175 | $2,056.25 |
| July 11, 2019 | | Storage Media: 5 (4TB Hard Drives, 1 (8TB Hard Drive), 2 (2TB Hard Drives) | | $882.83 |
| July 12, 2019 | 1 | Examiner Houser assistance for collection of completed images for Apple iMac and Dell XPS. | $175.00 | $175.00 |
| July 15, 2019 | 9.5 | Collection of four additional computers (D. Robbins); oversight of server collection. | $175.00 | $1,662.50 |
| July 16-20, 2019 | 10.5 | Extract 22 OST email files from images, convert to PST for Receiver. | $175.00 | $1,837.50 |
| July 23-29, 2019 | 9.75 | Extract user files from images, copy to drive for Receiver. | $175.00 | $1,706.25 |
| July 30-31, 2019 | 5.25 | Copy and ship additional data, extractions and conversions to FTC & Receiver. | $175.00 | $918.75 |
| | | | **Total Costs** | $882.83 |
| | | | **Total Fees** | $12,118.75 |
| | | | **Grand Total** | $13,001.58 |

Please remit payment to:
Joseph R. Cipollini, owner Hadron Computer Forensics at the listed address.

EXHIBIT C
Page 30

EXHIBIT D

# INVOICE Whelan & Associates

**Dan Whelan**

ADDRESS:
1048 Irvine Ave #409
Newport Beach, CA 92660

INVOICE NO. 19-001
DATE July 24, 2019

Telephone (949) 233-3200
dan@whelanconsulting.net

Project Description **3 Studebaker Irvine**

**TO**
**McNamara Smith LLC**
Attn: Tom McNamara
655 West Broadway #1600
San Diego, CA 92101

| Date | Hours | DESCRIPTION | Rate | LINE TOTAL |
|------|-------|-------------|------|-----------|
| 7/10/19 | 6.00 | 2 Security Agents @ 105 per hour (includes 1 hour travel) Shift 0930 - 1430 | 210.00 | 1,260.00 |
| 7/10/19 | 6.50 | 1 Security Agent @ $105 per hour (includes 1 hour travel) Shift 0930 - 1500 | 105.00 | 682.50 |
| 7/10/19 | 6.50 | 1 Security Agents @ $125 per hour (includes 1 hour travel) Shift 0930 - 1500 | 125.00 | 812.50 |
| **Total** | | | | **2,755.00** |