UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELEGANT SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01333-JVS (KESx)<br><br>**ORDER GRANTING RECEIVER'S FIRST INTERIM FEE APPLICATION** |

　　　　Thomas W. McNamara, as court-appointed Receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the receivership.

　　　　Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Entities by the Temporary Restraining Order ("TRO," ECF No. 23), which appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction entered July 17, 2019 (ECF No. 52).

　　　　The Preliminary Injunction authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order . . . ." Preliminary Injunction, Section XIII(F).

The Preliminary Injunction also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by, in the possession or control of, or which may be received by, the Receivership Entities." Preliminary Injunction, Section XIX.

The Court has reviewed the Receiver's Declaration and supporting documents, and is satisfied with the Receiver's application and approves payment of the following requested amounts for fees and expenses for the period July 8, 2019 through August 14, 2019: $99,166.50 fees and $1,698.23 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory Resolutions; $109,464.00 fees and $2,238.17 expenses of the Receiver's counsel, McNamara Smith LLP; $12,118.75 fees and $882.83 expenses of the Receiver's computer forensic expert, Hadron Computer Forensics & Investigations; and $2,755.00 fees of the Receiver's private investigators, Whelan & Associates.

The application is unopposed. The Court vacates the October 7, 2019 hearing.

**IT IS SO ORDERED.**

Dated: October 02, 2019

_____
Hon. James V. Selna
United States District Judge