EXHIBIT A

**Mission Hills Receivership**
**Receipts and Disbursements Summary**
**July 30, 2019 through January 13, 2020**

| | | | |
|---|---|---|---|
| Receipts | | | |
|    Asset Sales | | $ | 232,274.70 |
|    Funds from Frozen Accounts | | $ | 3,485,883.28 |
|    Refunds | | $ | 1,129.41 |
|    Money Market Account Interest | | $ | 2,112.53 |
| Total Receipts | | $ | 3,721,399.92 |
| | | | |
| Disbursements | | | |
|    Professional Fees | | $ | 228,323.48 |
|       Receiver's Fees & Costs | $ 100,864.73 | | |
|       Legal Fees & Costs | $ 111,702.17 | | |
|       IT Forensic Services | $ 13,001.58 | | |
|       Private Investigators | $ 2,755.00 | | |
|    Pre-Receivership Vehicle Sales | | $ | 210,435.00 |
|    Vehicle-Related Costs | | $ | 29,419.31 |
|    Commissions and Asset Sale Expenses | | $ | 12,340.00 |
|    Vehicle Storage Fees | | $ | 2,700.00 |
|    Record Storage Fees | | $ | 822.50 |
|    Utilities, 3 Studebaker | | $ | 15,395.21 |
|    IT Support | | $ | 2,651.90 |
| Total Disbursements | | $ | 502,087.40 |
| | | | |
| Net Cash at 1/13/2020 | | $ | 3,219,312.52 |