Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>ELEGANT SOLUTIONS, INC., et al.,<br><br>                    Defendants. | Case No. 8:19-cv-01333-JVS (KESx)<br><br>**SECOND INTERIM STATUS REPORT OF RECEIVER**<br><br>JUDGE:   Hon. James V. Selna<br>CTRM:    10C |

Thomas W. McNamara, as Court-appointed receiver ("Receiver"),[1] submits this report of receivership activities for the period of January 14, 2020 to July 10, 2020.

During this time period, the Receiver provided the parties access to various Receivership Entities' business records, including providing Defendants and their counsel access to the storage facility where Receivership Entities' business records are stored. The Receiver was also forced to respond to discovery requests, a subpoena and Defendants' *ex parte* application to hold the FTC and Receiver and his counsel in contempt, and then a second *ex parte* application to hold the Receiver and his counsel in contempt. Both motions were denied (ECF Nos. 109, 120).

The receivership bank accounts have a current balance of $3,262,558.91 as of July 10, 2020. A Receipts and Disbursements Summary for the period January 14, 2020 through July 10, 2020 is attached as Exhibit A. During this period, receipts totaled $49,568.88 (primarily comprised of $22,500 sale of 1964 Belvedere, $20,525.34 ADP refund for uncashed checks, $4,970 sale of miscellaneous assets (furniture, fixtures, equipment, etc.), and $1,551.54 interest). Disbursements were $6,322.49 (primarily comprised of $1,991.49 utilities, $1,974 record storage fee, and $1,575 vehicle storage fee).

As reported in the Receiver's First Status Report (ECF No. 93), the only remaining vehicles to be sold included a 1964 Plymouth Belvedere, which had

---

[1] The Receiver's appointment was confirmed by the Order Entering Stipulated Preliminary Injunction entered July 17, 2019 (ECF No. 52), which defines Receivership Entities as the entities named as Corporate Defendants (Elegant Solutions, Inc., also d/b/a Federal Direct Group, Trend Capital Ltd., also d/b/a Mission Hills Federal, Dark Island Industries, Inc., also d/b/a Federal Direct Group and Cosmopolitan Funding Inc., Heritage Asset Management, Inc., also d/b/a National Secure Processing, Tribune Management, Inc., also d/b/a the Student Loan Group), as well as any other entity that has conducted any business related to Defendants' marketing of Debt Relief Services, including receipt of Assets derived from any activity that is the subject of the Complaint in this matter, and that the Receiver determines is controlled or owned by any Defendant. On August 5, 2019, the Receiver notified the parties that RCC America LLC is a Receivership Entity.

been modified to a track-only vehicle (i.e., not street legal), and a 2006 Ford E250 van. The 1964 Plymouth Belvedere was sold in April 2020 for $25,000. After paying commission of $2,500 (10% of the sale price), the receivership netted $22,500.

While Defendants stipulated to the sale of the 2006 Ford E250 van, which was used by RCC Motors, the vehicle's title was held by Mazan Radwan. He was in the process of transferring the title to RCC Motors, but the title transfer was not complete. In March and April 2020, we sought Defendants' counsel assistance to complete the title transfer from Mazan Radwan to RCC Motors. When Defendants' counsel failed to respond, we made another request in June 2020 and informed them that if the Receiver does not soon obtain title, the van would likely be abandoned because (1) the Receiver cannot sell the van without title and (2) the storage costs for the van would exceed the estimated value of the van (approximately $3,000). To date, Mazan Radwan has not completed the necessary DMV form to transfer title to RCC Motors. Accordingly, the Receiver will soon abandon the van.

We do not anticipate any other material receivership activities. And in light of the recently entered Order granting summary judgment, we plan to file a final report, final fee application, and request for discharge in the near term.

Dated: July 13, 2020                    MCNAMARA SMITH LLP

                                        By:   /s/ Edward Chang
                                              Edward Chang
                                              *Attorneys for Receiver,*
                                              *Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th of July, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Edward Chang
Edward Chang
*Attorney for Receiver,*
*Thomas W. McNamara*