EXHIBIT A

**Mission Hills Receivership**
**Receipts and Disbursements Summary**
**January 14, 2020 through July 10, 2020**

Receipts
| | | |
|---|---|---:|
| | Asset Sales | $ 27,470.00 |
| | Refund from ADP-Uncashed Checks | $ 20,525.34 |
| | Vehicle Registration-Voided Check | $ 22.00 |
| | Money Market Account Interest | $ 1,551.54 |
| Total Receipts | | $ 49,568.88 |

Disbursements
| | | |
|---|---|---:|
| | Commissions and Asset Sale Expenses | $ 357.00 |
| | Vehicle Storage Fees | $ 1,575.00 |
| | Record Storage Fees | $ 1,974.00 |
| | Utilities, 3 Studebaker | $ 1,991.49 |
| | IT Support | $ 300.00 |
| | Receiver's Bond Renewal | $ 125.00 |
| Total Disbursements | | $ 6,322.49 |

Net Cash at 7/10/2020                                            $ 3,262,558.91