Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>ELEGANT SOLUTIONS, INC., et al.,<br><br>          Defendants. | Case No. 8:19-cv-01333-JVS (KESx)<br><br>**THIRD INTERIM STATUS REPORT OF RECEIVER**<br><br>JUDGE:   Hon. James V. Selna<br>CTRM:    10C |

Thomas W. McNamara, as Court-appointed receiver ("Receiver"),[1] submits this report of receivership activities for the period of July 11, 2020 to January 5, 2021.

Shortly after the Receiver filed his second interim status report (ECF No. 183), Defendants appealed the order of summary judgment entered against them. *See* ECF No. 192. Defendants' motions to stay the case pending appeal were denied in both the District Court (ECF No. 197) and the Ninth Circuit (ECF No. 198), but the case is still on appeal. In his last status report the Receiver indicated that he intended to file a final report in the near term, but in light of the appeal, the Receiver has determined to hold off on doing so for the time being.

The Receivership is presently in a stable position. Other than the appeal, there remains little to resolve. Since the last status report, the Receiver has resolved tax issues for Receivership Entity Dark Island Industries dba RCC Motors and reviewed payroll records to confirm that all payroll and trust fund taxes were remitted to the appropriate tax agency. The Receiver is also working to liquidate a few remaining receivership assets, including some sports memorabilia recovered from Defendants' business premises.

The receivership bank accounts have a current balance of $3,250,969.15 as of January 4, 2021. A Receipts and Disbursements Summary for the period July 11, 2020 through January 4, 2021 is attached as Exhibit A. During this period, receipts totaled $6,013.09 (primarily comprised of $3,150.50 from various

---

[1] The Receiver's appointment was confirmed by the Order Entering Stipulated Preliminary Injunction entered July 17, 2019 (ECF No. 52), which defines Receivership Entities as the entities named as Corporate Defendants (Elegant Solutions, Inc., also d/b/a Federal Direct Group, Trend Capital Ltd., also d/b/a Mission Hills Federal, Dark Island Industries, Inc., also d/b/a Federal Direct Group and Cosmopolitan Funding Inc., Heritage Asset Management, Inc., also d/b/a National Secure Processing, Tribune Management, Inc., also d/b/a the Student Loan Group), as well as any other entity that has conducted any business related to Defendants' marketing of Debt Relief Services, including receipt of Assets derived from any activity that is the subject of the Complaint in this matter, and that the Receiver determines is controlled or owned by any Defendant. On August 5, 2019, the Receiver notified the parties that RCC America LLC is a Receivership Entity.

corporate entities' health insurance programs, and $2,127.59 interest from the receivership money market account).  Disbursements were $17,602.85 (primarily comprised of $15,886.85 in payment of sales taxes and interest to the California Department of Tax & Fee Administration for the period ending June 30, 2019 and $1,356.00 for record storage fees).[2]

We do not anticipate any other material receivership activities other than maintaining the records.

Dated:  January 6, 2021

MCNAMARA SMITH LLP

By:   /s/ Sanjay Bhandari
   Sanjay Bhandari
   *Attorneys for Receiver,*
   *Thomas W. McNamara*

---

[2] Given the Receivership Entities' records are not likely to be needed by the parties during the appeal, they have been moved to a secure offsite storage facility.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of January, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Sanjay Bhandari
Sanjay Bhandari
*Attorney for Receiver,*
*Thomas W. McNamara*