EXHIBIT A

**Mission Hills Receivership**
**Receipts and Disbursements Summary**
**July 11, 2020 through January 4, 2021**

| | | |
|---|---:|---:|
| Receipts | | |
|     Asset Sales | $ | 625.00 |
|     Transfer of Frozen Funds | $ | 110.00 |
|     Corporate Health Insurance Refunds | $ | 3,150.50 |
|     Money Market Account Interest | $ | 2,127.59 |
|   Total Receipts | $ | 6,013.09 |
| | | |
| Disbursements | | |
|     IT Support | $ | 250.00 |
|     Mail Drop Renewal | $ | 110.00 |
|     Record Storage Fees | $ | 1,356.00 |
|     Sales Taxes for Period Ending June 30, 2019 | $ | 15,886.85 |
|   Total Disbursements | $ | 17,602.85 |
| | | |
| Net Cash at 1/4/2021 | $ | 3,250,969.15 |