# EXHIBIT A

**Mission Hills Receivership**
**Receipts and Disbursements Summary**
**January 5, 2021 through July 6, 2021**

| | | |
|---|---|---:|
| Receipts | | |
|     Money Market Account Interest | $ | 2,327.82 |
| Total Receipts | $ | 2,327.82 |
| | | |
| Disbursements | | |
|     IT Support | $ | 300.00 |
|     Renewal of Receiver's Bond | $ | 125.00 |
|     Record Storage Fees | $ | 2,204.00 |
| Total Disbursements | $ | 2,629.00 |
| | | |
| Net Cash at 7/6/2021 | $ | 3,250,667.97 |